IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KETTERING ADVENTIST
HEALTHCARE, d/b/a Kettering
Health Network,

    Plaintiff,

v.

SANDRA COLLIER, et al.,

    Defendants.

Case No. 3:25-cv-273

Judge Walther H. Rice

Mag. Judge Caroline H. Gentry

## STANDSTILL AGREEMENT IN LIEU OF HEARING ON TEMPORARY RESTRAINING ORDER

On August 15, 2025, the Court held a hearing on this matter pursuant to the Motion for Temporary Restraining Order ("TRO Motion") filed by Plaintiff Kettering Adventist Healthcare. Doc. #3. During this hearing, the parties agreed to maintain the *status quo* and take no further actions with respect to the subject matter of the lawsuit ("Standstill Agreement"), eliminating the need for a hearing and a TRO. Pursuant to the Standstill Agreement, **Defendant Sandra Collier is hereby enjoined from using, disclosing, or destroying any confidential information or trade secret of Plaintiff or the clinical trial sponsors with which Plaintiff has contracted. This Agreement shall apply in full force until a hearing for preliminary injunction is conducted and a decision is rendered**. The United States District Court for the

Southern District of Ohio shall maintain continuing jurisdiction to enforce the Standstill Agreement, upon motion by any of the parties.

Because this Standstill Agreement renders the hearing on the Motion for Temporary Restraining Order, Doc. #3, unnecessary, and, therefore, the Motion, Doc. #3, is moot.

Date: August 18, 2025

*/s/ Walter H. Rice*

WALTER H. RICE
UNITED STATES DISTRICT JUDGE