# EXHIBIT I

Case: 3:25-cv-00273-JLG-CHG Doc #: 12-3 Filed: 08/24/25 Page: 2 of 31 PAGEID #: 337



## INVESTIGATOR'S SITE FILE
### Contents List and Guidance

| | Title | | Sub-Headings | Guidance |
|---|---|---|---|---|
| 1 | Contact Details | 1.1 | Study Contact List | • Include all required contacts for the study that site needs to be aware of (IQVIA, Sponsor, third party vendors, contacts for ordering supplies, contacts for safety reporting, Therapeutic Medical Advisor and 24/7 medical emergency contact numbers). |
| 2 | Site Visit Documentation | 2.1 | Site Visit Log | • File Site Visit Log (CS_FM_SM0044) or equivalent. |
| | | 2.2 | Confirmation Letters & Follow-up Letters | • File confirmation and follow-up letters for every Monitor's site visit (site selection, site monitoring and site close-out visits) together. CTMS confirmation and follow-up letters are a preferable option. |
| | | 2.3 | Initiation Visit Documentation | • File the Site Initiation Visit (SIV) Report together with the SIV confirmation and follow-up letters. |
| 3 | Study Communication | 3.1 | Study Correspondence | • All relevant clinical correspondence, including letters, e-mails, meeting notes, notes from telephone contacts (generated by site staff) and faxes with all relevant attachments.<br>• File in reverse chronological date order.<br>• Subject-specific correspondence should be filed together with the subject's medical records.<br>• Correspondence between site and lab should be filed in section 14. Laboratory, the same for other vendors (if applicable). |
| | | 3.2 | Newsletters | • Study-/Country-specific newsletters. |
| 4 | Subject Information | 4.1 | Subject Screening /Enrollment Log | • The logs are used for the purpose of tracking subject enrollment and/or screening.<br>• File the study-specific Log or a cumulative Electronic Data Capture (EDC) or Interactive Response Technology (IRT) system report of subjects enrolled at site at the end of the study (enrollment). |

Protocol No: 70033093ACS3003
Project-specific version 1.1, Date 27 Jun 23

Template No: CS_TP_SM0026 Revision 4
Effective Date: 15Sep2021

Reference: CS_WI_SM0007

Copyright © 2017-2019, 2021 IQVIA. All rights reserved. The contents of this document are confidential and proprietary to IQVIA Holdings Inc. and its subsidiaries. Unauthorized use, disclosure or reproduction is strictly prohibited.


| | Title | Sub-Headings | Guidance |
|---|---|---|---|
| | | 4.2 Protocol Deviation Log/ Form | • File protocol deviation logs/forms on on-going basis as per study specifics (e.g., generated in Clinical Trial Management System (CTMS)), signed, and dated by the Investigator), in reverse chronological order.<br>• A cumulative PD log that is provided for PI's review and signature at Site Close-out Visit, must be filed as well. |
| | | 4.3 Site Non-Compliance Log | • File site non-compliance logs/forms on on-going basis as per study specifics (e.g., generated in CTMS), signed and dated by the Investigator), in reverse chronological order.<br>• A cumulative site non-compliance log that is provided for PI's review and signature at Site Close-out Visit, must be filed as well. |
| 5 | Protocol and Amendments | 5.1 Current Protocol / Amendment, Protocol/ Amendment Signature Page(s) & Acknowledgements of receipt | • File current Protocol / Protocol Amendment (if applicable) together with the respective Signature pages and signed Site Receipt of Clinical Trial Documents and Supplies, CS_TP_RSU0051(optional). |
| | | 5.2 Superseded Versions of Protocol / Amendments | • File all superseded final versions & associated documents (i.e., signature page, signed site receipt (optional)).<br>• File Note required, if filed elsewhere. |
| 6 | Safety Information | 6.1 Investigator's Brochure (IB)/ IB Signature Page/ IB Receipt Page | • File all IB versions and associated documents together (signed site receipt).<br>• File Note required, if filed elsewhere. |
| | | 6.2 Safety Reports | • Attach all EC/IRB submissions, trackers and acknowledgement letters to the applicable reports (applicable, when PI is responsible for submission to EC/IRB).<br>• Attach notifications to Regulatory Authorities (RA), if applicable (i.e., when PI is responsible for RA notification).<br>• For Librexia ACS study the electronic distribution of safety letters through a Safety portal is used (including a Gap packet (safety letters issued between IB cut-off date and SIV date)).<br>• The safety letters can be stored in electronic format (e.g., on a network drive or cloud).<br>• File evidence of PI/authorized Sub-I acknowledgement (e.g., report from the portal).<br>• At the end of the study, all Safety letters and PI/authorized Sub-I acknowledgement report must be archived (e.g., in electronic format) together with the |

Case: 3:25-cv-00273-JLG-CHG Doc #: 12-3 Filed: 08/24/25 Page: 4 of 31 PAGEID #: 339



| | Title | | Sub-Headings | Guidance |
|---|---|---|---|---|
| | | | | other study documentation. File note required, if filed elsewhere. File evidence (e.g., File Note) of regular checks of data integrity during the retention period. <br>• File a copy of the site's written procedure for management of safety letters distributed to the site, if applicable. |
| | | 6.3 | Blank Serious Adverse Event (SAE) Report Forms/Other Blank Safety Report Forms (if applicable) | • File a blank SAE Report form. <br>• File a blank Pregnancy Report form. |
| | | 6.4 | Serious Adverse Event Log | • Not applicable for the Librexia ACS study. EDC is used for reporting SAEs to Sponsor. In case the EDC is down a paper SAE form to be completed and submitted to the Sponsor. Completed SAE form to be filed at ISF section 6.5. |
| | | 6.5 | SAE Reports | • File SAE reports (or equivalent) per subject, per event (including Initial and Follow-up reports). Attach to the report the communication to and from the Sponsor and / or IQVIA (unless the reporting is done through Electronic CRF) and Ethics Committee. It is applicable when a paper SAE form was completed as a backup method. |
| 7 | Regulatory | 7.1 | Submissions, Approvals, Notifications | • File all the documents (submissions, correspondence related to each submission, and approvals) in reverse chronological order <br>• File submissions to RA and respective approvals together (as applicable) <br>• File site-specific regulatory documents and correspondence <br>• File correspondence submitted to the RA and the acknowledgements from the RA together <br>• File a Regulatory Correspondence Tracking Log, if applicable. |
| | | 7.2 | Progress Reports | • File all progress reports sent to RA. <br>• File also final report by PI to RA, if applicable. <br>• File Note to indicate if this is filed with applicable EC correspondence. |
| | | 7.3 | Local/Country-specific Required Documentation | • File other country-specific documents as per the local regulatory requirements (e.g., local/regional regulatory approvals, import/export license, serious breach notification). <br>• File copies of site written procedures, if applicable (or a File Note, indicating their location). |

Protocol No: 70033093ACS3003
Project-specific version 1.1, Date 27 Jun 23

Case: 3:25-cv-00273-JLG-CHG Doc #: 12-3 Filed: 08/24/25 Page: 5 of 31 PAGEID #: 340



| | Title | Sub-Headings | Guidance |
|---|---|---|---|
| 8 | Ethics Committee/ Institutional Review Board (EC/IRB) | 8.1 Submissions, Approvals, Notifications | • File all the documents (submissions, correspondence related to each submission, and approvals) in reverse chronological order.<br>• If there are both Central and Local ECs, or Local Governance Committees applicable for the country/site, divide the documentation in sub-sections, as applicable for the country/site.<br>• File the site-specific submissions and approvals together.<br>• File all documentation / correspondence submitted to the EC/IRB (Local and Central as applicable), as well as the acknowledgement letters from the EC/IRB together.<br>• File an EC correspondence Tracking Log, if applicable.<br>• File Central IRB Authorization Form, if applicable.<br>• Statement from IEC/IRB (ICH GCP Compliance). |
| | | 8.2 Composition | • File EC/IRB membership list, roster or letter of composition or a NTF if the EC/IRB composition is a part of the decision letter.<br>• File all updates as applicable.<br>• File working procedures and assurance number (if available). |
| | | 8.3 Progress Reports | • File all progress reports sent to EC/IRB.<br>• File also the final report sent by Investigator to EC/IRB the end of the study, if applicable.<br>• File Note to indicate, if this is filed with applicable Regulatory correspondence. |
| 9 | Subject Facing Documents | 9.1 Blank Set of Informed Consent Forms and Subject Information Sheets | • File a File Note / Tracking Log to indicate which versions and translations are applicable to the specific site, if applicable.<br>• File all approved versions, including translations, applicable to this site. |
| | | 9.2 Subject Advertisement & Recruitment Materials/Other Subject Materials | • File examples of all approved subject advertisements and recruitment materials, if applicable.<br>• File examples of other approved subject materials (e.g., questionnaires to be completed by subjects EQ-5D-5L)<br>• File blank copies of Clinical scales (mRS)<br>• File any written instructions provided to subjects. |
| | | 9.3 Blank Subject ID or Safety Card | • File original sample of approved cards used at site. |
| 10 | Investigator Agreement | 10.1 Confidentiality Disclosure Agreement (CDA) | • File CDA and signed Exhibit A (if applicable) or a File Note, if filed elsewhere.<br>• Only PI should sign a CDA, except if otherwise required. |



Investigator's Site File Contents List

| | Title | Sub-Headings | Guidance |
|---|---|---|---|
| | | 10.2 Clinical Trial Agreement / Financial Contract | • File an original in the ISF or, a File Note, if filed elsewhere. The File Note should list all applicable agreements/ contracts for this site (e.g., with PI, Institution, Investigator team members), including any contract amendments. |
| | | 10.3 Indemnification / Insurance Certificate/ Documentation | • File Indemnification/ Insurance certificate and any updates, as applicable.<br>• File in reverse chronological order.<br>• File only site-specific documents. |
| | | 10.4 Other Investigator Agreements | • File the completed FDA 1572 form or equivalent form (CS_FM_RSU0059) and any updates, if applicable<br>• File EU specific forms, if applicable.<br>• File Health Canada: Qualified Investigator Undertaking Form, if applicable.<br>• File other country-specific Investigator agreements as applicable.<br>• File Remote Source Data Monitoring Site Agreement, if applicable. |
| 11 | Site Staff Details | 11.1 Study Personnel Signature and Delegation Form | • TV-eFRM-04980 Delegation Log (DL) template to be used (Sponsor´s template).<br>• TV-eFRM-14005: Master Site Signature Form (MSSF) Master Site Signature Log template to be used (Sponsor´s template). This log to be completed only for the site staff who signed a Delegation log electronically.<br>• Form must include the names, titles, initials, signatures, roles, and responsibilities of all site staff delegated to perform key study tasks. |
| | | 11.2 Principal Investigator Documents | • File CV, evidence of qualifications and/or medical license, if required (unless available on the CV), GCP certificate & any updates, if applicable.<br>• Financial Disclosure Form (FDF) TV-WI-01978 (Sponsor´s template to be used in Librexia Study).<br>• File Training Certificate(s) as applicable (including EDC, LMS Training Certificate, IATA Certificate).<br>• Proof of GCP Training to be provided according to country local legislation. If no local legislation is in place, the training certificate or CV record/annotation with date and type of training/provider showing completion of GCP training is required.<br>• For EU, file the consent that is obtained from the Investigator for processing the financial information (CS_FM_RSU0045) or equivalent.<br>• File any country required documents (e.g., Consent for processing/collection of personal information), if applicable.<br>• Information on the CV must be current at time of collection and the CV must be signed and dated |

Case: 3:25-cv-00273-JLG-CHG Doc #: 12-3 Filed: 08/24/25 Page: 7 of 31 PAGEID #: 342



| | Title | Sub-Headings | Guidance |
|---|---|---|---|
| | | | CV should contain site's address. |
| | | 11.3 Sub-Investigator(s) Documents | • Add dividers for every Sub-Investigator<br>• File CV, evidence of qualifications and/or medical license, if required (unless available on the CV), GCP certificate & any updates, if applicable.<br>• Financial Disclosure Form (FDF) TV-WI-01978 (Sponsor's template to be used in Librexia Study).<br>• File Training Certificates as applicable (including EDC, LMS Training Certificate, IATA Certificate)<br>• Proof of GCP Training to be provided according to country local legislation. If no local legislation is in place, the training certificate or CV record/annotation with date and type of training/provider showing completion of GCP training is required.<br>• For EU, file the consent that is obtained from the Investigator for processing the financial information (CS_FM_RSU0045) or equivalent.<br>• File any country required documents (e.g., Consent for processing/collection of personal information), if applicable.<br>• Information on the CV must be current at time of collection and the CV must be signed and dated. |
| | | 11.4 Documents for Other Relevant Study Site Staff | • Add dividers for every staff member.<br>• File as required according to ICH GCP, country regulatory requirements and study specifics – CV, GCP certificate, & any updates, if applicable.<br>• File Training Certificates as applicable (including EDC, LMS certificates, IATA Certificate).<br>• File any country required documents (e.g., Consent for processing/collection of personal information), if applicable.<br>• Information on the CV must be current, and the CV must be signed and dated. |
| | | 11.5 Training Log | • File Investigator Site Staff Training Log (CS_TP_SM0054) or equivalent. |
| 12 | **Investigational Product (IP)** *IP accountability and storage logs to be* | 12.1 IP Accountability Records | • IP shipping records (e.g., packing list), including batch numbers.<br>• Acknowledgement of receipt of IP records.<br>• Master Investigational Product Accountability Log.<br>• Subject Level Investigational Product Accountability Log.<br>• Return or destruction forms. |



| | | Title | Sub-Headings | Guidance |
|---|---|---|---|---|
| | | *maintained either in ISF or in the Pharmacy file.* | 12.2 Sample IP Label | • Not applicable for filing in the ISF. |
| | | | 12.3 Certificate of Analysis (CoA) | Per ICH GCP it is not required to file a CoA at the Investigator's site. |
| | | | 12.4 IP Storage Records | • File IP Storage Temperature logs.<br>• File IP Temperature Logs during shipment.<br>• File Note required, if filed in a separate file.<br>• File IP temperature excursion documentation, if applicable. |
| | | | 12.5 Randomization Codes / Unblinding Envelopes | Not applicable, as randomization data is held in IRT system. |
| | | | 12.6 Instructions for Handling of IP | • File study-specific IP instructions. |
| 13 | | **Other Study Material(s)/ Equipment** | 13.1 Study Material/Equipment Records | • These include for example, thermometers, centrifuges, ePRO tablets (CLARIO), etc. shipped to the site.<br>• File any shipping records, site receipts, return/destruction records as applicable |
| | | | 13.2 Equipment Calibration (Maintenance) Records | • File copies of the calibration/maintenance records for the equipment used in the study (e.g., thermometer, centrifuge) or a File Note where these records are located. |
| 14 | | **Case Report Form (CRF)** | 14.1 Case Report Form (CRF) Transmittal Forms | • Not applicable. |
| | | | 14.2 Completed CRFs | • File Note required, if filed elsewhere including the storage location of electronic files (e.g., cloud, network drive, etc.). File evidence (e.g., File Note) of regular checks of data integrity during the retention period.<br>• Completed CRFs to be provided electronically after database lock.<br>• File a copy of the signed acknowledgement of receipt, if applicable. |
| | | | 14.3 Data Queries/Data Clarification Forms (DCFs) | • Not applicable |
| | | | 14.4 Blank Copy of CRF | • File Note required, if filed elsewhere.<br>• Can be in paper or in electronic format.<br>• File final version & any updated versions. |

Case: 3:25-cv-00273-JLG-CHG Doc #: 12-3 Filed: 08/24/25 Page: 9 of 31 PAGEID #: 344



| | Title | Sub-Headings | Guidance |
|---|---|---|---|
| | | 14.5 eDC Completion Guidelines | • File manual/study-specific instructions, if applicable.<br>• Study-specific eDC Completion Guidelines are available on Medidata RAVE website. |
| 15 | Laboratory | 15.1 Laboratory Certificates / Accreditation | • For Local Laboratory to be filed:<br>  ✓ Applicable laboratory certificates / accreditation and their updates including expiration dates.<br>  ✓ Established quality control if certification is not available<br>• For Central Laboratories, laboratory certificates / accreditation, expiration dates and Laboratory head CV are the part of Central Lab manual. |
| | | 15.2 Reference Ranges/ Normal Values | • File local laboratory reference ranges for applicable medical / laboratory / technical procedures or tests included in the Protocol.<br>• File updates, if applicable.<br>• File note required that the central laboratory reference ranges are part of the Central Laboratory Manual. |
| | | 15.3 Laboratory Correspondence | • File correspondence between the site and the lab, if applicable.<br>• File ordering & receipt of lab materials.<br>• File documentation on destruction of expired lab materials. |
| | | 15.4 Record of Retained Body Fluids / Tissue Samples | • File inventory of all retained samples.<br>• File logs of PK, PD and biomarkers samples (including subject randomization number and date of sample) retained at the central/ local laboratory.<br>• File laboratory requisition forms. File note required, if filed elsewhere.<br>• File confirmation of receipt for samples received (from local or central laboratory) related to laboratory samples sent. File note required, if filed elsewhere. |
| | | 15.5 Laboratory Sample Storage Records | • File site specific local/central laboratory sample storage records.<br>• File site freezer/temperature log. |
| | | 15.6 Laboratory Manual | • File Lab manual/ study-specific instructions, if applicable.<br>• File Note required to refer to Protocol, if applicable. |
| | | 15.7 Contract with Laboratory | • File the contract between Investigator and Lab, if applicable. File any contract amendments.<br>• File Note required, if filed elsewhere. |
| 16 | Other Vendor(s) | 16.1 IXRS manual | • File manual/study-specific instructions, if applicable. |

Case: 3:25-cv-00273-JLG-CHG Doc #: 12-3 Filed: 08/24/25 Page: 10 of 31 PAGEID #: 345



| | Title | | Sub-Headings | Guidance |
|---|---|---|---|---|
| | | 16.2 | Endpoint reporting Site Manual | • File manual/study-specific instructions, if applicable. |
| | | 16.3 | ePRO / eCOA Manual | • File manual/study-specific instructions, if applicable. |
| 17 | Other Study Specific Documents | 17.1 | Confirmation List / Certificate(s) of Investigator Meeting Attendance | • File a copy of the certificate of attendance, if available. |
| | | 17.2 | Investigator Meeting Binder / Training Documentation | • File Note is required to refer to location of Investigator Meeting materials at the Investigator Portal.<br>• File Investigator Meeting Agenda. |
| | | 17.3 | Study Instruction Materials / Training materials/User Manuals | • File study-specific instruction manuals / materials, if not filed in the sections for the respective vendors. File any updated versions of the Manuals as well. |
| | | 17.4 | Clinical Quality Risk Mitigation Plan for Investigator (CQRMP)(if applicable) | • Not applicable |
| | | 17.5 | Audit Certificate | • Not expected to be filed in ISF. |
| 18 | Study Results / Reports | 18.1 | Clinical Study Report (CSR) | • File CSR or equivalent (e.g., final integrated clinical / statistical report), if applicable.<br>• Final CSR will be filed, when received from the Sponsor.<br>• File acknowledgement of receipt together with the CSR, if applicable. |
| 19 | Confidential Site Documents | 19.1 | Subject Identification List | • File Subject Identification List.<br>• Include the subject's practice file, hospital file or computer file number on the list.<br>• Site is allowed use site-specific Subject ID log. If the site does not have own template – IQVIA Subject ID log to be used. |
| | | 19.2 | Signed Copies of Informed Consents and Subject Information Sheets | • File all signed and dated original ICFs<br>• File Note required, if filed elsewhere |
| | | 19.3 | Source Documents | • When the Source Documents (SDs), certified copies of electronic SDs used for monitoring purposes (if applicable), and other study specific SDs (e.g., Quality of |



| | Title | Sub-Headings | Guidance |
|---|---|---|---|
| | | available for all subjects | Life questionnaire, etc.), are not kept in the ISF, a File Note is required to indicate their location.<br>• When certified copies of electronic SDs have been provided for monitoring purposes, they must be maintained and archived with the other study documentation (ISF, medical records, etc.).<br>• When copies of SDs were provided for remote data monitoring (e.g., during pandemic), they must be maintained and archived with the other study documentation (ISF, medical records, etc.). |
| 20 | **Site Financial Documentation** | 20.1 Subject Reimbursement | • File meal vouchers, travel reimbursements, etc. (if applicable). |
| | | 20.2 Other Site-specific Finances | • e.g., payments for couriers, invoices, etc.<br>• File note is required, if filed elsewhere or mark it as not applicable. |
| 21 | **Study Specific Documents** | 21.1 Source Data Identification Log (SDIL) | • File SDIL, signed by PI (CS_TP_SM0025), including any updates. |
| | | 21.2 Other Documents | |

Protocol No: 70033093ACS3003
Project-specific version 1.1, Date 27 Jun 23

Case File 7c23af05c43ad00e - 05.02.11 Note-To-File Page 12 of 31 Folder 7.3.2.1

**INNOVATION RESEARCH & GRANTS**
KETTERING HEALTH NETWORK

| | |
|---|---|
| **SPONSOR:** Novo Nordisk | **SPONSOR PROTOCOL NUMBER:** ARTEMIS EX6011-4979 |
| **INVESTIGATOR NAME/ADDRESS** Franklin Handel, MD Kettering Health Main Campus 3535 Southern Blvd Kettering, Ohio 45129 USA | **SITE NUMBER:** 1006 |

**SUBJECT:** This Note-To-File serves to show study site affiliation and current position of the following investigators to the following study sites.

| Study Site Names and Addresses |
|---|
| Kettering Health Miamisburg 4000 Miamisburg Centerville Rd. Miamisburg, Ohio 45342 USA |
| Kettering Health Main Campus 3535 Southern Blvd. Kettering, OH 45429 USA |

| Investigators Affiliated with the Above Study Sites | |
|---|---|
| Name | Position |
| Franklin Handel, MD | Principal Investigator |
| Ammar Safar, MD | Sub-Investigator |


_____       10/10/24

Allison Dymacek, MACPR, BSN, RN      Date
Manager, Regulatory and Business Development

05.02.10 Financial Disclosure Form

05.02.12 Clinical Trial Agreement

05.02.16 Site Signature Delegation of Responsibility

05.02.07 Site Staff Qualification Supporting Information

05.02.08 Form: FDA 1572 (US only)

05.02.09 Investigator Agreement







08.08.02 Shipment
Records

‹

# Re: Regulatory Help – Ocean(a), Protocol Pro00065025

 **You**
To Pershing, Michelle, +5

Jun 17

···

☺

Hi Michelle,

Thank you for this information, Michelle. I appreciate your feedback.

Hi Chris,

In most organizations these "Regulatory Duties" are the responsibility of the Clinical Research Coordinators.

As a Lead CRC, you should have this knowledge and be completing/have oversight of this task for your team.

As Allison no longer works here, you will manage this task.

As I suggested in May, the CRCs should have been cross-trained so you could be familiar with these tasks.

## Please sign in to your Microsoft 365 account.

**Sign in**

For now, please complete the task as

〈

When you obtain your certification, you will learn this and many more tasks.

For now, please complete the task as appropriately directed below.
If you require any additional assistance, please feel free to reach out.
Thank you.

---

**From:** Pershing, Michelle <Michelle.Pershing@ketteringhealth.org>
**Sent:** Monday, June 16, 2025 1:08:44 PM
**To:** Seger, Chris <Chris.Seger@ketteringhealth.org>
**Cc:** Williams, Ann <Ann.Williams@ketteringhealth.org>; Prim, Jessica <Jessica.Prim@ketteringhealth.org>; Molina, Andrea <Andrea.Molina@ketteringhealth.org>; Collier, Sandra <Sandra.Collier@ketteringhealth.org>; Mekonnen, Lucy <Lucy.Mekonnen@ketteringhealth.org>; Garber, Kathren <Kathren.Garber@ketteringhealth.org>; Pershing, Michelle <Michelle.Pershing@ketteringhealth.org>
**Subject:** RE: Regulatory Help - Ocean(a), Protocol

Please sign in to your Microsoft 365 account.          Sign in

Hi All,


Mail


Calendar


Copilot


Apps

3:19

**From:** Seger, Chris <Chris.Seger@ketteringhealth.org>

**Sent:** Friday, June 13, 2025 3:47:05 PM

**To:** Pershing, Michelle <Michelle.Pershing@ketteringhealth.org>

**Cc:** anne.williams@ketteringhealth.org <anne.williams@ketteringhealth.org>; Prim, Jessica <Jessica.Prim@ketteringhealth.org>; Molina, Andrea <Andrea.Molina@ketteringhealth.org>; Collier, Sandra <Sandra.Collier@ketteringhealth.org>

**Subject:** Regulatory Help

Hi Michelle,

In Allison's absence, some of the coordinators are being assigned to regulatory duties and need some help navigating.

I am working on a Continuing Review through Advarra that needs attention in regard to a COI from Dr. Handel.

Would you or someone on your team be able to lend a hand?

Please sign in to your Microsoft 365 account.    Sign in

 Mail     Calendar     Copilot     Apps

3:18

‹

Hi Fionette,

In Allison's absence, some of the coordinators are being assigned to regulatory duties and need some help navigating.

I am working on a Continuing Review through Advarra that needs attention in regard to a COI from Dr. Handel.

Would you or someone on your team be able to lend a hand?

Thank you,

-Chris

**Chris Seger**

Clinical Research Coordinator, Lead

Innovation & Research

 **Kettering**
HEALTH

O +1(937)395-8365

F +1(937)395-8348

ketteringhealth.org

Please sign in to your Microsoft 365 account.    Sign in

 Mail     Calendar     Copilot     Apps

3:17

**From:** Pershing, Michelle
<Michelle.Pershing@ketteringhealth.org>

**Sent:** Monday, June 16, 2025 1:08:44 PM

**To:** Seger, Chris <Chris.Seger@ketteringhealth.org>

**Cc:** Williams, Ann <Ann.Williams@ketteringhealth.org>;
Prim, Jessica <Jessica.Prim@ketteringhealth.org>;
Molina, Andrea <Andrea.Molina@ketteringhealth.org>;
Collier, Sandra <Sandra.Collier@ketteringhealth.org>;
Mekonnen, Lucy
<Lucy.Mekonnen@ketteringhealth.org>; Garber,
Kathren <Kathren.Garber@ketteringhealth.org>;
Pershing, Michelle
<Michelle.Pershing@ketteringhealth.org>

**Subject:** RE: Regulatory Help - Ocean(a), Protocol
Pro00065025

Hi All,

High level summary:

- There is a continuing review due for Dr. Handel's
  Ocean(a) study
- Allie started the CR and noted "yes" to the question
  asking whether there have been any changes in

Please sign in to your
Microsoft 365 account.                    Sign in

that participants know that a member of the study


Mail


Calendar


Copilot


Apps

Case: 3:25-cv-00273-JLG-CHG Doc #: 12-3 Filed: 08/24/25 Page: 22 of 31 PAGEID #: 357

 

‹

**Subject:** RE: Regulatory Help - Ocean(a), Protocol Pro00065025

Hi All,

High level summary:

- There is a continuing review due for Dr. Handel's Ocean(a) study

- Allie started the CR and noted "yes" to the question asking whether there have been any changes in COI disclosures since the last IRB review and there is standard management plan language indicated that consent forms would be revised so that participants know that a member of the study team receives payments from the Sponsor, etc. (see below).

- However, Dr. Handel's 2025 annual COI disclosure to Kettering Health indicates funding from Amgen but this was deemed "NO CONFLICT OF INTEREST" by Corporate Compliance *because they were told that the study is closed to enrollment.*

Please sign in to your Microsoft 365 account.          Sign in

- Please confirm with Sandra, but my thoughts are:


Mail


Calendar


Copilot


Apps

3:18

<

## Action Items

- Update the CR for the IRB of record.

- Please confirm with Sandra, but my thoughts are:

  - Kettering Health Corporate Compliance deemed this no COI, but the language of the CR is asking whether there are changes in disclosure information (not specifically whether there is a new actual COI).

  - The payments are public record on CMS Open Payments and to ensure transparency I think it would be best to note that "YES" in the CR that there is a change to COI disclosure information (as Allie has done). However, since the study is closed to enrollment there is no consent form to update so that doesn't make sense to me. You could instead state that the Principal Investigator disclosed payments from the study Sponsor for educational activities/lectures. The educational activities were unrelated to the current study and will be disclosed to the study Sponsor and in any resulting publications. The rest of the language that

Please sign in to your Microsoft 365 account.    Sign in


Mail


Calendar


Copilot


Apps

3:18

‹

Allie drafted (saying that KH is aware of the interests, etc.) seems fine to me.

I'm happy to jump on a Teams call or discuss during study status meeting if that would be helpful.

Michelle



* Have there been any changes in conflict of interest disclosure information since the last IRB review? ☐ Click here to respond ● Yes ○ No Clear

If yes, describe in detail the specific interest(s) and explain how you will manage the potential conflict(s) in order to help ensure the protection and rights of research subjects:

COI is with the PI.
This management plan includes the following provisions throughout the duration of the project:

- The informed consent document will include the following statement: "One or more members of the study team have financial interests related to this project. Kettering Health is aware of the interests and a plan to ensure that patient care and study execution is not affected by this conflict has been put in place. More information about the interests is available from the Kettering Health Research Integrity Office at 937-395-8401."
- Individuals involved in the project will not accept any recruitment incentives or bonuses.
- Each individual listed on the Project Personnel and Funding Report will submit an updated financial disclosure form within 30 days if he or she acquires or discovers new financial interests requiring disclosure. This includes interests of the individual and those of his or her spouse and dependent children.
- A revised Project Personnel and Funding Report and relevant financial disclosures will be submitted within 30 days of planned changes to the members of the project team.
- All individuals involved in the project will complete KHN Conflict of Interest Training every four years. Training will remain current during the term of the project.
- Investigators with a direct conflict-of-interest will not obtain informed consent from participants. This process will be conducted by a team member that does not have a conflict-of-interest.
- This is a multi-site trial with concurrent data collection at other sites.

Please sign in to your Microsoft 365 account.    **Sign in**

System Director


Mail


Calendar


Copilot


Apps

3:18

‹

## Michelle Pershing, PhD

System Director

Research Integrity, Academic Research, and Medical Libraries



|  |  |
|---|---|
| **Kettering** HEALTH | O 937-762-1797 |
|  | ketteringhealth.org |

**From:** Pershing, Michelle
<Michelle.Pershing@ketteringhealth.org>

**Sent:** Friday, June 13, 2025 10:27 PM

**To:** Seger, Chris <Chris.Seger@ketteringhealth.org>

**Cc:** anne.williams@ketteringhealth.org; Prim, Jessica
<Jessica.Prim@ketteringhealth.org>; Molina, Andrea
<Andrea.Molina@ketteringhealth.org>; Collier, Sandra
<Sandra.Collier@ketteringhealth.org>; Pershing,
Michelle <Michelle.Pershing@ketteringhealth.org>

**Subject:** Re: Regulatory Help

Hi Chris

Happy to help. We'll need some additional
information. We can be available Monday

Please sign in to your
Microsoft 365 account.          Sign in

 Mail      Calendar      Copilot      Apps

3:18 ‖ 📶 🔋

‹

morning if that works.

Michelle

Get Outlook for iOS

---

**From:** Seger, Chris <Chris.Seger@ketteringhealth.org>

**Sent:** Friday, June 13, 2025 3:47:05 PM

**To:** Pershing, Michelle <Michelle.Pershing@ketteringhealth.org>

**Cc:** anne.williams@ketteringhealth.org <anne.williams@ketteringhealth.org>; Prim, Jessica <Jessica.Prim@ketteringhealth.org>; Molina, Andrea <Andrea.Molina@ketteringhealth.org>; Collier, Sandra <Sandra.Collier@ketteringhealth.org>

**Subject:** Regulatory Help

Hi Michelle,

In Allison's absence, some of the coordinators are being assigned to regulatory duties and need some help navigating.

I am working on a Continuing Review through

Please sign in to your Microsoft 365 account.   Sign in

 Mail    Calendar    Copilot    Apps

# EXHIBIT J

Case: 3:25-cv-00273-JLG-CHG Doc #: 12-3 Filed: 08/24/25 Page: 28 of 31 PAGEID #: 363

 Gmail                              **Sandra Lee Collier <collierclinicalresearch2@gmail.com>**

# Fw: IRG/ Purchase Approval/ Laptops

1 message

**Collier, Sandra** <Sandra.Collier@ketteringhealth.org>          Mon, Jun 30, 2025 at 8:33 AM
To: "collierclinicalresearch2@gmail.com" <collierclinicalresearch2@gmail.com>

Get Outlook for iOS

---

**From:** Collier, Sandra
**Sent:** Thursday, May 8, 2025 12:36:10 PM
**To:** Bonnema, Albert (MD) <Albert.Bonnema@ketteringhealth.org>; Garber, Kathren <Kathren.Garber@ketteringhealth.org>
**Cc:** Collier, Sandra <Sandra.Collier@ketteringhealth.org>
**Subject:** RE: IRG/ Purchase Approval/ Laptops

Thank you Dr. Bonnema. Happy Thursday!

**Respectfully,**

Sandra Lee Collier

**Sandra Lee Collier, BSc, ACRP, SOCRA**

**System Director- Innovation, Research, and Grants**

*Kettering Health Office of Innovation, Research, & Grants*

3535 Southern Blvd. Kettering, OH 45429

Office: (937) 298-4331

Cell:    (937) 607-7079/ Personal Cell (313) 575-9557

sandra.collier@ketteringhealth.org



*Explore our clinical research options:*

Clinical Research | Kettering Health

---

**From:** Bonnema, Albert (MD) <Albert.Bonnema@ketteringhealth.org>
**Sent:** Thursday, May 8, 2025 12:07 PM
**To:** Collier, Sandra <Sandra.Collier@ketteringhealth.org>; Garber, Kathren <Kathren.Garber@ketteringhealth.org>
**Subject:** RE: IRG/ Purchase Approval/ Laptops

I concur – let me know if run into turbulence on the Docusign.



**Albert (Al) Bonnema MD MPH**

Chief Medical Information Officer
CMO

ketteringhealth.org

**From:** Collier, Sandra <Sandra.Collier@ketteringhealth.org>
**Sent:** Thursday, May 8, 2025 8:46 AM
**To:** Garber, Kathren <Kathren.Garber@ketteringhealth.org>
**Cc:** Collier, Sandra <Sandra.Collier@ketteringhealth.org>; Bonnema, Albert (MD) <Albert.Bonnema@ketteringhealth.org>
**Subject:** IRG/ Purchase Approval/ Laptops

****Hi Dr. Bonnema,

****Please approve here. Thank you. Happy Thursday!

Hi Kathren,

Per my discussion with Dr. Bonnema, please initiate the following purchases:

1. Laptops for our IRG Group

- Sandra's Team – 8
- Michelles Team- 4

2. Docusign with signature capabilities.

- FDA 21 CFR Part 11 Compliant as per below

Case: 3:25-cv-00273-JLG-CHG Doc #: 12-3 Filed: 08/24/25 Page: 30 of 31 PAGEID #: 365

# 21 CFR Part 11

**DocuSign is compliant with 21 CFR Part 11,** which governs electronic signatures and records in the pharmaceutical and medical device industries. **The DocuSign eSignature** solution is utilized by companies in these sectors to meet compliance requirements. Additionally, the **DocuSign Part 11 module** is specifically designed to help customers fulfill their legal and regulatory obligations under this regulation. This module includes features that ensure the integrity and security of electronic signatures, making it suitable for regulated environments.

Thank you in advance.

**Respectfully,**

*Sandra Lee Collier*

**Sandra Lee Collier, BSc, ACRP, SOCRA**

**System Director- Innovation, Research, and Grants**

*Kettering Health Office of Innovation, Research, & Grants*

3535 Southern Blvd. Kettering, OH 45429

Office: (937) 298-4331

Cell:    (937) 607-7079/ Personal Cell (313) 575-9557

sandra.collier@ketteringhealth.org



*Explore our clinical research options*:

Clinical Research | Kettering Health

**KH Confidentiality Notice**

This email may contain legally privileged and confidential information from Kettering Health intended only for the individual or entity named above as the intended recipient. If you are not the intended

recipient, you are hereby notified that any review, dissemination, distribution. or copying of this communication is prohibited. If you received this communication in error, please notify us by email and promptly delete the original message.

---

**3 attachments**



**image001.png**
8K

**21 CFR Part 11**

**image003.png**
57K



**image002.png**
3K