# EXHIBIT K



**Kettering**
**HEALTH**

Innovation, Research & Grants
3535 Southern Blvd.
Kettering, OH 45429
937-395-8367

ketteringhealth.org

# Note-to-File

**Protocol:**  OCEAN(a) 20180244

**From:**  Allison Dymacek, MACPR, BSN, RN

**RE:**  Delegation Log Clarifications

This site is utilizing a mix of both wet ink and Docusign electronic signatures on the delegation log (DOR). With team members being in other locations throughout the week, electronic signature is the best method to utilize.

Docusign locks after a signature request is complete. The delegation log therefore will have multiple copies of pages, denoted as #-#. The original page will denote with copy page number will contain which signature. Signature summaries are included for all electronic signatures and are noted which page they correspond to.

PI was originally added to the DOR, as that is our normal site practice. However, sponsor has requested we remove PI from the DOR, as he is the one delegating study tasks to other individuals. PI has signed off on this removal.

The sponsor DOR requests dates be documented in the form of dd-mmm-yyyy. However, Docusign only allows the format mm-dd-yyyy. To clarify, all electronic printed dates are in the format of mm-dd-yyyy.

It was noted that there were some gaps in time of signatures to when the PI signed off (start dates and end dates for team members). This was due to staffing shortages and an administrative oversight. Team members are started on studies (start date) the day they are trained. At times, due to resources, log was not sent to PI right away. PI was always aware of changes and study updates are communicated weekly to PI. Moving forward, regulatory staff will attempt to get signatures in a timelier manner. Electronic signature does allow for timelier sign off.

| | | |
|---|---|---|
| *Allison Dymacek* | Allison Dymacek | 6/6/2024 |
| Manager, Regulatory | | Date |
| *[signature]* | Franklin Handel, MD | 6/6/2024 |
| Principal Investigator | | Date |

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Signing Complete | Security Checked | 6/6/2024 10:17:41 AM |
| Completed | Security Checked | 6/6/2024 10:17:41 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

# DocuSign

## Certificate Of Completion

Envelope Id: 9D7CD61AA34849E294829B2EF01B4A48

Subject: ***Research*** Complete with Docusign: OCEAN(a) Delegation Log Edits

Source Envelope:

Document Pages: 3

Certificate Pages: 5

AutoNav: Enabled

EnvelopeId Stamping: Enabled

Time Zone: (UTC-05:00) Eastern Time (US & Canada)

Signatures: 4

Initials: 2

Status: Completed

Envelope Originator:

Allison Dymacek

3535 Southern Blvd,

Kettering, OH 45429

Allison.Dymacek@ketteringhealth.org

IP Address: 204.110.16.10

## Record Tracking

Status: Original
6/6/2024 8:54:49 AM

Holder: Allison Dymacek
Allison.Dymacek@ketteringhealth.org

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| Allison Dymacek<br>allison.dymacek@ketteringhealth.org<br>Manager, Regulatory and Business Development<br>Kettering Health<br>Security Level: Email, Account Authentication (None) | *Allison Dymacek*<br>—FA05125D9B1849F...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 204.110.16.10 | Sent: 6/6/2024 10:02:27 AM<br>Viewed: 6/6/2024 10:07:17 AM<br>Signed: 6/6/2024 10:07:22 AM |
| Electronic Record and Signature Disclosure:<br>Not Offered via DocuSign | | |
| Franklin Handel, MD<br>handel@aol.com<br>9374759216<br>Security Level: Email, SMS, Account Authentication (None) | DocuSigned by:<br>—4E45CC41F1EE48D...<br><br>Signature Adoption: Drawn on Device<br>Signed by link sent to 1-9374759216<br>Using IP Address: 204.110.25.222<br>Signed using mobile | Sent: 6/6/2024 10:02:26 AM<br>Viewed: 6/6/2024 10:16:27 AM<br>Signed: 6/6/2024 10:17:41 AM |
| Electronic Record and Signature Disclosure:<br>Accepted: 6/6/2024 10:16:27 AM<br>ID: f4315ee4-0e58-4075-a2ac-60c4a0e11598 | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 6/6/2024 10:02:27 AM |
| Certified Delivered | Security Checked | 6/6/2024 10:16:27 AM |

DocuSign Env 'D: C8A30629-61E1-4D22-90F0-D1A494F78174

| **AMGEN®** | **Form** | **DOCUMENT NO.** FORM-495311 | | |
|---|---|---|---|---|
| **STATUS** Effective | **EFFECTIVE DATE** 31-Jan-2022 | **TITLE** Delegation of Authority | **VERSION** 11.0 | |

AD 2/6/23

| Product: AMG 890 | Protocol No: 20180244 | Site No: 66025 66109 | Page 1 of ___ Amgen Use Only |
|---|---|---|---|

**Investigator:** Franklin Handel, MD

**Institution/Facility, City, Country:** Kettering Health, Kettering, OH USA

I hereby delegate significant protocol-related responsibilities to the below individual(s) as of the date of authorization and have confirmed that they have been adequately trained. I understand that the overall responsibility for the conduct of the trial remains with me. My signature certifies that the information recorded on each entry is accurate.

**Investigator Name:** Franklin Handel, MD   **Investigator Signature:** [DocuSigned by: Franklin Handel D2B29FAE2DAF401...]   **Date:** 2/3/2023

**Delegated Responsibilities**

| | | |
|---|---|---|
| 01 = Obtain Informed Consent | 07 = Apply eSignature | **Other Protocol-related Activities – Specify** |
| 02 = Determine Subject Eligibility | 08 = Prescribe IP | 13 = _____ |
| 03 = Medical Assessments | 09 = Prepare and/or dispense IP | 14 = _____ |
| 04 = Regulatory/IRB/IEC Activities | 10 = Administer IP | 15 = _____ |
| 05 = View/download Safety Reports | 11 = IP Management Activities (non-prep/non-admin) | 16 = _____ |
| 06 = Entries and/or Corrections to eCRF Data | 12 = Collect and/or Process Biological Samples | 17 = _____ |
| | | 18 = _____ |

| Full Name and Role in Study: | Delegated Responsibilities: | Signature and Initials | Start Date (dd-mmm-yyyy) | Investigator Authorization Signature & Date (dd-mmm-yyyy) | Complete when delegation ends | |
|---|---|---|---|---|---|---|
| | | | | | End Date (dd-mmm-yyyy) | Investigator Signature |
| ~~Franklin Handel MD~~ *Error* Role: PI | 1,2,3,7,8 | [DocuSigned by: Franklin Handel D2B29FAE2DAF401...] Initials: See p.1-2 for initials added | 05JAN 2023 | [DocuSigned by: Franklin Handel D2B29FAE2DAF401...] Date: 2/3/2023 | | Date: _____ |
| Clayton "Eric" Gerberick Role: SC | 1,6,9,11,12 | Clayton Eric Gerberick Initials: CEG | 05JAN 2023 | [DocuSigned by: Franklin Handel D2B29FAE2DAF401...] Date: 2/3/2023 | 19APR 2024 | See p.1-1 Date: _____ |
| Chris Seger Role: SC | 4,6,9,11,12 | [signature] Initials: CPS | 05JAN 2023 | [DocuSigned by: Franklin Handel D2B29FAE2DAF401...] Date: 2/3/2023 | | Date: _____ |
| Allison Dymacek Role: Regulatory/RN | 4,5,10 | Allison Dymacek Initials: AD | 05JAN 2023 | [DocuSigned by: Franklin Handel D2B29FAE2DAF401...] Date: 2/3/2023 | | Date: _____ |
| Ammar Safar, MD Role: Sub-I | 1,2,3,8 | [DocuSigned by: 94A2394DB60D4F0...] Initials: AS | 1/30/2023 | [DocuSigned by: Franklin Handel D2B29FAE2DAF401...] Date: 2/3/2023 | | Date: _____ |

*Error See P. 1-2 for PI initial and date AD 6/5/24*

Original: Site
Copy: File updates in the Amgen eTMF in an ongoing basis and final version at site close-out

Case: 3:25-cv-00273-JLG-CHG Doc #: 12-4 Filed: 08/20/25 Page: 5 of 17 PAGEID #: 371

DocuSign Env: ID: C88597B7-898C-4656-B431-CAD4FDDBB4AE
DocuSign :D: C8A30629-61E1-4D22-9UFU-D1A494F78174

| **AMGEN®** | **Form** | **DOCUMENT NO.** FORM-495311 |
|---|---|---|
| **STATUS** Effective | **EFFECTIVE DATE** 31-Jan-2022 | **TITLE** Delegation of Authority | **VERSION** 11.0 |

AD 2/6/23

| Product: AMG 890 | Protocol No: 20180244 | Site No: ~~606025~~ 606109 | Page 1 of 1 Amgen Use Only |
|---|---|---|---|

Investigator: Franklin Handel, MD

Institution/Facility, City, Country: Kettering Health, Kettering, OH USA

I hereby delegate significant protocol-related responsibilities to the below individual(s) as of the date of authorization and have confirmed that they have been adequately trained. I understand that the overall responsibility for the conduct of the trial remains with me. My signature certifies that the information recorded on each entry is accurate.

Investigator Name: Franklin Handel, MD

Investigator Signature: *[DocuSigned signature D2B20FAE2DAF401...]*

Date: 2/3/2023

**Delegated Responsibilities**

| 01 = Obtain Informed Consent | 07 = Apply eSignature | Other Protocol-related Activities – Specify |
|---|---|---|
| 02 = Determine Subject Eligibility | 08 = Prescribe IP | 13 = |
| 03 = Medical Assessments | 09 = Prepare and/or dispense IP | 14 = |
| 04 = Regulatory/IRB/IEC Activities | 10 = Administer IP | 15 = |
| 05 = View/download Safety Reports | 11 = IP Management Activities (non-prep/non-admin) | 16 = |
| 06 = Entries and/or Corrections to eCRF Data | 12 = Collect and/or Process Biological Samples | 17 = |
| | | 18 = |

| Full Name and Role in Study: | Delegated Responsibilities: | Signature and Initials | Start Date (dd-mmm-yyyy) | Investigator Authorization Signature & Date (dd-mmm-yyyy) | End Date (dd-mmm-yyyy) | Investigator Signature |
|---|---|---|---|---|---|---|
| Franklin Handel MD Role: PI | 1,2,3,7,8 | *[DocuSigned signature D2B20FAE2DAF401...]* Initials: *[signed]* | 05JAN 2023 | *[DocuSigned signature D2B29FAE2DAF401...]* Date: 2/3/2023 | | Date: |
| Clayton "Eric" Gerberick Role: SC | 1,6,9,11,12 | Clayton Eric Gerberich Initials: CEG | 05JAN 2023 | *[DocuSigned signature D2B29FAE2DAF401...]* Date: 2/3/2023 | 19APR 2024 | *[DocuSigned signature]* Date: 5/29/2024 |
| Chris Seger Role: SC | 4,6,9,11,12 | *[signature]* Initials: CPS | 05JAN 2023 | *[DocuSigned signature D2B29FAE2DAF401...]* Date: 2/3/2023 | | Date: |
| Allison Dymacek Role: Regulatory/RN | 4,5,10 | Allison Dymacek Initials: AD | 05JAN 2023 | *[DocuSigned signature 2DAF401...]* Date: 2/3/2023 | | Date: |
| Ammar Safar, MD Role: Sub-I | 1,2,3,8 | *[DocuSigned signature 94A2394DB60D4F0...]* Initials: AS | 1/30/2023 | *[DocuSigned signature D2B29F4AE2DAF401...]* Date: 2/3/2023 | | Date: |

Original: Site
Copy: File updates in the Amgen eTMF in an ongoing basis and final version at site close-out

Case 3:25-cv-00273-JLC-CHG Doc #: 12-4 Filed 08/20/25 Page: 6 of 17 PAGEID #: 372

DocuSign Env    ID: 9D7CD61A-A348-49E2-9482-9B2EF01B4A48
DocuSign        'D: C8A30629-61E1-4D22-90F0-D1A494F78174

| **AMGEN®** | **Form** | **DOCUMENT NO.** FORM-495311 | |
|---|---|---|---|
| **STATUS** Effective | **EFFECTIVE DATE** 31-Jan-2022 | **TITLE** Delegation of Authority | **VERSION** 11.0 |

AD 2/6/23   -2

| Product: AMG 890 | Protocol No: 20180244 | Site No: ~~666025~~ 666109 | Page 1 of Amgen Use Only |
|---|---|---|---|

Investigator: Franklin Handel, MD

Institution/Facility, City, Country: Kettering Health, Kettering, OH USA

I hereby delegate significant protocol-related responsibilities to the below individual(s) as of the date of authorization and have confirmed that they have been adequately trained. I understand that the overall responsibility for the conduct of the trial remains with me. My signature certifies that the information recorded on each entry is accurate.

Investigator Name: Franklin Handel, MD    Investigator Signature: [DocuSigned by signature] D2B29FAE2DAF401...    Date: 2/3/2023

**Delegated Responsibilities**

| | | |
|---|---|---|
| 01 = Obtain Informed Consent | 07 = Apply eSignature | Other Protocol-related Activities – Specify |
| 02 = Determine Subject Eligibility | 08 = Prescribe IP | 13 = _____ |
| 03 = Medical Assessments | 09 = Prepare and/or dispense IP | 14 = _____ |
| 04 = Regulatory/IRB/IEC Activities | 10 = Administer IP | 15 = _____ |
| 05 = View/download Safety Reports | 11 = IP Management Activities (non-prep/non-admin) | 16 = _____ |
| 06 = Entries and/or Corrections to eCRF Data | 12 = Collect and/or Process Biological Samples | 17 = _____ |
| | | 18 = _____ |

| Full Name and Role in Study: | Delegated Responsibilities: | Signature and Initials | Start Date (dd-mmm-yyyy) | Investigator Authorization Signature & Date (dd-mmm-yyyy) | End Date (dd-mmm-yyyy) | Investigator Signature |
|---|---|---|---|---|---|---|
| Error Franklin Handel MD  Role: PI  [8/6/2024] | 1,2,3,7,8 | [DocuSigned signature] D2B20FAE2DAF401...  Initials: [initials] | 05JAN 2023 | [DocuSigned signature] D2B29FAE2DAF401... Date: 2/3/2023 | | Date: |
| Clayton "Eric" Gerberick  Role: SC | 1,6,9,11,12 | Clayton Eric Gerberick  Initials: CEG | 05JAN 2023 | [DocuSigned signature] D2B29FAE2DAF401... Date: 2/3/2023 | 19APR 2024 | See p. 1-1  Date: |
| Chris Seger  Role: SC | 4,6,9,11,12 | [signature]  Initials: CPS | 05JAN 2023 | [DocuSigned signature] D2B29FAE2DAF401... Date: 2/3/2023 | | Date: |
| Allison Dymacek  Role: Regulatory/RN | 4,5,10 | Allison Dymacek  Initials: AD | 05JAN 2023 | [DocuSigned signature] D2B29FAE2DAF401... Date: 2/3/2023 | | Date: |
| Ammar Safar, MD  Role: Sub-I | 1,2,3,8 | [DocuSigned signature] 94A23D4DB60D4F0...  Initials: AS | 1/30/2023 | [DocuSigned signature] D2B29FAE2DAF401... Date: 2/3/2023 | | Date: |

Original: Site
Copy: File updates in the Amgen eTMF in an ongoing basis and final version at site close-out

Case: 3:25-cv-00273-JLG-CHG Doc #: 12-4 Filed: 08/04/25 Page: 7 of 17 PAGEID #: 373

| **AMGEN®** | **Form** | **DOCUMENT NO.** FORM-495311 | | |
|---|---|---|---|---|
| **STATUS** Effective | **EFFECTIVE DATE** 31-Jan-2022 | **TITLE** Delegation of Authority | **VERSION** 11.0 | |

**Product: AMG 890** | **Protocol No: 20180244** | **Site No:** ~~66025~~ 66109 AD 2/6/23 | **Page 8 of** *Amgen Use Only*

**Investigator:** Franklin Handel, MD | **Institution/Facility, City, Country:** Kettering Health, Kettering, OH, USA

I hereby delegate significant protocol-related responsibilities to the below individual(s) as of the date of authorization and have confirmed that they have been adequately trained. I understand that the overall responsibility for the conduct of the trial remains with me. My signature certifies that the information recorded on each entry is accurate.

**Investigator Name:** Dr. Franklin Handel | **Investigator Signature:** *[DocuSigned by: Franklin Handel D2B29FAE2DAF401...]* | **Date:** 2/3/2023

**Delegated Responsibilities**

| | | |
|---|---|---|
| 01 = Obtain Informed Consent | 07 = Apply eSignature | **Other Protocol-related Activities – Specify** |
| 02 = Determine Subject Eligibility | 08 = Prescribe IP | 13 = _____ |
| 03 = Medical Assessments | 09 = Prepare and/or dispense IP | 14 = _____ |
| 04 = Regulatory/IRB/IEC Activities | 10 = Administer IP | 15 = _____ |
| 05 = View/download Safety Reports | 11 = IP Management Activities (non-prep/non-admin) | 16 = _____ |
| 06 = Entries and/or Corrections to eCRF Data | 12 = Collect and/or Process Biological Samples | 17 = _____ |
| | | 18 = _____ |

| Full Name and Role in Study: | Delegated Responsibilities: | Signature and Initials | Start Date (dd-mmm-yyyy) | Investigator Authorization Signature & Date (dd-mmm-yyyy) | **Complete when delegation ends** End Date (dd-mmm-yyyy) | Investigator Signature |
|---|---|---|---|---|---|---|
| Casey Garman Role: Pharmacist | 9, 11 | *[DocuSigned by: Casey Garman 8ACE9F4B2F15474...]* Initials: CG | 05JAN 2022 | *[DocuSigned by: Franklin Handel D2B29FAE2DAF40...]* 2/3/2023 Date: | 30JAN 2025 | See p.2.4 Date: |
| Terri VanZant-Marvin Role: RN | 10 | *[DocuSigned by: Terri VanZant-Marvin DA7876509F554F7...]* Initials: TV | 2/3/2023 | *[DocuSigned by: Franklin Handel D2B29FAE2DAF40...]* 2/3/2023 Date: | 18AUG 2023 | See p. 2-1 Date: |
| ~~Julie Fett~~ Julie Strohminger AD 1/10/23 Role: RN | 10 | *[DocuSigned by: Julie Strohminger 0238869F730C4CD...]* Initials: JS | 1/20/2023 | *[DocuSigned by: Franklin Handel D2B29FAE2DAF40...]* 2/3/2023 Date: | 10NOV 2023 | See p.23 Date: See p.2-3 |
| Justin Moon Role: Lab | 12 | *[Justin Moon]* Initials: JM | 17NOV 2023 | See p. 2-1 Date: | ~~05NOV 2024~~ 05JUN 2024 AD 6/6/24 | See p.2-3 Date: |
| Allison Dymacek Role: SC | 1, 6, 9, 11, 12 | *[Allison Dymacek AD]* Initials: AD | 07DEC 2023 | See p.2-2 Date: | | Date: |

Original: Site
Copy: File updates in the Amgen eTMF in an ongoing basis and final version at site close-out

Case 3:25-cv-00279-JLC-CHG Doc # 12-4 Filed 08/02/25 Page 8 of 17 PAGEID #: 374

DocuSign Env' ID: 806F41FB-E314-4CFA-AC55-4614C62B8340
DocuSign I ID: C8A30629-61E1-4D22-9UF0-D1A494F78174

| AMGEN® | Form | DOCUMENT NO. FORM-495311 | | |
|---|---|---|---|---|
| STATUS Effective | EFFECTIVE DATE 31-Jan-2022 | TITLE Delegation of Authority | | VERSION 11.0 |

AD 2/16/23

| Product: AMG 890 | Protocol No: 20180244 | Site No: ~~66025~~ 66109 | Page 9-1 of ___ Amgen Use Only |
|---|---|---|---|

Investigator: Franklin Handel, MD   Institution/Facility, City, Country: Kettering Health, Kettering, OH, USA

I hereby delegate significant protocol-related responsibilities to the below individual(s) as of the date of authorization and have confirmed that they have been adequately trained. I understand that the overall responsibility for the conduct of the trial remains with me. My signature certifies that the information recorded on each entry is accurate.

Investigator Name: Dr. Franklin Handel    Investigator Signature: [DocuSigned by: D2B28FAE20AF401...]    Date: 2/3/2023

**Delegated Responsibilities**

| | | |
|---|---|---|
| 01 = Obtain Informed Consent | 07 = Apply eSignature | Other Protocol-related Activities – Specify |
| 02 = Determine Subject Eligibility | 08 = Prescribe IP | 13 = _____ |
| 03 = Medical Assessments | 09 = Prepare and/or dispense IP | 14 = _____ |
| 04 = Regulatory/IRB/IEC Activities | 10 = Administer IP | 15 = _____ |
| 05 = View/download Safety Reports | 11 = IP Management Activities (non-prep/non-admin) | 16 = _____ |
| 06 = Entries and/or Corrections to eCRF Data | 12 = Collect and/or Process Biological Samples | 17 = _____ |
| | | 18 = _____ |

| Full Name and Role in Study: | Delegated Responsibilities: | Signature and Initials | Start Date (dd-mmm-yyyy) | Investigator Authorization Signature & Date (dd-mmm-yyyy) | End Date (dd-mmm-yyyy) | Investigator Signature |
|---|---|---|---|---|---|---|
| Casey Garman Role: Pharmacist | 9, 11 | DocuSigned by: Casey Garman 8ACE9F4B2F15474... Initials: CG | 05JAN 2022 | DocuSigned by: [Handel] D2B28FAE20AF49... 2/3/2023 Date: | 30JAN 2025 | Date: |
| Terri VanZant-Marvin Role: RN | 10 | DocuSigned by: Terri VanZant-Marvin DA7876509F554F7... Initials: tv | 2/3/2023 | DocuSigned by: [Handel] D2B28FAE20AF40... 2/3/2023 Date: | 18AUG 2023 | [signature] 11/20/2023 Date: |
| ~~Julie~~ Julie Strohminger Role: RN | 10 | DocuSigned by: Julie Strohminger 0238869F730C4CD... Initials: JS | 1/20/2023 | DocuSigned by: [Handel] D2B29FAE20AF40... 2/3/2023 Date: | 10NOV 2023 | Date: |
| Justin Moon Role: Lab | 12 | Justin Moon Initials: JM | 17NOV 2023 | DocuSigned by: [signature] 4E4CCC41F1EE480... 11/20/2023 Date: | 05JUN 2024 | Date: |
| Role: | | Initials: | | Date: | | Date: |

AD 1/10/22

Original: Site
Copy: File updates in the Amgen eTMF in an ongoing basis and final version at site close-out

Case: 3:25-cv-00273-JLG-CHG Doc #: 12-4 Filed: 08/24/25 Page: 9 of 17 PAGEID #: 375

DocuSign Env    ID: C8A30629-61E1-4D22-90F0-D1A494F78174

# AMGEN®

| Form | DOCUMENT NO. FORM-495311 |
|---|---|

| STATUS | EFFECTIVE DATE | TITLE | VERSION |
|---|---|---|---|
| Effective | 31-Jan-2022 | Delegation of Authority | 11.0 |

AD 2/6/23   -2

| Product: AMG 890 | Protocol No: 20180244 | Site No: ~~66025~~ 66109 | Page **8** of Amgen Use Only |
|---|---|---|---|

**Investigator:** Franklin Handel, MD  **Institution/Facility, City, Country:** Kettering Health, Kettering, OH, USA

I hereby delegate significant protocol-related responsibilities to the below individual(s) as of the date of authorization and have confirmed that they have been adequately trained. I understand that the overall responsibility for the conduct of the trial remains with me. My signature certifies that the information recorded on each entry is accurate.

**Investigator Name:** Dr. Franklin Handel    **Investigator Signature:** _[signature] Handel D2B29FAE2DAF401..._    **Date:** 2/3/2023

### Delegated Responsibilities

| | | |
|---|---|---|
| 01 = Obtain Informed Consent | 07 = Apply eSignature | Other Protocol-related Activities – Specify |
| 02 = Determine Subject Eligibility | 08 = Prescribe IP | 13 = |
| 03 = Medical Assessments | 09 = Prepare and/or dispense IP | 14 = |
| 04 = Regulatory/IRB/IEC Activities | 10 = Administer IP | 15 = |
| 05 = View/download Safety Reports | 11 = IP Management Activities (non-prep/non-admin) | 16 = |
| 06 = Entries and/or Corrections to eCRF Data | 12 = Collect and/or Process Biological Samples | 17 = |
| | | 18 = |

| Full Name and Role in Study: | Delegated Responsibilities: | Signature and Initials | Start Date (dd-mmm-yyyy) | Investigator Authorization Signature & Date (dd-mmm-yyyy) | Complete when delegation ends | |
|---|---|---|---|---|---|---|
| | | | | | End Date (dd-mmm-yyyy) | Investigator Signature |
| Casey Garman  Role: Pharmacist | 9, 11 | DocuSigned by: Casey Garman 8ACE9F4B2F15474... Initials: CG | 05JAN 2022 | DocuSigned by: Handel D2B29FAE2DAF40 2/3/2023  Date: | 30JAN 2025 | Date: |
| Terri VanZant-Marvin  Role: RN | 10 | DocuSigned by: Terri VanZant-Marvin DA7676508F554F7... Initials: TV | 2/3/2023 | DocuSigned by: Handel D2B29FAE2DAF40 2/3/2023  Date: | 18AUG 2023 | See p. 2.1 Date: |
| ~~Teri~~ Julie Strohminger  AD 1/10/22  Role: RN | 10 | DocuSigned by: Julie Strohminger 0238889F730C4CD... Initials: JS | 1/20/2023 | DocuSigned by: Handel D2B29FAE2DAF40 2/3/2023  Date: | 10NOV 2023 | Date: |
| Justin Moon  Role: Lab | 12 | Justin Moon Initials: JM | 17NOV 2023 | See p. 2-1  Date: 2-1 | 05JUN 2024 | Date: |
| Allison Dymacek  Role: SC | 1, 6, 9, 11, 12 | Allison Dymacek 4E45CC41F1EE480... Initials: AD | 07DEC 2023 | DocuSigned by: [signature] 4E45CC41F1EE480...  Date: 12/11/2023 | | Date: |

Original: Site
Copy: File updates in the Amgen eTMF in an ongoing basis and final version at site close-out

Case: 3:25-cv-00273-JLG-CHG Doc #: 12-4 Filed: 08/24/25 Page: 10 of 17 PAGEID #: 376

DocuSign Env ID: 9D7CD61A-A348-49E2-9482-9B2EF01B4A48
DocuSign ID: C8A30629-61E1-4D22-90F0-D1A494F78174

| AMGEN® | Form | DOCUMENT NO. FORM-495311 | | |
|---|---|---|---|---|
| **STATUS** Effective | **EFFECTIVE DATE** 31-Jan-2022 | **TITLE** Delegation of Authority | **VERSION** 11.0 | |

| Product: AMG 890 | Protocol No: 20180244 | Site No: ~~66025~~ 66109   AD 2/6/23 | Page ~~2~~ 3 of ___ *Amgen Use Only* |
|---|---|---|---|

Investigator: Franklin Handel, MD | Institution/Facility, City, Country: Kettering Health, Kettering, OH, USA

I hereby delegate significant protocol-related responsibilities to the below individual(s) as of the date of authorization and have confirmed that they have been adequately trained. I understand that the overall responsibility for the conduct of the trial remains with me. My signature certifies that the information recorded on each entry is accurate.

Investigator Name: Dr. Franklin Handel

Investigator Signature: *[DocuSigned by: D2B29FAE2DAF401...]*

Date: 2/3/2023

**Delegated Responsibilities**

| 01 = Obtain Informed Consent | 07 = Apply eSignature | Other Protocol-related Activities – Specify |
|---|---|---|
| 02 = Determine Subject Eligibility | 08 = Prescribe IP | 13 = _____ |
| 03 = Medical Assessments | 09 = Prepare and/or dispense IP | 14 = _____ |
| 04 = Regulatory/IRB/IEC Activities | 10 = Administer IP | 15 = _____ |
| 05 = View/download Safety Reports | 11 = IP Management Activities (non-prep/non-admin) | 16 = _____ |
| 06 = Entries and/or Corrections to eCRF Data | 12 = Collect and/or Process Biological Samples | 17 = _____ |
| | | 18 = _____ |

| Full Name and Role in Study: | Delegated Responsibilities: | Signature and Initials | Start Date (dd-mmm-yyyy) | Investigator Authorization Signature & Date (dd-mmm-yyyy) | End Date (dd-mmm-yyyy) | Investigator Signature |
|---|---|---|---|---|---|---|
| Casey Garman Role: Pharmacist | 9, 11 | *[DocuSigned by: Casey Garman BACE9F4B2F15474...]* Initials: CG | 05JAN 2022 | *[DocuSigned by: D2B29FAE2DAF4...]* Date: 2/3/2023 | 30JAN 2025 | Date: |
| Terri VanZant-Marvin Role: RN | 10 | *[DocuSigned by: Terri VanZant-Marvin DA7876500F554F7...]* Initials: TV | 2/3/2023 | *[DocuSigned by: D2B29FAE2DAF40...]* Date: 2/3/2023 | 18AUG 2023 | See p. 2-1 Date: |
| ~~Julie FETT~~ Julie Strohminger AD 1/20/22 Role: RN | 10 | *[DocuSigned by: Julie Strohminger 0238869F730C4CD...]* Initials: JS | 1/20/2023 | *[DocuSigned by: D2B29FAE2DAF40...]* Date: 2/3/2023 | 10NOV 2023 | *[certified]* Date: 6/6/2024 |
| Justin Moon Role: Lab | 12 | *[Justin Moon]* Initials: JM | 17NOV 2023 | See p. 2-1 Date: | ~~05NOV~~ 05JUN 2024 AD 6/6/24 | *[DocuSigned by:]* Date: 6/6/2024 |
| Allison Dymacek Role: SC | 1, 6, 9, 11, 12 | *[allison Dymacek]* Initials: AD | 07DEC 2023 | See p. 2-2 Date: | | Date: |

Original: Site
Copy: File updates in the Amgen eTMF in an ongoing basis and final version at site close-out

Case: 3:25-cv-00273-JLG-CHG Doc #: 124 Filed: 08/24/25 Page: 11 of 17 PAGEID #: 377

Docusign Enve 'D: 2ACA055F-B069-49D4-9E75-BE42ACFDAC23
DocuSign E D: C8A30629-61E1-4D22-9UFU-D1A494F78174

| **AMGEN**® | **Form** | **DOCUMENT NO.** FORM-495311 | | |
|---|---|---|---|---|
| **STATUS** Effective | **EFFECTIVE DATE** 31-Jan-2022 | **TITLE** Delegation of Authority | **VERSION** 11.0 | |

Product: AMG 890 | Protocol No: 20180244 | Site No: ~~66025~~ 66109 | Page 2 of ___ *Amgen Use Only*

AD 2/16/23

Investigator: Franklin Handel, MD | Institution/Facility, City, Country: Kettering Health, Kettering, OH, USA

I hereby delegate significant protocol-related responsibilities to the below individual(s) as of the date of authorization and have confirmed that they have been adequately trained. I understand that the overall responsibility for the conduct of the trial remains with me. My signature certifies that the information recorded on each entry is accurate.

Investigator Name: Dr. Franklin Handel | Investigator Signature: [signature] | Date: 2/3/2023

**Delegated Responsibilities**

01 = Obtain Informed Consent
02 = Determine Subject Eligibility
03 = Medical Assessments
04 = Regulatory/IRB/IEC Activities
05 =View/download Safety Reports
06 = Entries and/or Corrections to eCRF Data

07 = Apply eSignature
08 = Prescribe IP
09 = Prepare and/or dispense IP
10 = Administer IP
11 = IP Management Activities (non-prep/non-admin)
12 = Collect and/or Process Biological Samples

Other Protocol-related Activities – Specify
13 = ___
14 = ___
15 = ___
16 = ___
17 = ___
18 = ___

| Full Name and Role in Study: | Delegated Responsibilities: | Signature and Initials | Start Date (dd-mmm-yyyy) | Investigator Authorization Signature & Date (dd-mmm-yyyy) | End Date (dd-mmm-yyyy) | Investigator Signature |
|---|---|---|---|---|---|---|
| Casey Garman Role: Pharmacist | 9, 11 | [DocuSigned by: Casey Garman] Initials: CG | 05JAN 2022 | [DocuSigned by signature] Date: 2/3/2023 | 30JAN 2025 | [Signed by signature] Date: 3/31/2025 |
| Terri VanZant-Marvin Role: RN | 10 | [DocuSigned by: Terri VanZant-Marvin] Initials: TV | 2/3/2023 | [DocuSigned by signature] Date: 2/3/2023 | 18AUG 2023 | See p. Date: 2-1 |
| Julie Strohminger Role: RN | 10 | [DocuSigned by: Julie Strohminger] Initials: JS | 1/20/2023 | [DocuSigned by signature] Date: 2/3/2023 | 10NOV 2023 | See p.2-3 Date: See p.2-3 |
| Justin Moon Role: Lab | 12 | [Justin Moon] Initials: JM | 17NOV 2023 | See p. Date: 2-1 | ~~05NOV~~ 05JUN 2024 | See p.2-3 Date: |
| Allison Dymacek Role: SC | 1,6,9,11,12 | [Allison Dymacek] Initials: AD | 07DEC 2023 | See p. 2-2 Date: | | Date: |

Original: Site
Copy: File updates in the Amgen eTMF in an ongoing basis and final version at site close-out

Case: 3:25-cv-00273-JLG-CHG Doc #: 12-4 Filed: 08/24/25 Page: 12 of 17 PAGEID #: 378

| **AMGEN**® | **Form** | **DOCUMENT NO.** FORM-495311 | |
|---|---|---|---|
| **STATUS** Effective | **EFFECTIVE DATE** 31-Jan-2022 | **TITLE** Delegation of Authority | **VERSION** 11.0 |

| **Product:** AMG 890 | **Protocol No:** 20180244 | **Site No:** 66109 | Page 3 of ___ *Amgen Use Only* |
|---|---|---|---|

| **Investigator:** Franklin Handel, MD | **Institution/Facility, City, Country:** Kettering Health, Kettering, USA |
|---|---|

I hereby delegate significant protocol-related responsibilities to the below individual(s) as of the date of authorization and have confirmed that they have been adequately trained. I understand that the overall responsibility for the conduct of the trial remains with me. My signature certifies that the information recorded on each entry is accurate.

**Investigator Name:** Franklin Handel, MD    **Investigator Signature:** _[signature]_    **Date:** 5/29/2024

**Delegated Responsibilities**

| | | **Other Protocol-related Activities – Specify** |
|---|---|---|
| 01 = Obtain Informed Consent | 07 = Apply eSignature | 13 = _____ |
| 02 = Determine Subject Eligibility | 08 = Prescribe IP | 14 = _____ |
| 03 = Medical Assessments | 09 = Prepare and/or dispense IP | 15 = _____ |
| 04 = Regulatory/IRB/IEC Activities | 10 = Administer IP | 16 = _____ |
| 05 = View/download Safety Reports | 11 = IP Management Activities (non-prep/non-admin) | 17 = _____ |
| 06 = Entries and/or Corrections to eCRF Data | 12 = Collect and/or Process Biological Samples | 18 = _____ |

| Full Name and Role in Study: | Delegated Responsibilities: | Signature and Initials | Start Date (dd-mmm-yyyy) | Investigator Authorization Signature & Date (dd-mmm-yyyy) | End Date (dd-mmm-yyyy) *Complete when delegation ends* | Investigator Signature |
|---|---|---|---|---|---|---|
| Tammy Bonham  Role: SC | 1,6,9,11,12 | _[signature]_  Initials: VB | 18APR2024 | _[signature]_  Date: 5/29/2024 | 06DEC 2024 | _[signature]_  Date: 14 Feb 2025 |
| Leslie Flores  Role: Assistant | 1,6,12 | See p. 301  Initials: 301 | 04NOV 2024 | See p. 301  Date: | | Date: |
| Lucy Mekonnen  Role: SC | 1,6,9,11,12 | _[signature]_  Initials: LM | 19DEC 2024 | _[signature]_  Date: 14 Feb 2025 | | Date: |
| Role: | | Initials: | | Date: | | Date: |
| Role: | | Initials: | | Date: | | Date: |

Original: Site
Copy: File updates in the Amgen eTMF in an ongoing basis and final version at site close-out

Case: 3:25-cv-00273-JLG-CHG Doc #: 12-4 Filed: 08/24/25 Page: 13 of 17 PAGEID #: 379

Docusign Envel␣ ID: 5EF6F962-45EA-4AEA-9B2F-B56D1EBFBBED
Docusign E␣ ID: C88597B7-898C-4656-B431-CAD4FDDBB4AE

| AMGEN® | Form | DOCUMENT NO. FORM-495311 |
|---|---|---|

| STATUS | EFFECTIVE DATE | TITLE | VERSION |
|---|---|---|---|
| Effective | 31-Jan-2022 | Delegation of Authority | 11.0 |

| Product: AMG 890 | Protocol No: 20180244 | Site No: 66109 | Page 3 of ___ Amgen Use Only |
|---|---|---|---|

| Investigator: Franklin Handel, MD | Institution/Facility, City, Country: Kettering Health, Kettering, USA |
|---|---|

I hereby delegate significant protocol-related responsibilities to the below individual(s) as of the date of authorization and have confirmed that they have been adequately trained. I understand that the overall responsibility for the conduct of the trial remains with me. My signature certifies that the information recorded on each entry is accurate.

Investigator Name: Franklin Handel, MD    Investigator Signature: _[signature]_    Date: 5/29/2024

**Delegated Responsibilities**

| | | Other Protocol-related Activities – Specify |
|---|---|---|
| 01 = Obtain Informed Consent | 07 = Apply eSignature | 13 = _____ |
| 02 = Determine Subject Eligibility | 08 = Prescribe IP | 14 = _____ |
| 03 = Medical Assessments | 09 = Prepare and/or dispense IP | 15 = _____ |
| 04 = Regulatory/IRB/IEC Activities | 10 = Administer IP | 16 = _____ |
| 05 = View/download Safety Reports | 11 = IP Management Activities (non-prep/non-admin) | 17 = _____ |
| 06 = Entries and/or Corrections to eCRF Data | 12 = Collect and/or Process Biological Samples | 18 = _____ |

| Full Name and Role in Study: | Delegated Responsibilities: | Signature and Initials | Start Date (dd-mmm-yyyy) | Investigator Authorization Signature & Date (dd-mmm-yyyy) | End Date (dd-mmm-yyyy) | Investigator Signature |
|---|---|---|---|---|---|---|
| Tammy Bonham  Role: SC | 1, 6, 9, 11, 12 | [signature] Tammy Bonham  Initials: TB | 18APR2024 | [signature] 5/29/2024  Date: | Date: | Date: |
| Leslie Flores  Role: Assistant | 1, 6, 12 | [signature] Leslie Flores  Initials: LF | 04 NOV 2024 | [signature] 11/5/2024  Date: | Date: | Date: |
| Role:_____ | | Initials:_____ | | Date:_____ | Date: | Date: |
| Role:_____ | | Initials:_____ | | Date:_____ | Date: | Date: |
| Role:_____ | | Initials:_____ | | Date:_____ | Date: | Date: |

Original: Site
Copy: File updates in the Amgen eTMF in an ongoing basis and final version at site close-out

Case: 3:25-cv-00273-JLG-CHG Doc #: 12-4 Filed: 08/24/25 Page: 14 of 17 PAGEID #: 380



# INNOVATION, RESEARCH & GRANTS

Case: 3:25-cv-00273-JLG-CHG Doc #: 12-4 Filed: 08/24/25 Page: 15 of 17 PAGEID #: 381

## <u>Note To File</u>

**Study: Ocean(a)**

**Date: 01/08/2025**

**Notes:** As of 08JAN2025, Franklin Handel, MD intends to be delegated as an administrator of the Ip for the Ocean(a) trial.

_Franklin Handel_          01/08/2025

Name/Signature                        Date

Case: 3:25-cv-00273-JLG-CHG Doc #: 12-4 Filed: 08/24/25 Page: 15 of 17 PAGEID #: 381

# Ocean (a)

Week 60 08JAN2025

Subject _303_

- ☒ Update ICF? _N/A_
- ☑ Review AEs _NONE_
- ☑ Review SAEs _NONE_
- ☑ Con Med Review _NO new meds_
- ☑ Non Fatal End Points
  - ☑ Coronary Artery Revasc _NO_
  - ☑ Cerebrovascular Revasc _NO_
  - ☑ Peripheral Artery Revasc _NO_
  - ☑ Vascular Amputation _NO_
  - ☑ MI _NO_
  - ☑ Hospitalization for Unstable Angina _NO_
  - ☑ Stroke _NO_
  - ☑ TIA _NO_
  - ☑ DVT _NO_
  - ☑ PE _NO_

**No Labs, Vitals or EKG**

- ☒ Urine Pregnancy Test
- ☑ IP Admin – removed from pharmacy @ _0840_
  - ☑ Time _09:30 am_
  - ☑ Site _RLQ_
  - ☑ Lot # _178301_
  - ☑ Box # _BX09674637_

(○ **FULL** / PARTIAL INJECTION)

  - ❖ Performed by _[signature] HP_

**No post injection monitoring needed – No post PK**

YEAR 2

# Ocean (a)

Week 84 _12Feb2025_

Subject ___302___

- o Release Drug from IRT and print out Confirmation/contact pharmacy __✓__
- o Appointment Reminder __✓__
- o Update ICF? _N/A_
- o Review AEs __NA__
- o Review SAEs __✓__
- o Con Med Review __✓__
- o Non-Fatal End Points
    - o Coronary Artery Revasc __NO__
    - o Cerebrovascular Revasc __
    - o Peripheral Artery Revasc __
    - o Vascular Amputation __
    - o MI__✓__
    - o Hospitalization for Unstable Angina _NA_
    - o Stroke _NO_
    - ·o TIA __
    - o DVT __
    - o PE __✓__

**No Labs, Vitals or EKG**

- o Urine Pregnancy Test _NA_
- o IP Admin – removed from pharmacy @ _11:36 am_
    - o Time _12:34 PM_
    - o Site _RLQ_
    - o Lot # _118D575_
    - o Box # _BX00810667_
    - o Performed by _Dr. Hande / [signature] RN_
- o Email Kathren __✓__
- o EDC Data Entry __✓__
- o EDC PI Sign-off __✓__
- o Schedule Next Visit (Week 96) ~~March 19th~~ _April 02, 2025  10:30 am_

**No post injection monitoring needed – No post PK**