# EXHIBIT M

DocuSign Envelope ID: CD1D6928-BDA7-42AE-A75A-3D7D9FCA8180

DocuSigned by:

3/21/2024

1

4E45CC41F1EE48D...

Franklin Handel, MD FAAC
Curriculum Vitae

NAME:  FRANKLIN HANDEL, MD, FACC

*Franklin Handel MD*

*24 February, 2022*

OFFICES:  Schuster Cardiology & Associates, Inc.
4000 Miamisburg-Centerville Road, Suite 100, Miamisburg, OH 45342
(ph) 937-866-0637, (fx) 937-866-6713

Schuster Cardiology & Associates, Inc.
3533 Southern Blvd., Suite 3450, Kettering, OH 45429
(ph) 937-643-9939, (fx) 937-643-9949

EDUCATION:

1979-1983  DUKE UNIVERSITY MEDICAL CENTER – Durham, NC
Fellowship in Cardiology
Clinical Instructor

1978-1979  OHIO STATE UNIVERSITY – Columbus, OH
Senior Assistant Resident in Medicine

1977-1978  OHIO STATE UNIVERSTIY – Columbus, OH
Junior Assistant Resident in Medicine

1976-1977  OHIO STATE UNIVERSITY – Columbus, OH
Internship in Medicine

1972-1976  UNIVERSITY OF PENNSYLVANIA – Philadelphia, PA
School of Medicine
M.D (June 1976)

1968-1972  KING'S COLLEGE – Wilkes-Barre, PA
B.S, Summa Cum Laude (June 1972)

PROFESSIONAL POSITIONS:

2008-Present  KETTERING HEALTH NETWORK – Kettering, OH
Director, Cardiovascular Research

1984-1994  SYCAMORE HOSPITAL – Miamisburg, OH
Director, Intensive Care Unit

Revised June 2021

2

Franklin Handel, MD FAAC
Curriculum Vitae

1984-Present   KETTERING MEDICAL CENTER – Kettering, OH
               (Center for Cardiac Rehabilitation)
               Co-Director and Founder

1983-Present   KETTERING MEDICAL CENTER – Kettering, OH
               3535 Southern Blvd., Kettering, OH 45429
               Staff

1983-Present   SCHUSTER CARDIOLOGY & ASSOCIATES, INC.
               4000 Miamisburg-Centerville Rd., Suite 100, Miamisburg, OH 45342
               3533 Southern Blvd., Suite 3450, Kettering, OH 45429
               Associate

1983-Present   WRIGHT STATE UNIVERSITY – Dayton, OH
               School of Medicine
               Associate Clinical Professor of Medicine

2005-2007      KETTERING MEDICAL CENTER – Kettering, OH
1987-1989      (Department of Internal Medicine)
               Chief

LICENSURE:     State of Ohio (1982)
               State of North Carolina (1981)

CERTIFICATION: Fellow, American College of Cardiology (1993)
               Sub-specialty Board of Cardiovascular Diseases (1981)
               American Board of Internal Medicine (1979)

PROFESSIONAL
AFFILIATIONS:  American Heart Association
               American College of Cardiology

HONOR
SOCIETIES:     Aquinas Society
               Delta Epsilon Sigma


PUBLICATIONS:

Handel, F., Peter, R.H., and Rubin, L.J. Hemodynamic Effects of Hydralazine in Patients with Isolated Right Ventricular Failure, Am. J, Card. 47:390, 1981.

Rubin, L.J., Groves, B.M., Reeves, J.T., Frosolono, M.F., Handel, F., Perkins, J.G., and Cato, AE. Prostacyclin Induced Acute Pulmonary Vasodilatation in Primary Pulmonary Hypertension, Circulation 64 (4): 181, 1981 and Circulation 66 (2): 334, 1982,

Revised June 2021

DocuSign Envelope ID: CD1D6928-BDA7-42AE-A75A-3D7D9FCA8180

3

Franklin Handel, MD FAAC
Curriculum Vitae

Rubin, L.J., Handel, F., and Peter, R.H. Afterload Reduction Therapy for Isolated Right Ventricular Failure: Favorable Effects of Oral Hydrazaline. Circulation 65(7): 1369, 1982.

Handel, F., Luzzi, F.A, Wenger, T.L., Barchowsky, A, Shand, D.G., and Strauss, H.C. Lidocaine and Its Metabolites in Dog Myocardium and Plasma. Fed. Proc. 41 (5): 1539, 1982.

Handel, F., Luzzi, F.A, Wenger, T.L., Barchowsky, A, Shand, D.G., and Strauss, H C, Myocardial Lidocaine Concentrations in Canine Atria and Ventricles. Fed, Proc. 41 (5): 1539, 1982.

Handel, F., Luzzi, F.A, Wenger, T.L., Barchowsky, A, Shand, D.G., and Strauss, H.C. Lidocaine and Its Metabolites in Canine Plasma and Myocardium, J. Cardiovasc, Pharm. 5(1):44, 1983.

Austin, M., Wenger, T.L., Luzzi, F.A., Handel, F., and Strauss, H.C. Relationship Between Incidence of Fibrillation and Amount of Myocardium at Risk i11 the Canine Coronary Reperfusion Model, Fed. Proc. 41 (5): 1711, 1982.

## RESEARCH EXPERIENCE:

2021    EMPACT-MI: A streamlined, multicentre, randomised, parallel group, double-blind placebo-controlled superiority trial to evaluate the effect of EMPAgliflozin on hospitalisation for heart failure and mortality in patients with aCuTe Myocardial Infarction (principal investigator)

2021    WATCHMAN FLX versus NOAC for EMbolic ProtectION in the Management of Patients with Non-Valvular Atrial Fibrillation (CHAMPION-AF) (sub-investigator)

2020    A multicenter, randomized, double-blind, parallel-group, placebo-controlled study to evaluate the efficacy and safety of finerenone on morbidity and mortality in participants with heart failure (NYHA II-IV) and left ventricular ejection fraction ≥40% (LVEF ≥40%) (FINEARTS) (principal investigator)

2020    The Cardiovascular Multi-dimensional Observational Investigation of the Use of PCSK9 Inhibitors (cvMobius) (principal investigator)

2017    A 24-week, randomized, double-blind, multi-center, parallel group, active controlled study to evaluate the effect of LCZ696 on NT-proBNP, symptoms, exercise function and safety compared to individualized medical management of comorbidities in patients with heart failure and preserved ejection fraction (PARALLAX) (principal investigator)

2016    Galactic HF-A Double-blind, Randomized, Placebo-controlled, Multicenter Study to Assess the Efficacy and Safety of Omecamtiv Mecarbil on Mortality and Morbidity in Subjects With Chronic Heart Failure With Reduced Ejection Fraction (principal investigator)

2015    UPGRADE: Utility of PharmacoGenomics for Reducing Adverse Drug Effects (principal investigator)

Revised June 2021

Franklin Handel, MD FAAC
Curriculum Vitae

2015    PALM Registry: Patient and Provider Assessment of Lipid Management Registry (PALM) (principal investigator)

2015    DalGenE: A phase III, double-blind, randomized placebo-controlled study to evaluate the effects of investigational drug on cardiovascular (CV) risk in a genetically defined population with a recent Acute Coronary Syndrome (ACS) (principal investigator)

2015    Commander HF: A Randomized, Double-blind, Event-driven, Multicenter Study Comparing the Efficacy and Safety of Rivaroxaban with Placebo for Reducing the Risk of Death, Myocardial Infarction or Stroke in Subjects with Heart Failure and Significant Coronary Artery Disease Following an Episode of Decompensated Heart Failure (principal investigator)

2015    AUGUSTUS: An Open-label, Randomized, Controlled, Multicenter Clinical Trial to Evaluate the Safety of Apixaban for the Prevention of Stroke and other Ischemic Events in Patients with Atrial Fibrillation and Acute Coronary Syndrome or Undergoing Percutaneous Coronary Intervention (principal investigator)

2015    ARTEMIS: Affordability and Real-world Antiplatelet Treatment Effectiveness After Myocardial Infarction Study (principal investigator)

2014    THEMIS: A Multinational, Randomised, Double-Blind, Placebo- Controlled Trial to Evaluate the Effect of Ticagrelor 90 mg twice daily on the Incidence of Cardiovascular Death, Myocardial Infarction or Stroke in Patients with Type 2 Diabetes Mellitus [THEMIS - effect of Ticagrelor on Health outcomes in diabetes Mellitus patients Intervention Study] (principal investigator)

2013    ABSORB: A Clinical Evaluation of Absorb BVS, the Everolimus Eluting Bioresorbable Vascular Scaffold in the Treatment of Subjects with de novo Native Coronary Artery Lesions (sub investigator)

2013    EUCLID: A randomised, double-blind, parallel group, multicentre phase IIIb study to compare ticagrelor with clopidogrel treatment on the risk of cardiovascular death, myocardial infarction and ischemic stroke in patients with established Peripheral Artery Disease (EUCLID - Examining Use of ticagrelor in PAD) (principal investigator)

2013    RESCUE: Randomized Evaluation of Patients with Stable Angina Comparing Utilization of Diagnostic Examinations (principal investigator)

2012    GLORIA-AF: Global Registry on Long-Term Oral Anti-Thrombotic Treatment for Patients with Atrial Fibrillation (Phase II/III) (principal investigator)

2011    Pegasus - A Randomized, Double-Blind, Placebo Controlled, Parallel Group., Multinational Trial, to Assess the Prevention of Thrombotic Events with Ticagrelor Compared to Placebo on a Background of Acetyl Salicylic Acid (ASA) Therapy in Patients with History of Myocardial Infarction (principal investigator)

2011    Coronary Stent Graft HDE #H000001

Revised June 2021

Case: 3:25-cv-00273-JLG-CHG Doc #: 12-5 Filed: 08/24/25 Page: 6 of 58 PAGEID #: 389

5

Franklin Handel, MD FAAC
Curriculum Vitae

2010 The TRANSLATE-ACS Study: TReatment with ADP receptor iNhibitorS: Longitudinal Assessment of Treatment Patterns and Events after Acute CoronaRy Syndrome (principal investigator)

2010 Saxagliptin Assessment of Vascular Outcomes Recorded in Patients with Diabetes Mellitus – SAVOR (principal investigator)

2010 Registry to Evaluate Anticoagulation in Atrial Fibrillation (REAL-AF) (principal investigator)

2009 A Clinical Outcomes Study of Darapladib versus Placebo in Subjects with Chronic Coronary Heart Disease to Compare the Incidence of Major Adverse Cardiovascular Events (MACE); The STABILITY Trial (principal investigator)

2008 RELY-ABLE long-term multi-center extension of dabigatran treatment in patients with atrial fibrillation who completed the RE-LY trial and a cluster randomised trial to assess the effect of a knowledge translation intervention on patient outcomes (principal investigator)

2008 Zyban as an Effective Smoking Cessation Aid for Patients Following an Acute Coronary Syndrome: The ZESCA Trial (sub-investigator)

2008 A phase III, double-blind, randomized placebo-controlled study, to evaluate the effects of dalcetrapib on cardiovascular (CV) risk in stable CHD patients, with a documented recent Acute Coronary Syndrome (ACS) (principal investigator)

2007 A Comparison of Prasugrel and Clopidogrel in Acute Coronary Syndrome (ACS)-Subjects with Unstable Angina/Non-ST-Elevation Myocardial Infarction (UA/NSTEMI) Who are Medically Managed - The TRILOGY ACS Study (principal investigator)

2007 A Randomised, Double-Blind, Parallel Group, Phase 3, Efficacy and Safety Study of AZD6140 Compared with Clopidogrel for Prevention of Vascular Events in Patients with Non-ST or ST Elevation Acute Coronary Syndromes (principal investigator)

2005 Randomized Evaluation Of Long Term Anticoagulant Therapy (RELY) Comparing The Efficacy And Safety Of Two Blinded Doses Of Dabigatran Etexilate With Open Label Warfarin For The Prevention Of Stroke And Systemic Embolism In Patients With Non-Valvular Atrial Fibrillation: Prospective, Multi-Centre, Parallel-Group, Non-Inferiority Trial (RE-LY STUDY) (principal investigator)

2005 A Multicenter, Double-Blind, Randomized Study to Establish the Clinical Benefit and Safety of Vytorin vs Simvastatin Monotherapy in High-Risk Subjects Presenting with Acute Coronary Syndrome (IMPROVE-IT) (principal investigator)

2005 A Comparison of CS-747 and Clopidogrel in Acute Coronary Syndrome Patients who are to Undergo Percutaneous Coronary Intervention (principal investigator)

2004 National Registry of Myocardial Infarction 5 (principal investigator)

Revised June 2021

DocuSign Envelope ID: CD1D6928-BDA7-42AE-A75A-3D7D9FCA8180

Franklin Handel, MD FAAC
Curriculum Vitae

2003    Addressing the Value of Primary Angioplasty After Combination Therapy or Eptifibatide Monotherapy in Acute Myocardial Infarction, Study No. 01-042 and the Future Research on Blood Samples Study, An Arm of The Main ADVANCE MI Study (principal investigator)

2000    National Registry of Myocardial Infarction 4 (principal investigator)

2000    Assent III – Safety and Efficacy of New Thrombolytic (Clot-Dissolving) Regiments (Principal investigator)

2000    A Phase III Double-Blind Efficacy and Safety Study of SCH 58235 (10 mg) in Addition to Simvastatin in Subjects with Primary Hypercholesterolemia Not Controlled by Starting Dose (20 mg) Simvastatin. (sub-investigator)

2000    A Randomized, Double-Blind, Comparative Study of H376/95 and Warfarin (Coumadin®) for the Prevention of Venous Thromboembolism Following Total Knee Arthroplasty. (sub-investigator)

1999    Magnesium in Coronaries (MAGIC) (Sub-investigator)

1998    HDL Trial to Determine if Hyperlipidemic Male Patients with CVD and a low HDL, on Simvastatin and a Heart Healthy Diet, Can Further Augment HDL, with a Structured Exercise, While on Simvastatin (sub-investigator)

1998    TNT; Treating to New Targets; The Effect of LDL-Cholesterol Lowering Beyond Currently Recommended Minimum Targets on Coronary Heart Disease Recurrence in Patients with Pre-Existing CHD (principal investigator)

1998    National Registry of Myocardial Infarction 3 (principal investigator)

1998    Assent II Emergency Department Registry (principal investigator)

1998    Assent II; Assessment of the Safety and Efficacy of a New Thrombolytic; A Phase III, Randomized, Double-Blind, Parallel Group, International Trial of Single Bolus of TNK-tissue Plasminogen Activator (t-PA) versus accelerated infusion of rt-PA Alteplase (Activase) in Acute Myocardial Infarction (principal investigator)

1997    A 4-Week, Open-Label Assessment of the Safety and Efficacy Profile of Atorvastatin as Compared to Simvastatin When Used to Optimally Control Patients with Mixed Dyslipidemia (principal investigator)

1991    Evaluation of 294-03 Pacing System (principal investigator)

Revised June 2021

**DocuSign**

## Certificate Of Completion

Envelope Id: CD1D6928BDA742AEA75A3D7D9FCA8180
Subject: ***Research*** Complete with DocuSign: Handel, Franklin CV
Source Envelope:

| | | |
|---|---|---|
| Document Pages: 6 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 4 | Initials: 0 | Allison Dymacek |
| AutoNav: Enabled | | 3535 Southern Blvd, |
| EnvelopeId Stamping: Enabled | | Kettering, OH 45429 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | Allison.Dymacek@ketteringhealth.org |
| | | IP Address: 204.110.16.10 |

**Status: Completed**

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Allison Dymacek | Location: DocuSign |
|     3/20/2024 9:44:35 AM |     Allison.Dymacek@ketteringhealth.org | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Franklin Handel, MD | DocuSigned by: | Sent: 3/20/2024 9:45:45 AM |
| fhandel@aol.com | [signature] | Resent: 3/21/2024 12:55:06 PM |
| 1-9374759216 | 4E45CC41F1EE48D... | Viewed: 3/21/2024 1:04:17 PM |
| Security Level: Email, SMS, Account Authentication (None) | Signature Adoption: Drawn on Device | Signed: 3/21/2024 1:04:41 PM |
| | Signed by link sent to 1-9374759216 | |
| | Using IP Address: 73.27.62.87 | |
| | Signed using mobile | |
| **Electronic Record and Signature Disclosure:**<br>  Accepted: 3/21/2024 1:04:17 PM<br>  ID: 59f695c8-b349-481c-add9-cff3be8aba39 | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 3/20/2024 9:45:46 AM |
| Certified Delivered | Security Checked | 3/21/2024 1:04:17 PM |
| Signing Complete | Security Checked | 3/21/2024 1:04:41 PM |
| Completed | Security Checked | 3/21/2024 1:04:41 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

Docusign Envelope ID: 8DA55C03-3F6F-4FC3-828B-41F6B1852010

DocuSigned by: 94A2394DB60D4F0...
4/27/2023

Signed by: 94A2394DB60D4F0...
3/17/2025

# Ammar Safar, MD, FSCAI, FACC, FACP, RPVI
## *Interventional Cardiology & Endovascular Medicine*

*Clinical Assistant Professor of Medicine, Wright State University Boonshoft School of Medicine*
*Chief, Department of Cardiology, Kettering Medical Center System*
*Chair, Endovascular Committee, Kettering Cardiovascular Institute (KCVI)*
*Medical Director, Noninvasive Vascular Ultrasound, Kettering Health Main*

## CERTIFICATIONS AND PROFESSIONAL LICENSURE

- Board Certification in Interventional Cardiology (ABIM)
- Board Certification in Cardiovascular Disease (ABIM)
- Board Certification Endovascular Medicine (ABVM)
- Board Certification in Adult Comprehensive Echocardiography (NBE)
- Board Certification in Nuclear Cardiology (CBNC)
- Certification in Registered Physician Vascular Interpretation (RPVI)

## CURRENT POSITION

03/2013-Present
Interventional Cardiology & Endovascular Medicine
Kettering Health Medical Group (KHMG) - Kettering Health
4000 Miamisburg-Centerville Rd. Suite 100
Miamisburg, Ohio 45429
Cell: 937-765-2330
Office: 937-866-0637
Fax: 937-866-6713

## ACADEMIC APPOINTMENTS

07/2014-Present
*Clinical Assistant Professor of Medicine*
Wright State University-Boonshoft School
Dayton, Ohio

06/2012-06/2020
*Adjunct Assistant Professor of Medicine*
The Ohio State University College of Med
Columbus, Ohio

## POSTGRADUATE TRAINING

11/2011-10/2012
Interventional Cardiology Fellowship
Wright State University - Boonshoft School of Medicine
Kettering Medical Center
Dayton, OH

1

Docusign Envelope ID: 8DA55C03-3F6F-4FC3-828B-41F6B1852010

| | |
|---|---|
| 09/2008-08/2011 | Cardiovascular Disease Fellowship<br>Wright State University - Boonshoft School of Medicine<br>Kettering Medical Center<br>Dayton, OH |
| 07/2008-08/2008 | Advanced Cardiac Imaging Fellowship<br>The Ohio State University<br>Richard M. Ross Heart Hospital<br>Columbus, OH |
| 07/1999-06/2002 | Internal Medicine Internship and Residency<br>St. Elizabeth Health Center<br>Northeastern Ohio Medical University (NEOMED)<br>Youngstown, OH |

## UNDERGRADUATE / MEDICAL EDUCATION

| | |
|---|---|
| 09/1991-08/1997 | University of Aleppo-School of Medicine; Aleppo, Syria<br>6-year MD program (Combined Undergraduate and Medical School) |

## PUBLICATIONS & PRESENTATIONS

**Covered Stents for the treatment of renal artery in-stent restenosis (ISR). A viable option for a common problem. Case presentation and literature review**
Lecturer, *Leipzig Interventional Course (LINC) 2019. Leipzig, Germany*

**Direct revascularization (DR) to improve wound healing and prevent major amputations in CLI patients with below the knee PAD.**
**Case presentation and literature review**
Lecturer, *Leipzig Interventional Course (LINC) 2019. Leipzig, Germany*

**The growing case for direct revascularization.**
**Pioneering techniques for critical limb ischemia and "no option" patients**
*LINC Today 2019*

G. Wise, B. Schwartz, N. Dittoe, A. Safar, S. Sherman, B. Bowdy and H. Hahn;
**Comparative Effectiveness Analysis of Anticoagulant Strategies in a Large Observational Database of Percutaneous Coronary Interventions.** *J Interv Cardiology.* 2012 Jun;25(3): 278-88.

S. Pak, J. Costello and A. Safar; **Acute Superior Mesenteric Artery Thrombosis from Necrotic Pancreatitis as a Complication of Endovascular Abdominal Aneurysm repair.** *J Mol Imaging Dynamics.* 2017 Dec; 29 (7): i110

2

Docusign Envelope ID: 8DA55C03-3F6F-4FC3-828B-41F6B1852010

A. Safar, and H. Hahn; **Intravascular Ultrasound vs. Fractional Flow Reserve and Percutaneous Coronary Intervention rates: a Real World Experience.**
Poster presentation, Ohio ACC 21st Annual Meeting; Columbus, OH; October 2011

A. Safar, and A. Agarwal; **Anomalous Right Coronary Artery Arising from Distal Left Circumflex Artery: An Extremely Rare Single Coronary Artery Anomaly.**
Poster presentation, Ohio ACC 21st Annual Meeting; Columbus, OH; October 2011

A. Safar, S. Gupta, and A. Agarwal; **Very Late Stent Thrombosis of Bare Metal Stent Presenting with Acute Myocardial Infarction: an Unusual Complication after 11 years.**
Poster presentation, Ohio ACC 20th Annual Meeting; Columbus, OH; October 2010

A. Safar, R. Jain, S. Gupta, and A. Agarwal; **Pulseless Right Arm after Anterior Wall Myocardial Infarction; Prevention of Embolic Complications.**
Poster presentation, Ohio ACC 20th Annual Meeting; Columbus, OH; October 2010

R. Jain, A. Safar, M. Avery, S. Gupta, and A. Agarwal; **Wellens' Syndrome.**
Poster presentation, Ohio ACC 20th Annual Meeting; Columbus, OH; October 2010

A. Safar, M. Singh, J. Jung, and K. Padgitt; **Giant Aneurysm of the Internal Carotid Artery Presenting with Hyperprolactinemia and Pan-hypopituitarism; Case report and literature review.**
Poster presentation, St. Elizabeth 17th Annual Residency Research Day; Youngstown, OH; June 2002

A. Safar, H. Mikhail, and D. Singh; **Massive Pulmonary Embolism Secondary to Clozapine.**
Poster presentation, NEOUCOM 10th Annual Internal Medicine Residency Research Day; Rootstown, OH; April 2000

## CLINICAL TRIALS

**HI-PEITHO:** A Randomized Trial of Ultrasound-facilitated, Catheter-directed, Thrombolysis Versus Anticoagulation for Acute Intermediate-high Risk Pulmonary Embolism: The Higher-risk Pulmonary Embolism Thrombolysis Study (Primary Investigator). *Ongoing*

**APEX-AV:** Evaluating the Safety and Efficacy of the AlphaVac Multipurpose Mechanical Aspiration (MMA) F1885 PE for Treatment of Acute Pulmonary Embolism (Primary Investigator). *Ongoing*

**EXPAND TAVR II Pivotal Trial:** Multi-center, international, prospective, randomized study. Subjects will be randomized to either transcatheter aortic valve replacement (TAVR) with the Evolut PRO+ TAVR System, or Evolut FX System, and guideline-directed management (GDMT) or GDMT alone. (Co-Primary Investigator). *Start date: 05/2023*

3

Docusign Envelope ID: 8DA55C03-3F6F-4FC3-828B-41F6B1852010

**OPTIMIZE PRO:** The purpose of this study is to collect clinical evidence on valve performance and procedural outcomes associated with an "optimized" TAVR care pathway and post-TAVR conduction disturbance pathway while using the Evolut™ PRO and Evolut™ PRO+ devices (Sub Investigator). ***Ongoing***

**STEMI-DTU:** To demonstrate the safety and effectiveness of primary Left Ventricular unloading and a thirty-minutes delay to reperfusion vs. current standard of care in reducing infarct size and heart failure-related clinical events in patients presenting with anterior ST-Elevation Myocardial Infarction (Sub Investigator). ***Ongoing***

**VICTORION-2 PREVENT:** A pivotal Phase III trial to evaluate the benefits of inclisiran on major adverse cardiovascular (MACE) events in participants with established cardiovascular disease (CVD). (Sub Investigator). ***Ongoing***

**OCEANIC-AF:** Multicenter, randomized, active comparator-controlled, double-blind, double-dummy, parallel group phase III study of the oral FXIa inhibitor BAY 2433334 for the prevention of stroke or systemic embolism in patients w/AF (Sub Investigator). ***Ongoing***

**EMPACT-MI:** A streamlined, multicenter, randomized, parallel group, double-blind placebo-controlled superiority trial to evaluate the effect of EMPAgliflozin on hospitalization for heart failure and mortality in patients with aCuTe Myocardial Infarction (Sub Investigator). ***Ongoing***

**FINEARTS:** Study to Evaluate the Efficacy (Effect on Disease) and Safety of Finerenone on Morbidity (Events Indicating Disease Worsening) & Mortality (Death Rate) in Participants with Heart Failure and Left Ventricular Ejection Fraction (Proportion of Blood Expelled Per Heart Stroke) Greater or Equal to 40% (Sub Investigator). *Closed*

**ARTEMIS:** Affordability and Real-world Antiplatelet Treatment Effectiveness After Myocardial Infarction Study (Sub Investigator). *Closed*

**AUGUSTUS:** An Open label, Randomized, Controlled, Multicenter Clinical Trial to Evaluate the Safety of Apixaban for the Prevention of Stroke and other Ischemic Events in Patients with Atrial Fibrillation and Acute Coronary Syndrome or Undergoing Percutaneous Coronary Intervention (Sub Investigator). *Closed*

**PALM Registry:** Patient and Provider Assessment of Lipid Management Registry (PALM) (Sub-Investigator). *Closed*

**Commander HF**: A Randomized, Double-blind, Event-driven, Multicenter Study Comparing the Efficacy and Safety of Rivaroxaban with Placebo for Reducing the Risk of Death, Myocardial Infarction or Stroke in Subjects with Heart Failure and Significant Coronary Artery Disease Following an Episode of Decompensated Heart Failure (Sub Investigator). *Closed*

4

Docusign Envelope ID: 8DA55C03-3F6F-4FC3-828B-41F6B1852010

**UPGRADE:** Utility of Pharmaco-Genomics for Reducing Adverse Drug Effects (Sub Investigator). *Closed*

**THEMIS:** A Multinational, Randomized, Double-Blind, Placebo Controlled Trial to Evaluate the Effect of Ticagrelor 90 mg twice daily on the Incidence of Cardiovascular Death, Myocardial Infarction or Stroke in Patients with Type 2 Diabetes Mellitus [THEMIS - effect of Ticagrelor on Health outcomes in diabEtes Mellitus patients Intervention Study] (Sub Investigator). *Closed*

**Absorb III:** A Clinical Evaluation of Absorb" BVS, the Everolimus Eluting Bioresorbable Vascular Scaffold in the Treatment of Subjects with de novo Native Coronary Artery Lesions (Sub Investigator). *Closed*

**EUCLID:** A randomized, double blind, parallel group, multicenter phase IIIb study to compare ticagrelor with c1opidogrel treatment on the risk of cardiovascular death, myocardial infarction and ischemic stroke in patients with established Peripheral Artery Disease (EUCLID – Examining Use of tiCagreLor In paD) (Sub Investigator). *Closed*

**GLORIA-AF:** Global Registry on Long-Term Oral Anti-thrombotic TReatment In PAtients with Atrial Fibrillation (Sub Investigator). *Closed*

## HONORS AND AWARDS

| | |
|---|---|
| 2012 | Top 10% in the US; ABIM Interventional Cardiology Board Certification Examination |
| 2011 | First Place Award: Helen L. Popoway Resident Research Award "Differential Effect of Intravascular Ultrasound and Fractional Flow Reserve in Determining PCI performance in Intermediate Lesions: a realWorld Experience" |
| 2011 | Top 10% in the US; ABIM Cardiovascular Disease Board Certification Examination |
| 2002 | Top 10% in the US; ABIM Internal Medicine Board Certification Examination |
| 2002 | American Medical Association Physician's Recognition Award |
| 2002 | Best Poster Presentation Award: St. Elizabeth Residency Research Day. "Giant Internal Carotid Artery Aneurysm Presenting with Hyperprolactinemia and Pan-hypopituitarism" |
| 2000 | Best Poster Presentation Award: Northeastern Ohio Universities College of Medicine (NEOUCOM) Residency Research Day. "Massive Pulmonary Embolism Secondary to Clozapine" |

Docusign Envelope ID: 8DA55C03-3F6F-4FC3-828B-41F6B1852010

## PROFESSIONAL MEMBERSHIPS

- Society of Cardiovascular Angiography and Interventions **(SCAI), Fellow**
- American College of Cardiology **(ACC); Fellow**
- American College of Physicians **(ACP); Fellow**
- Society of Vascular Medicine **(SVM), Member**

Docusign Envelope ID: 8DA55C03-3F6F-4FC3-828B-41F6B1852010

**DocuSign**

## Certificate Of Completion

Envelope Id: 7F1AE00EBBA04687A8E62FC648CE5198
Subject: ***Research*** Complete with DocuSign: CV
Source Envelope:
Document Pages: 6                    Signatures: 1
Certificate Pages: 4                    Initials: 0
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-05:00) Eastern Time (US & Canada)

Status: Completed

Envelope Originator:
Allison Dymacek
3535 Southern Blvd,
Kettering, OH  45429
Allison.Dymacek@ketteringhealth.org
IP Address: 204.110.16.10

## Record Tracking

Status: Original
           4/27/2023 7:38:22 AM

Holder: Allison Dymacek
           Allison.Dymacek@ketteringhealth.org

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| Ammar Safar, MD<br>ammar.safar@ketteringhealth.org<br>1-9377652330<br>Security Level: Email, SMS, Account Authentication (None) | DocuSigned by:<br>94A2394DB60D4F0...<br><br>Signature Adoption: Drawn on Device<br>Signed by link sent to 1-9377652330<br>Using IP Address: 204.110.17.64<br>Signed using mobile | Sent: 4/27/2023 7:40:27 AM<br>Viewed: 4/27/2023 8:09:48 AM<br>Signed: 4/27/2023 8:10:20 AM |

Electronic Record and Signature Disclosure:
    Accepted: 4/27/2023 8:09:48 AM
    ID: 589db7d7-a9f7-485b-9635-33ad4d863a66

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 4/27/2023 7:40:27 AM |
| Certified Delivered | Security Checked | 4/27/2023 8:09:48 AM |
| Signing Complete | Security Checked | 4/27/2023 8:10:20 AM |
| Completed | Security Checked | 4/27/2023 8:10:20 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

**Docusign**

## Certificate Of Completion

Envelope Id: 8DA55C03-3F6F-4FC3-828B-41F6B1852010
Subject: ***Research*** Complete with Docusign: Safar, Ammar CV signed 4-27-23.pdf
Source Envelope:
Document Pages: 10     Signatures: 1
Certificate Pages: 4     Initials: 0
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-05:00) Eastern Time (US & Canada)

Status: Completed

Envelope Originator:
Allison Dymacek
3535 Southern Blvd,
Kettering, OH 45429
Allison.Dymacek@ketteringhealth.org
IP Address: 204.110.16.10

## Record Tracking

Status: Original
    2/4/2025 2:52:50 PM

Holder: Allison Dymacek
    Allison.Dymacek@ketteringhealth.org

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| Ammar Safar<br>ammar.safar@ketteringhealth.org<br>1-9377652330<br>Security Level: Email, SMS, Account Authentication (None) | Signed by:<br>94A2394DB60D4F0...<br><br>Signature Adoption: Drawn on Device<br>Signed by link sent to<br>ammar.safar@ketteringhealth.org<br>Using IP Address: 167.248.152.78<br>Signed using mobile | Sent: 2/4/2025 2:54:15 PM<br>Resent: 2/25/2025 9:58:02 AM<br>Resent: 3/3/2025 9:14:18 AM<br>Viewed: 3/17/2025 7:18:45 PM<br>Signed: 3/17/2025 7:18:51 PM |
| Electronic Record and Signature Disclosure:<br>   Accepted: 2/25/2025 10:55:22 AM<br>   ID: bd1a2a58-1377-4bd7-bf1c-b7a699d6cf24 | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 2/4/2025 2:54:15 PM |
| Certified Delivered | Security Checked | 3/17/2025 7:18:45 PM |
| Signing Complete | Security Checked | 3/17/2025 7:18:51 PM |
| Completed | Security Checked | 3/17/2025 7:18:51 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

## Electronic Record and Signature Disclosure

Case: 3:25-cv-00273-JLG-CHG Doc #: 12-5 Filed: 08/24/25 Page: 17 of 58 PAGEID #: 400

Docusign Envelope ID: F902E290-EAD4-4332-AD12-9BC149A58B1E

Signed by:

*Joseph Blake, MD*

8FBFCAC98AEA476...

8/12/2024

8/23/21

# Joseph J. Blake

3451 Newmark Dr.
Miamisburg, OH 45342
Office Phone:  937-297-6306          E-mail:  blake.jojo@gmail.com

## *Education*

**M.D.**, *The Ohio State University College of Medicine and Public Health*. Columbus, Ohio.  *Cum Laude*. August 2001-June 2005

**B.S.**, *Wright State University*. Dayton, Ohio. *Summa Cum Laude*. Major: Biomedical Engineering.  September 1997-June 2001

## *Post Graduate Medical Education*

Fellowship, Musculoskeletal Radiology. *Vanderbilt University*. Nashville, Tennessee.  July 2010-June 2011: Fellow and Instructor.  Fellowship Director: Jake Block, M.D.

Diagnostic Radiology Residency, *Vanderbilt University*. Nashville, Tennessee. June 2006-June 2010.  Residency Director: Tom Dina, M.D.

**Chief Residen**t, *Vanderbilt University.  Nashville, Tennessee*. March 2009-February 2010

Transitional Year Internship, *Riverside Methodist Hospital*. Columbus, Ohio. June 2005-June 2006.

## *Appointments*

Radiologist.  Kettering Network Radiologists, Inc. Kettering, OH. July 2011-Present
  Director, Cardiac MRI. 2011-Present
  Chief, MRI Services Kettering Health Network. 2013-2018.
  Treasurer, KNRI.  2015-Present
  Member, Executive Committee, KNRI
  Member, Finance Committee, KNRI
  Member, Clinical Quality Review Committee, Kettering Hospital, 2019-Present

## *Honors and Awards*
### Vanderbilt University Medical Center
- *RSNA 2008*, Trainee Research Prize for "*Utilization of Repetitive Kidney Stone Protocol CT Scans*"
- Radiology Resident Roentgen Research Award, Department of Radiology, 2009
- Graduating Model Radiology Resident Award, 2010

### The Ohio State University College of Medicine and Public Health

Curriculum Vitae

**Scott J. Arnold, M.D.**

2181 Centerville Road
Spring Valley, Ohio
45370
(937) 862-8683

**Personal**

Date of Birth: March 15, 1968
Place of Birth: Xenia, Ohio
Marital Status: Married
Dependants: Three children

**Professional Interests**

Oncologic Pathology
Cytopathology
Information and Billing Systems

**Licensure**

Ohio Medical License
35-07-5735-A

Board Certified Anatomic and Clinical Pathology
The American Board of Pathology  2000

**Training**

Surgical Pathology Fellowship
M.D.Anderson 1998-1999

Resident AP/CP Pathology
Vanderbilt University 1994-1998

**Education**

Wright State University
School of Medicine
M.D. 1994

Wright State University
Summa Cum Laude
B.S. in Chemistry 1990

| | |
|---|---|
| **Honors** | Alpha Omega Alpha<br>Medical Honor Society<br>Elected 1993 |
| | Phi Kappa Phi Honor Society<br>Elected 1990 |
| **Work Experience** | Associate Pathologist<br>Kettering Pathology Associates<br>3535 Southern Blvd.<br>Kettering, OH 45429<br>2012-Present |
| | Associate Pathologist<br>Clinton Memorial Hospital<br>Wilmington, Ohio<br>1999-2011 |
| | Associate Pathologist<br>Greene Memorial Hospital<br>Xenia, Ohio<br>1999-2011 |
| | Medical Director<br>Highland District Hospital<br>Hillsboro, Ohio<br>2007-2011 |
| **Professional Activities** | Associate Faculty-Pathology Department<br>Wright State University<br>1999-present |
| | Pathology Section Chief<br>Greene Memorial Hospital |
| | Houston Society of Clinical Pathologists<br>1998-1999 |
| | Graduate Medical Education Committee<br>Vanderbilt University<br>Resident Representative 1995-1996 |
| | Housestaff Advisory Council<br>Pathology Representative |

Vanderbilt University 1995-1998


Chief Pathology Lecturer for Otolaryngology
Vanderbilt University 1994-1997

Eskind Biomedical Library Forum
Resident Representative
Vanderbilt University 1995-1998

Surgical Pathology Didactic Conference
Vanderbilt University
Coordinator 1996-1997

Cytopathology Pap Smear Conference
Vanderbilt University
Coordinator 1997-1998


**Presentations**

Neuropathology: Low Grade Lesions of the CNS
University of Texas M.D. Anderson Cancer Center
November 1998

Neuropathology: Infections of the CNS
University of Texas M.D. Anderson Cancer Center
May 1999


**Publications**

Arnold SJ, Kinney MC, McCormick MS, Dummer S, Scott
MA Disseminated Toxoplasmosis-Unusual Presentations
in the Immunocompromised Host. Archives of Pathology
and Laboratory Medicine 1997;121:869-873

# EXHIBIT N

**From:** Collier, Sandra <Sandra.Collier@ketteringhealth.org>
**Sent:** Thursday, May 8, 2025 4:06 PM
**To:** Geyer, Daniel <Daniel.Geyer@ketteringhealth.org>; Seger, Chris <Chris.Seger@ketteringhealth.org>; Wiggins, Alexandra N <Alexandra.Wiggins@ketteringhealth.org>; Mekonnen, Lucy <Lucy.Mekonnen@ketteringhealth.org>; Flores, Leslie <Leslie.Flores@ketteringhealth.org>; Applegate, Kamara <Kamara.Applegate@ketteringhealth.org>
**Cc:** Collier, Sandra <Sandra.Collier@ketteringhealth.org>; Molina, Andrea <Andrea.Molina@ketteringhealth.org>; Dymacek, Allison L <Allison.Dymacek@ketteringhealth.org>; Garber, Kathren <Kathren.Garber@ketteringhealth.org>; Jones, Jacob <Jacob.Jones@ketteringhealth.org>; Bonnema, Albert (MD) <Albert.Bonnema@ketteringhealth.org>; Liette, Jeff <Jeff.Liette@ketteringhealth.org>; Jones, Archie <Archie.Jones@ketteringhealth.org>
**Subject:** IRG/ Staffing/ Study Assignments

Hi All,
As each of you are aware, we are greatly under-staffed.
I met with Dr. Bonnema yesterday. He is CC'd to this message.
I shared with him my concerns:

- patient safety,
- research/data-quality,
- lack of oversight,
- inadequate study coverage,
- inequitable workloads,
- staffing deficits,
- etc, etc

We came away with several action items including:

- Purchase laptops for each Research Staff
- Purchase FDA 21 CFR 11 compliant signing capabilities
- Develop specific Training Plans with each CRC
- Centralized Office Space

Additionally, I met with this team this afternoon to roll-out new Study Team/Therapeutic Area assignments.
_Please keep in mind we have to do what's in the best interest of the business of this department._
You will notice, each team has an established coordinator and a newer coordinator.
Although Leslie and Alexandra are both newer coordinators, Leslie has been a CRC for about 5 months.
Thus, I assigned Leslie to the Oncology studies.

**Allison/Andrea** we will discuss which studies you have CRC duties on so at some point they may be rolled over to the CRCs.

I am working to get us 4 more CRCs.
(Including the ONC backfill and a role for Alexandra to convert into.)
This would align 3 CRCs to each Team Lead.
The goal is equitable workload and proper coverage across all studies.

I will meet with each of you next week to discuss/set your individual training plans.
You will then be expected to sign-up for and complete your trainings.
I will also meet with each of the Team Leads to discuss study assignments.

Please understand there are additional behind-the-scenes factors that must be considered that you are not aware of.

_**Please be reminded Bullying, Intimidation, and Harassment are direct violations of Kettering Health HR Policies.**_

I hope this will be a smooth transition.

We have an extraordinary opportunity to grow and expand this department.

Thank you in advance for your collaboration in doing so. Happy Thursday! 😊

| Team Lead- Dan Oncology Studies | Team Lead- Chris Cardio Studies |
|---|---|
| Kamara | Lucy |
| Leslie | Alexandra |

**Respectfully,**

Sandra Lee Collier

**Sandra Lee Collier, BSc, ACRP, SOCRA**
**System Director- Innovation, Research, and Grants**

*Kettering Health Office of Innovation, Research, & Grants*

3535 Southern Blvd. Kettering, OH 45429

Office: (937) 298-4331

Cell:    (937) 607-7079/ Personal Cell (313) 575-9557

sandra.collier@ketteringhealth.org



*Explore our clinical research options:*

Clinical Research | Kettering Health

 **Outlook**

## Re: IRG/ Staffing/ Study Assignments

**From** Collier, Sandra <Sandra.Collier@ketteringhealth.org>

**Date** Fri 5/9/2025 4:26 PM

**To** Bonnema, Albert (MD) <Albert.Bonnema@ketteringhealth.org>; Geyer, Daniel <Daniel.Geyer@ketteringhealth.org>; Seger, Chris <Chris.Seger@ketteringhealth.org>; Wiggins, Alexandra <Alexandra.Wiggins@ketteringhealth.org>; Mekonnen, Lucy <Lucy.Mekonnen@ketteringhealth.org>; Flores, Leslie <Leslie.Flores@ketteringhealth.org>; Applegate, Kamara <Kamara.Applegate@ketteringhealth.org>

**Cc** Molina, Andrea <Andrea.Molina@ketteringhealth.org>; Dymacek, Allison <Allison.Dymacek@ketteringhealth.org>; Garber, Kathren <Kathren.Garber@ketteringhealth.org>; Jones, Jacob <Jacob.Jones@ketteringhealth.org>; Liette, Jeff <Jeff.Liette@ketteringhealth.org>; Jones, Archie <Archie.Jones@ketteringhealth.org>

Hi Dr. Bonnema,
I look forward to you joining our meeting. See you then. Thanks again!

Get Outlook for iOS

**From:** Bonnema, Albert (MD) <Albert.Bonnema@ketteringhealth.org>

**Sent:** Friday, May 9, 2025 4:13:10 PM

**To:** Collier, Sandra <Sandra.Collier@ketteringhealth.org>; Geyer, Daniel <Daniel.Geyer@ketteringhealth.org>; Seger, Chris <Chris.Seger@ketteringhealth.org>; Wiggins, Alexandra <Alexandra.Wiggins@ketteringhealth.org>; Mekonnen, Lucy <Lucy.Mekonnen@ketteringhealth.org>; Flores, Leslie <Leslie.Flores@ketteringhealth.org>; Applegate, Kamara <Kamara.Applegate@ketteringhealth.org>

**Cc:** Molina, Andrea <Andrea.Molina@ketteringhealth.org>; Dymacek, Allison <Allison.Dymacek@ketteringhealth.org>; Garber, Kathren <Kathren.Garber@ketteringhealth.org>; Jones, Jacob <Jacob.Jones@ketteringhealth.org>; Liette, Jeff <Jeff.Liette@ketteringhealth.org>; Jones, Archie <Archie.Jones@ketteringhealth.org>

**Subject:** RE: IRG/ Staffing/ Study Assignments

Sandra and Research Team

I am looking forward to joining the staff meeting on Monday morning. Thanks for your commitment to caring for our patients and serving the physicians in their professional endeavors.
v/r
drb

 **Albert (Al) Bonnema MD MPH**

Chief Medical Information Officer

CMO

ketteringhealth.org

## Collier, Sandra

| | |
|---|---|
| **From:** | Flores, Leslie |
| **Sent:** | Thursday, May 1, 2025 9:17 AM |
| **To:** | Collier, Sandra |
| **Subject:** | Re: IRG Study Status/ Your Studies |

Good morning,

I am only primary on ARTEMIS.
There are currently 36 pre-screened with 1 enrolled.
Follow ups for this study:

- Approximately 25 months
  - 10 on-site visits
    - 2 occur during hospitalization
    - 6 visits occur every 3 months
    - 2 visits are End of Trial and Follow up
  - 3 phone call visits

All of my required trainings for the studies listed are complete except for EDC training for Hi-Peitho which I will be working to gain next week.

Please let me know if there is anything else I can get you!

Kindly,



**Leslie Flores**
Clinical Research Coordinator I
Innovation & Research

ketteringhealth.org

---

**From:** Collier, Sandra <Sandra.Collier@ketteringhealth.org>
**Sent:** Thursday, May 1, 2025 8:30 AM
**To:** Flores, Leslie <Leslie.Flores@ketteringhealth.org>
**Cc:** Collier, Sandra <Sandra.Collier@ketteringhealth.org>
**Subject:** RE: IRG Study Status/ Your Studies

HI Leslie,
What is your role on each of these?
Primary? Secondary? Have you completed SC training on all of these?
Thank you.

**Respectfully,**
Sandra Lee Collier

**Sandra Lee Collier, BSc, ACRP-CP, SOCRA**

1

**System Director- Innovation, Research, and Grants**

*Kettering Health Office of Innovation, Research, & Grants*
3535 Southern Blvd. Kettering, OH 45429
Office: (937) 298-4331
Cell:   (937) 607-7079/ Personal Cell (313) 575-9557
sandra.collier@ketteringhealth.org



**Kettering**
**HEALTH**

*Explore our clinical research options*:
Clinical Research | Kettering Health

---

**From:** Flores, Leslie <Leslie.Flores@ketteringhealth.org>
**Sent:** Tuesday, April 29, 2025 8:30 AM
**To:** Collier, Sandra <Sandra.Collier@ketteringhealth.org>
**Subject:** Re: IRG Study Status/ Your Studies

Good morning,

As requested, please see the list below:

- ARTEMIS
- CARDIO-FLUX
- EMPOWER
- HI-PEITHO
- MT1410-A
- MT2242
- MT2875
- MT3060
- MT4922
- POSEIDON
- OCEAN(a)
- STEMI DTU
- STRIKE-PE

Kindly,



**Leslie Flores**
Clinical Research Coordinator
I
Innovation & Research

ketteringhealth.org

---

**From:** Collier, Sandra <Sandra.Collier@ketteringhealth.org>
**Sent:** Tuesday, April 29, 2025 8:02 AM

2

**To:** Collier, Sandra <Sandra.Collier@ketteringhealth.org>
**Subject:** IRG Study Status/ Your Studies

Good morning,
Please respond here with a list of the studies you are conducting/working on.
Thank you.

**Respectfully,**
Sandra Lee Collier

**Sandra Lee Collier, BSc, ACRP-CP, SOCRA**
**System Director- Innovation, Research, and Grants**

*Kettering Health Office of Innovation, Research, & Grants*
3535 Southern Blvd. Kettering, OH 45429
Office: (937) 298-4331
Cell:   (937) 607-7079/ Personal Cell (313) 575-9557
sandra.collier@ketteringhealth.org



*Explore our clinical research options:*
Clinical Research | Kettering Health

# Collier, Sandra

**From:** Seger, Chris
**Sent:** Tuesday, May 6, 2025 8:52 AM
**To:** Collier, Sandra
**Subject:** RE: IRG Study Status/ Your Studies

## Primary

EXPAND II – Obtain safety and effectiveness data to support indication expansion for the Medtronic TAVR System to include patients with moderate, symptomatic AS.

EMPOWER- Double Blind, Sham, Randomized Assessment of the Carillon Mitral Contour System in Treating Heart Failure with Functional Mitral Regurgitation.

STRIKE-PE – Evaluation of the Long-Term Safety and Outcomes of Treating Pulmonary Embolisms with the Indigo Aspiration System.

Librexia-ACS – Phase 3 Event driven study to demonstrate the Efficacy and Safety of Milvexian (Oral Factor Xia inhibitor) vs Placebo in Acute Coronary Syndrome.

ARTEMIS – Effects of Ziltivekimab versus placebo on cardiovascular outcomes in patients with acute myocardial infarction.

STEMI-DTU – Primary unloading and delayed Reperfusion in ST-Elevation myocardial infarction with the Impella CP temporary circulatory assist device to reduce infarct size and heart failure related clinical events.

HI-PEITHO—Ultrasound-facilitated, catheter-directed, thrombolysis versus anticoagulation for the acute intermediate-high risk pulmonary embolism.

Champion AF – A study to determine if left atrial appendage closure with the WATCHMAN FLX device is a reasonable alternative to non-vitamin K oral anticoagulants in patients with non-valvular atrial fibrillation.

## Backup

Victorion – Assessing the impact of Inclisiran on major adverse cardiovascular events in participants with established cardiovascular disease.

Poseidon- Prevalence of systemic inflammation in patients with atherosclerotic cardiovascular disease and heart failure.

CARDIOFLUX – A Registry of Cardiac PET and CardioFlux Magnetocardiography in Patients with Suspected Coronary Ischemia.

Oceanic-Stroke – Phase 3 study of oral Xia inhibitor Asundexian for the prevention of ischemic stroke after an acute non-cardioembolic ischemic stroke, or high-risk TIA.

OCEAN-Lp(a) – Assessing the Impact of Olpasiran on Major Cardiovascular Events in Patients with Atherosclerotic Cardiovascular Disease and Elevated Lipoprotein(a).



**Chris Seger**

Clinical Research Coordinator
Innovation & Research

ketteringhealth.org

1

**Collier, Sandra**

| | |
|---|---|
| **From:** | Mekonnen, Lucy |
| **Sent:** | Tuesday, April 29, 2025 8:12 AM |
| **To:** | Collier, Sandra |
| **Subject:** | RE: IRG Study Status/ Your Studies |

Good morning Sandra –

Primary Coordinator

- Athena
- Oceanic Stroke
- CardioFlux
- Ocean(a)
- Victorian

Backup Coordinator

- Expand
- Strike
- Empower
- Artemis
- Librexia
- Stemi-DTU
- Hi-Pietho

Best,



**Lucy Mekonnen**
Clinical Research Coordinator
Innovation & Research
ketteringhealth.org

**From:** Collier, Sandra <Sandra.Collier@ketteringhealth.org>
**Sent:** Tuesday, April 29, 2025 8:02 AM
**To:** Collier, Sandra <Sandra.Collier@ketteringhealth.org>
**Subject:** IRG Study Status/ Your Studies

Good morning,
Please respond here with a list of the studies you are conducting/working on.
Thank you.

**Respectfully,**
Sandra Lee Collier

**Sandra Lee Collier, BSc, ACRP-CP, SOCRA**
**System Director- Innovation, Research, and Grants**

*Kettering Health Office of Innovation, Research, & Grants*

1

## Collier, Sandra

| | |
|---|---|
| **From:** | Applegate, Kamara |
| **Sent:** | Tuesday, April 29, 2025 9:52 AM |
| **To:** | Collier, Sandra |
| **Subject:** | Re: IRG Study Status/ Your Studies |

Co-primary: GOG-3076 ONPRIME

Primary:
Telix RCC
MT1410-A
MT2242
MT2875
GOG-3043 ROCC

Backup:
GLORIOSA
Springworks
Tapur

Future primary:
Telix Zirmet
GOG-3116

---

**From:** Collier, Sandra <Sandra.Collier@ketteringhealth.org>
**Sent:** Tuesday, April 29, 2025 8:02 AM
**To:** Collier, Sandra <Sandra.Collier@ketteringhealth.org>
**Subject:** IRG Study Status/ Your Studies

Good morning,
Please respond here with a list of the studies you are conducting/working on.
Thank you.

**Respectfully,**
Sandra Lee Collier

**Sandra Lee Collier, BSc, ACRP-CP, SOCRA**
**System Director- Innovation, Research, and Grants**

*Kettering Health Office of Innovation, Research, & Grants*
3535 Southern Blvd. Kettering, OH 45429
Office: (937) 298-4331
Cell: (937) 607-7079/ Personal Cell (313) 575-9557
sandra.collier@ketteringhealth.org

1

## Collier, Sandra

| | |
|---|---|
| **From:** | Geyer, Daniel |
| **Sent:** | Tuesday, May 6, 2025 8:30 AM |
| **To:** | Collier, Sandra |
| **Subject:** | RE: IRG Study Status/ Your Studies |

Morning, Sandra –

1. GOG-3076/ONPRIME: Co-lead w/ Kamara
2. NOBLE: Co-lead w/ Alexandra
3. BNT327-03: Co-lead w/ Andrea

LEAD:
4. GOG-3035/FLORA -5
5. GOG-3069/PIK3CA
6. GOG-3078/GLORIOSA
7. SPRINGWORKS
8. TAPUR
9. GESTALT
10. STaRT
11. REMASTer
12. STARBURST
13. RAYZBIO

Secondary:
14. TELIX FET
15. TELIX RCC
16. MT1410
17. MT2242
18. MT2875
19. MT3060

Upcoming:
20. BNT327-06: Co-lead w/ Andrea
21. GOG-3115/M25-231: Lead
22. GOG-3116: Backup
23. GOG-3119: Lead



**Daniel Geyer**

Clinical Resident Team Lead

Innovation & Research

ketteringhealth.org

**From:** Collier, Sandra <Sandra.Collier@ketteringhealth.org>
**Sent:** Tuesday, May 6, 2025 8:23 AM
**To:** Collier, Sandra <Sandra.Collier@ketteringhealth.org>
**Subject:** FW: IRG Study Status/ Your Studies

Good morning,
Please respond here with a list of the studies you are conducting/working on.
Thank you.

1

# Collier, Sandra

| | |
|---|---|
| **From:** | Dymacek, Allison L |
| **Sent:** | Tuesday, May 6, 2025 8:34 AM |
| **To:** | Collier, Sandra |
| **Subject:** | RE: IRG Study Status/ Your Studies |

I am on the following studies in a coordinator role:

- ARTEMIS
- ATHENA
- CHAMPION-AF
- **COMET-AOA – primary**
- **GOG-3025 DUO-O – primary**
- EMBRACE – primary KH contact
- EMPOWER
- EXPAND TAVR
- GOG-3043 ROCC
- **QUEST – primary**
- OCEAN(a)
- Optimize NOW
- STaRT
- STRIKE-PE
- Victorion 2 PREVENT

I oversee the following trials with external (non-IRG) study coordinators:
- PROGRESS-CTO
- FREEDOM-1 (at 2 locations)
- EMBRACE
- Aptis Joint

I am in charge of the Nuclear medicine C-11 Methionine IND FDA annual submissionsj (annual report and annual charge renewal).

I am on all studies listed as regulatory.

 **Allison Dymacek, MACPR, BSN, RN**
Nurse Research Coordinator
Regulatory and Start-up
Innovation, Research & Grants
ketteringhealth.org

**From:** Collier, Sandra <Sandra.Collier@ketteringhealth.org>
**Sent:** Tuesday, May 06, 2025 8:23 AM
**To:** Collier, Sandra <Sandra.Collier@ketteringhealth.org>
**Subject:** FW: IRG Study Status/ Your Studies

Good morning,
Please respond here with a list of the studies you are conducting/working on.
Thank you.

1

## Collier, Sandra

| | |
|---|---|
| **From:** | Wiggins, Alexandra N |
| **Sent:** | Tuesday, April 29, 2025 10:00 AM |
| **To:** | Collier, Sandra |
| **Subject:** | Re: IRG Study Status/ Your Studies |

Yes. Sorry about any confusion.

Best,
Alexandra



**Alexandra
Wiggins**
Clinical Research Assistant
Innovation & Research

ketteringhealth.org

**From:** Collier, Sandra <Sandra.Collier@ketteringhealth.org>
**Sent:** Tuesday, April 29, 2025 9:58 AM
**To:** Wiggins, Alexandra N <Alexandra.Wiggins@ketteringhealth.org>
**Cc:** Collier, Sandra <Sandra.Collier@ketteringhealth.org>
**Subject:** RE: IRG Study Status/ Your Studies

Is this list correct?

NOBLE
REMASTER
RYZ101-001
MT Group studies

I have been shadowing:
BNT327-03
Telix FET EAP
Telix Zr ccRCC EAP

**Respectfully,**
Sandra Lee Collier

**Sandra Lee Collier, BSc, ACRP-CP, SOCRA**
**System Director- Innovation, Research, and Grants**

*Kettering Health Office of Innovation, Research, & Grants*
3535 Southern Blvd. Kettering, OH 45429
Office: (937) 298-4331
Cell: (937) 607-7079/ Personal Cell (313) 575-9557

1

sandra.collier@ketteringhealth.org



*Explore our clinical research options*:
Clinical Research | Kettering Health

---

**From:** Wiggins, Alexandra N <Alexandra.Wiggins@ketteringhealth.org>
**Sent:** Tuesday, April 29, 2025 9:54 AM
**To:** Collier, Sandra <Sandra.Collier@ketteringhealth.org>
**Subject:** Re: IRG Study Status/ Your Studies

Hello,

I just remembered I was also recently delegated to all the MT Group studies and I have been shadowing the BNT327-03 study as well.

Best,
Alexandra



**Alexandra
Wiggins**
Clinical Research Assistant
Innovation & Research

ketteringhealth.org

---

**From:** Collier, Sandra <Sandra.Collier@ketteringhealth.org>
**Sent:** Tuesday, April 29, 2025 9:03 AM
**To:** Wiggins, Alexandra N <Alexandra.Wiggins@ketteringhealth.org>
**Cc:** Collier, Sandra <Sandra.Collier@ketteringhealth.org>
**Subject:** RE: IRG Study Status/ Your Studies

Got it, thanks!

**Respectfully,**
Sandra Lee Collier

**Sandra Lee Collier, BSc, ACRP-CP, SOCRA
System Director- Innovation, Research, and Grants**

*Kettering Health Office of Innovation, Research, & Grants*
3535 Southern Blvd. Kettering, OH 45429
Office: (937) 298-4331
Cell:   (937) 607-7079/ Personal Cell (313) 575-9557
sandra.collier@ketteringhealth.org

2



**Kettering HEALTH**

*Explore our clinical research options*:
Clinical Research | Kettering Health

---

**From:** Wiggins, Alexandra N <Alexandra.Wiggins@ketteringhealth.org>
**Sent:** Tuesday, April 29, 2025 8:54 AM
**To:** Collier, Sandra <Sandra.Collier@ketteringhealth.org>
**Subject:** Re: IRG Study Status/ Your Studies

Hello,

I am delegated to NOBLE, REMASTER, and RYZ101-001. I am shadowing Telix FET EAP and Telix Zr ccRCC EAP.

Best,
Alexandra



**Alexandra Wiggins**

Clinical Research Assistant
Innovation & Research

ketteringhealth.org

---

**From:** Collier, Sandra <Sandra.Collier@ketteringhealth.org>
**Sent:** Tuesday, April 29, 2025 8:02 AM
**To:** Collier, Sandra <Sandra.Collier@ketteringhealth.org>
**Subject:** IRG Study Status/ Your Studies

Good morning,
Please respond here with a list of the studies you are conducting/working on.
Thank you.

**Respectfully,**
Sandra Lee Collier

**Sandra Lee Collier, BSc, ACRP-CP, SOCRA**
**System Director- Innovation, Research, and Grants**

*Kettering Health Office of Innovation, Research, & Grants*
3535 Southern Blvd. Kettering, OH 45429
Office: (937) 298-4331
Cell:    (937) 607-7079/ Personal Cell (313) 575-9557
sandra.collier@ketteringhealth.org



*Explore our clinical research options*:
Clinical Research | Kettering Health

# EXHIBIT O

3:19

&lt;

**From:** Seger, Chris &lt;<u>Chris.Seger@ketteringhealth.org</u>&gt;

**Sent:** Friday, June 13, 2025 3:47:05 PM

**To:** Pershing, Michelle
&lt;<u>Michelle.Pershing@ketteringhealth.org</u>&gt;

**Cc:** <u>anne.williams@ketteringhealth.org</u>
&lt;<u>anne.williams@ketteringhealth.org</u>&gt;; Prim, Jessica
&lt;<u>Jessica.Prim@ketteringhealth.org</u>&gt;; Molina, Andrea
&lt;<u>Andrea.Molina@ketteringhealth.org</u>&gt;; Collier, Sandra
&lt;<u>Sandra.Collier@ketteringhealth.org</u>&gt;

**Subject:** Regulatory Help

Hi Michelle,

In Allison's absence, some of the coordinators
are being assigned to regulatory duties and need
some help navigating.

I am working on a Continuing Review through
Advarra that needs attention in regard to a COI
from Dr. Handel.

Would you or someone on your team be able to
lend a hand?

Please sign in to your Microsoft 365 account.    Sign in


Mail


Calendar


Copilot


Apps

3:18

Hi Michelle,

In Allison's absence, some of the coordinators are being assigned to regulatory duties and need some help navigating.

I am working on a Continuing Review through Advarra that needs attention in regard to a COI from Dr. Handel.

Would you or someone on your team be able to lend a hand?

Thank you,

-Chris

**Chris Seger**

Clinical Research Coordinator, Lead

Innovation & Research



**Kettering**
HEALTH

O +1(937)395-8365

F +1(937)395-8348

ketteringhealth.org

Please sign in to your Microsoft 365 account.   Sign in


Mail


Calendar


Copilot


Apps

**3:18**

&lt;

morning if that works.

Michelle

Get Outlook for iOS

---

**From:** Seger, Chris &lt;Chris.Seger@ketteringhealth.org&gt;

**Sent:** Friday, June 13, 2025 3:47:05 PM

**To:** Pershing, Michelle &lt;Michelle.Pershing@ketteringhealth.org&gt;

**Cc:** anne.williams@ketteringhealth.org &lt;anne.williams@ketteringhealth.org&gt;; Prim, Jessica &lt;Jessica.Prim@ketteringhealth.org&gt;; Molina, Andrea &lt;Andrea.Molina@ketteringhealth.org&gt;; Collier, Sandra &lt;Sandra.Collier@ketteringhealth.org&gt;

**Subject:** Regulatory Help

Hi Michelle,

In Allison's absence, some of the coordinators are being assigned to regulatory duties and need some help navigating.

I am working on a Continuing Review through

Please sign in to your Microsoft 365 account.     Sign in

 Mail      Calendar      Copilot      Apps

3:18  .ıll 📶 🔋

‹

## Michelle Pershing, PhD

System Director

Research Integrity, Academic Research, and Medical Libraries



O <u>937-762-1797</u>

<u>ketteringhealth.org</u>

**From:** Pershing, Michelle
<Michelle.Pershing@ketteringhealth.org>

**Sent:** Friday, June 13, 2025 10:27 PM

**To:** Seger, Chris <Chris.Seger@ketteringhealth.org>

**Cc:** anne.williams@ketteringhealth.org; Prim, Jessica
<Jessica.Prim@ketteringhealth.org>; Molina, Andrea
<Andrea.Molina@ketteringhealth.org>; Collier, Sandra
<Sandra.Collier@ketteringhealth.org>; Pershing,
Michelle <Michelle.Pershing@ketteringhealth.org>

**Subject:** Re: Regulatory Help

Hi Chris

Happy to help. We'll need some additional
information. We can be available Monday

Please sign in to your Microsoft 365 account.    Sign in


Mail


Calendar


Copilot


Apps

3:18



＜

Allie drafted (saying that KH is aware of the interests, etc.) seems fine to me.

I'm happy to jump on a Teams call or discuss during study status meeting if that would be helpful.

Michelle



Please sign in to your Microsoft 365 account.

Sign in

System Director


Mail


Calendar


Copilot


Apps

3:18

‹

Action Items

- Update the CR for the IRB of record.
- Please confirm with Sandra, but my thoughts are:
  - Kettering Health Corporate Compliance deemed this no COI, but the language of the CR is asking whether there are changes in disclosure information (not specifically whether there is a new actual COI).
  - The payments are public record on CMS Open Payments and to ensure transparency I think it would be best to note that "YES" in the CR that there is a change to COI disclosure information (as Allie has done). However, since the study is closed to enrollment there is no consent form to update so that doesn't make sense to me. You could instead state that the Principal Investigator disclosed payments from the study Sponsor for educational activities/lectures. The educational activities were unrelated to the current study and will be disclosed to the study Sponsor and in any resulting publications. The rest of the language that

Please sign in to your Microsoft 365 account.                    Sign in

      
Mail            Calendar            Copilot            Apps

3:17

**Subject:** RE: Regulatory Help - Ocean(a), Protocol Pro00065025

Hi All,

High level summary:

- There is a continuing review due for Dr. Handel's Ocean(a) study
- Allie started the CR and noted "yes" to the question asking whether there have been any changes in COI disclosures since the last IRB review and there is standard management plan language indicated that consent forms would be revised so that participants know that a member of the study team receives payments from the Sponsor, etc. (see below).
- However, Dr. Handel's 2025 annual COI disclosure to Kettering Health indicates funding from Amgen but this was deemed "NO CONFLICT OF INTEREST" by Corporate Compliance _because they were told that the study is closed to enrollment._

Please sign in to your Microsoft 365 account.            Sign in

- Please confirm with Sandra, but my thoughts are:

 Mail    Calendar    Copilot    Apps

3:17

&lt;

**From:** Pershing, Michelle
&lt;Michelle.Pershing@ketteringhealth.org&gt;

**Sent:** Monday, June 16, 2025 1:08:44 PM

**To:** Seger, Chris &lt;Chris.Seger@ketteringhealth.org&gt;

**Cc:** Williams, Ann &lt;Ann.Williams@ketteringhealth.org&gt;;

Prim, Jessica &lt;Jessica.Prim@ketteringhealth.org&gt;;

Molina, Andrea &lt;Andrea.Molina@ketteringhealth.org&gt;;

Collier, Sandra &lt;Sandra.Collier@ketteringhealth.org&gt;;

Mekonnen, Lucy

&lt;Lucy.Mekonnen@ketteringhealth.org&gt;; Garber,

Kathren &lt;Kathren.Garber@ketteringhealth.org&gt;;

Pershing, Michelle

&lt;Michelle.Pershing@ketteringhealth.org&gt;

**Subject:** RE: Regulatory Help - Ocean(a), Protocol

Pro00065025

Hi All,

High level summary:

- There is a continuing review due for Dr. Handel's
  Ocean(a) study

- Allie started the CR and noted "yes" to the question
  asking whether there have been any changes in

**Please sign in to your**          **Sign in**
**Microsoft 365 account.**

that participants know that a member of the study

|  |  |  |  |
|---|---|---|---|
| Mail | Calendar | Copilot | Apps |

When you obtain your certification, you will learn this and many more tasks.

For now, please complete the task as appropriately directed below.

If you require any additional assistance, please feel free to reach out.

Thank you.

---

**From:** Pershing, Michelle <Michelle.Pershing@ketteringhealth.org>

**Sent:** Monday, June 16, 2025 1:08:44 PM

**To:** Seger, Chris <Chris.Seger@ketteringhealth.org>

**Cc:** Williams, Ann <Ann.Williams@ketteringhealth.org>; Prim, Jessica <Jessica.Prim@ketteringhealth.org>; Molina, Andrea <Andrea.Molina@ketteringhealth.org>; Collier, Sandra <Sandra.Collier@ketteringhealth.org>; Mekonnen, Lucy <Lucy.Mekonnen@ketteringhealth.org>; Garber, Kathren <Kathren.Garber@ketteringhealth.org>; Pershing, Michelle <Michelle.Pershing@ketteringhealth.org>

**Subject:** RE: Regulatory Help - Ocean(a), Protocol

Please sign in to your Microsoft 365 account.                    Sign in

Hi All;


Mail


Calendar


Copilot


Apps

‹

# Re: Regulatory Help – Ocean(a), Protocol Pro00065025

 **You**
To Pershing, Michelle, +5

Jun 17

...

☺

Hi Michelle,

Thank you for this information, Michelle. I appreciate your feedback.

Hi Chris,

In most organizations these "Regulatory Duties" are the responsibility of the Clinical Research Coordinators.

As a Lead CRC, you should have this knowledge and be completing/have oversight of this task for your team.

As Allison no longer works here, you will manage this task.

As I suggested in May, the CRCs should have been cross-trained so you could be familiar with these tasks.

Please sign in to your Microsoft 365 account.

Sign in

**Service Alert: Planned Maintenance beginning July 25th**

Most services will be unavailable for 24+ hours starting 9 PM EDT. Learn more about the maintenance.

# ClinicalTrials.gov



National Library of Medicine
*National Center for Biotechnology Information*

## Record 1 of 1



**The U.S. government does not review or approve the safety and science of all studies listed on this website.**

Read our full disclaimer (https://clinicaltrials.gov/about-site/disclaimer) for details.

## Active, not recruiting ⓘ

## Olpasiran Trials of Cardiovascular Events and Lipoprotein(a) Reduction (OCEAN(a)) - Outcomes Trial

**ClinicalTrials.gov ID** ⓘ NCT05581303

**Sponsor** ⓘ Amgen

**Information provided by** ⓘ Amgen (Responsible Party)

**Last Update Posted** ⓘ 2024-11-12



# Study Details Tab

An official website of the United States government
Here's how you know ∨

**Official websites use .gov**
A **.gov** website belongs to an official government organization in the United States.

**Secure .gov websites use HTTPS**
A **lock** (🔒) or **https://** means you've safely connected to the .gov website. Share sensitive information only on official, secure websites.

≡ OpenPaymentsData.**CMS**.gov

# Franklin Handel

National Provider Identifier (NPI) - 1649252255 ℹ

Allopathic & Osteopathic Physicians | Internal Medicine

4000 MIAMISBURG CENTERVILLE RD STE 100
MIAMISBURG, OH 45342-7615 ℹ

ℹ **Are you this practitioner?**

Ensure the information associated with you is correct. Instructions to affirm or dispute records are located **here**.

# Filters ℹ How to use filters

ℹ **Filters only show options for available data**

Open Payments keeps seven years of records (January 2018 - December 2024), but not all providers, companies, and teaching hospitals have data for all years and categories of records.

**Year**

A. ⌄

**Record type**

General payments ⌄

**Nature of payment**

All Natures of Pa... ⌄

**Company making payment(s)**

Reset Filters

# Totals by record type in All Years

ⓘ What are the different record types?

| | |
|---|---|
| General Payment Records | **$217,792.92**<br>(310 records) |
| Research Payment Records | **N/A** |
| Associated research funding | **$277,026.21**<br>(62 records) |

**Ownership and investment interest** ❶

# N/A

# General Payments Across All Years



- — Franklin Handel
- -■- US Mean
- -●- Specialty Mean

**Measure:** ⦿ Mean          ◯ Median ❶

# General Payments by Nature of Payment in All Years

**Nature of payment**

Compensation for services other...

**Amount (%)**

$197,561.00 (90.7%)

**Number of Payments**

102

**Nature of payment**

Food and Beverage

**Amount (%)**

$8,112.86 (3.7%)

**Number of Payments**

123

---

**Nature of payment**

Travel and Lodging

**Amount (%)**

$7,291.81 (3.3%)

**Number of Payments**

74

---

**Nature of payment**

Consulting Fee

**Amount (%)**

$4,825.00 (2.2%)

**Number of Payments**

10

---

**Nature of payment**

Education

**Amount (%)**

$2.25 (0.0%)

**Number of Payments**

1

# Top Companies Making General Payments in All

Use the Table view to see more details.



# List of General Payment Records in 2024*

*This section shows records from the most recent year data is available.

Showing 1-10 of 28

 **Download CSV**

---

**Company making payment**

Amgen Inc.

**Nature of payment**

Compensation for services other than consulting, including serving as faculty or as a speaker at a venue other than a continuing education program

**Date**

05/23/2024

## Total amount

$2,800.00

## Company making payment

Amgen Inc.

## Nature of payment

Compensation for services other than consulting, including serving as faculty or as a speaker at a venue other than a continuing education program

## Date

04/25/2024

## Total amount

$2,800.00

## Company making payment

Amgen Inc.

## Nature of payment

Compensation for services other than consulting, including serving as faculty or as a speaker at a venue other than a continuing education program

## Date

05/01/2024

## Total amount

$2,800.00

## Company making payment

## Amgen Inc.

## Nature of payment

Compensation for services other than consulting, including serving as faculty or as a speaker at a venue other than a continuing education program

## Date

03/04/2024

## Total amount

$2,800.00

---

## Company making payment

## Amgen Inc.

## Nature of payment

Compensation for services other than consulting, including serving as faculty or as a speaker at a venue other than a continuing education program

## Date

05/13/2024

## Total amount

$2,800.00

---

## Company making payment

## Amgen Inc.

## Nature of payment

Compensation for services other than consulting, including serving as faculty or as a speaker at a venue

other than a continuing education program

## Date

05/23/2024

## Total amount

$2,800.00

## Company making payment

Amgen Inc.

## Nature of payment

Compensation for services other than consulting, including serving as faculty or as a speaker at a venue other than a continuing education program

## Date

05/23/2024

## Total amount

$2,800.00

## Company making payment

Amgen Inc.

## Nature of payment

Travel and Lodging

## Date

04/04/2024

## Total amount

$1,300.08

**Company making payment**

E.R. Squibb & Sons, L.L.C.

**Nature of payment**

Consulting Fee

**Date**

03/25/2024

**Total amount**

$600.00

**Company making payment**

Amgen Inc.

**Nature of payment**

Compensation for services other than consulting, including serving as faculty or as a speaker at a venue other than a continuing education program

**Date**

05/01/2024

**Total amount**

$467.00

**Get updates from Open Payments**

To sign up for Open Payments updates or to access your subscriber preferences, please enter your email address.

you@example.com **Sign up** [↗]

# Help us improve Open Payments

Your feedback helps us make this tool more useful for you. Please take our one minute survey.

**Take the Survey**