# EXHIBIT P

 **Outlook**

## RE: Ocean(a) NTF

**From** Dymacek, Allison L <Allison.Dymacek@ketteringhealth.org>

**Date** Thu 5/8/2025 7:16 AM

**To** Mekonnen, Lucy <Lucy.Mekonnen@ketteringhealth.org>; Seger, Chris <Chris.Seger@ketteringhealth.org>; Molina, Andrea <Andrea.Molina@ketteringhealth.org>

📎 1 attachment (45 KB)

NTF TempTrak Missing Readings.doc;

Hi friends!

I took the liberty of composing a NTF for the missing temperature monitoring. 😊 I have a lot of comments for notes and to-do's. Don't know if you guys still want to meet or not later today, but hope this helps!

 **Allison Dymacek, MACPR, BSN, RN**

Nurse Research Coordinator

Regulatory and Start-up

Innovation, Research & Grants

ketteringhealth.org

-----Original Appointment-----

**From:** Mekonnen, Lucy <Lucy.Mekonnen@ketteringhealth.org>

**Sent:** Wednesday, May 07, 2025 1:52 PM

**To:** Mekonnen, Lucy; Seger, Chris; Molina, Andrea; Dymacek, Allison L

**Subject:** Ocean(a) NTF

**When:** Thursday, May 08, 2025 12:00 PM-12:30 PM (UTC-05:00) Eastern Time (US & Canada).

**Where:** IRG N



Innovation, Research & Grant
3535 Southern Blvc
Kettering, OH 4542
937-395-836

ketteringhealth.or

# Note-to-File

**Protocol:**   OCEAN(a) 20180244

**From:**   Allison Dymacek, MACPR, BSN, RN

**RE:**   Missing Temperature Logs 19APR2024 – 31JUL2024

During a monitor request of temperature logs of investigational product (IP), it was noted that the TempTrak monitor did not save data for the time period of 19APR2024 – 31JUL2024. Although the temperature monitor did not save data, the alert system was still in affect and would have still sent alerts to staff if temperature was out of range. No alerts were sent out during this time period, therefore, no temperature excursions occurred. Equipment was up-to-date with calibration. All temperature ranges before and after this lapse in recordings were within range.

During this time period, the following IP was dosed to patients:
- Subject 301 -- Week 60 6/20/24
- Subject 302 – Week 48 5/1/24
- Subject 303 – Week 24 4/30/24

No patients experienced any side effects after being dosed with IP during this time period.

The following IP was being stored during this time period of 19APR2024 – 31JUL2024 and is still on-site as of 08MAY2025:
- XXX

The above listed kits have been quarantined and a temperature excursion has been submitted on DATE.

Calibration of the pharmacy refrigerated was confirmed on DATE and verified calibration is up-to-date and maintained.
A resupply was initiated on DATE.



Innovation, Research & Grant
3535 Southern Blvd
Kettering, OH 4542
937-395-836

ketteringhealth.or

_____     _____
Nurse Research Coordinator, Regulatory          Date

_____     _____
Team Lead                                       Date

_____     _____
Research Coordinator                            Date

_____     _____
Principal Investigator                          Date

Case: 3:25-cv-00273-JLG-CHG Doc #: 12-6 Filed: 08/24/25 Page: 5 of 30 PAGEID #: 446

**Artemis**

**Study PI** Handel, Franklin    **CRC** Handel, Franklin    **Sponser** Novo Nor

Kit Location: Conference Room: Cabinet 5

Return or destroy kits: DESTROY

**\*Log each kit as a separate line\***

| | Kit Receipt | | | | Kit Use | | | Kit Destruction/Return | | | | Notified CRC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kit Name | Date Rec'd | Initials of Receiver | Lot # or SN | Expiration Date | Date Used | Initials of Dispenser | Participant ID | RET=Returned DES=Destoryed | Date | Initials | Reason | Date |
| Hypersens - EE63424 | 6/24/2024 | JJ | WO2024171368 | 5/31/2025 | | | | | | | | |
| Monitoring HBV | 6/24/2024 | JJ | WO2024171368 | 7/1/2025 | | | | | | | | |
| Monitoring HBV | 6/24/2024 | JJ | WO2024171368 | 7/1/2025 | | | | | | | | |
| Repeat - EE63421 | 6/24/2024 | JJ | WO2024171368 | 5/31/2025 | | | | | | | | |
| TB Screen | 6/24/2024 | JJ | WO2024171368 | 3/15/2027 | | | | | | | BOXES ARE EMPTY -- FROM QUANTIFERON BUNDLE KIT | |
| TB Screen | 6/24/2024 | JJ | WO2024171368 | 3/15/2027 | | | | | | | | |
| V2 - EE63427 | 6/24/2024 | JJ | WO2024171368 | 5/31/2025 | | | | | | | | |
| V2 - EE63428 | 6/24/2024 | JJ | WO2024171368 | 5/31/2025 | | | | | | | | |
| V2 - EE63429 | 6/24/2024 | JJ | WO2024171368 | 5/31/2025 | 4/1/2025 | CS | 1006-001 | | | | | |
| V2 - EE63430 | 6/24/2024 | JJ | WO2024171368 | 5/31/2025 | | | | | | | | |
| V2 - EE63431 | 6/24/2024 | JJ | WO2024171368 | 5/31/2025 | | | | | | | | |
| V3 | 6/24/2024 | JJ | WO2024171368 | 6/2/2025 | | | | | | | | |
| V3 | 6/24/2024 | JJ | WO2024171368 | 6/2/2025 | | | | | | | | |
| V3 | 6/24/2024 | JJ | WO2024171368 | 6/2/2025 | | | | | | | | |
| V3 | 6/24/2024 | JJ | WO2024171368 | 6/2/2025 | | | | | | | | |
| V3 | 6/24/2024 | JJ | WO2024171368 | 6/2/2025 | | | | | | | | |
| Incubator | 10/23/2024 | LF | 3246568 | N/A | | | | DES | 1/28/2025 | LF | Expired | 1/28/2025 |
| QuantiFeron Kit | 6/24/2024 | JJ | 575015450 | | | | | DES | 1/28/2025 | LF | Expired | 1/28/2025 |
| QuantiFeron Kit | 6/24/2024 | JJ | 575015450 | | | | | DES | 1/28/2025 | LF | Expired | 1/28/2025 |
| QuantiFeron Kit | 6/24/2024 | JJ | 575015450 | | | | | DES | 1/28/2025 | LF | Expired | 1/28/2025 |
| QuantiFeron Kit | 6/24/2024 | JJ | 575015450 | | | | | | | | | |
| Pregnancy Test Cassette | 6/24/2024 | JJ | 2306133 | 5/31/2025 | | | | | | | | |
| Pregnancy Test Cassette | 6/24/2024 | JJ | 2306133 | 5/31/2025 | | | | | | | | |
| Pregnancy Test Cassette | 6/24/2024 | JJ | 2306133 | 5/31/2025 | | | | | | | | |
| Pregnancy Test Cassette | 6/24/2024 | JJ | 2306133 | 5/31/2025 | | | | | | | | |
| Pregnancy Test Cassette | 6/24/2024 | JJ | 2306133 | 5/31/2025 | | | | | | | | |
| Pregnancy Test Cassette | 6/24/2024 | JJ | 2306133 | 5/31/2025 | | | | | | | | |
| Pregnancy Test Cassette | 6/24/2024 | JJ | 2306133 | 5/31/2025 | | | | | | | | |
| Pregnancy Test Cassette | 6/24/2024 | JJ | 2306133 | 5/31/2025 | | | | | | | | |
| Pregnancy Test Cassette | 6/24/2024 | JJ | 2306133 | 5/31/2025 | | | | | | | | |
| Pregnancy Test Cassette | 6/24/2024 | JJ | 2306133 | 5/31/2025 | | | | | | | | |
| Pregnancy Test Cassette | 6/24/2024 | JJ | 2306133 | 5/31/2025 | | | | | | | | |
| Pregnancy Test Cassette | 6/24/2024 | JJ | 2306133 | 5/31/2025 | | | | | | | | |
| Pregnancy Test Cassette | 6/24/2024 | JJ | 2306133 | 5/31/2025 | | | | | | | | |
| Pregnancy Test Cassette | 6/24/2024 | JJ | 2306133 | 5/31/2025 | | | | | | | | |
| Pregnancy Test Cassette | 6/24/2024 | JJ | 2306133 | 5/31/2025 | | | | | | | | |
| Pregnancy Test Cassette | 6/24/2024 | JJ | 2306133 | 5/31/2025 | | | | | | | | |
| Pregnancy Test Cassette | 6/24/2024 | JJ | 2306133 | 5/31/2025 | | | | | | | | |
| TB Screen - EP59608 | 3/4/2025 | LF | WO2025028886 | 7/31/2025 | | | | | | | | |
| TB Screen - EP59609 | 3/4/2025 | LF | WO2025028886 | 7/31/2025 | | | | | | | | |
| TB Screen - EP59610 | 3/4/2025 | LF | WO2025028886 | 7/31/2025 | | | | | | | | |
| TB Screen - EP 59611 | 3/4/2025 | LF | WO2025028886 | 7/31/2025 | | | | | | | | |
| V2- ER30409 | 4/15/2024 | AW | WO2025044434 | 1/1/2026 | | | | | | | | |
| V2-ER30408 | 4/15/2024 | AW | WO2025044434 | 1/1/2026 | | | | | | | | |
| V2- ER30406 | 4/15/2024 | AW | WO2025044434 | 1/1/2026 | | | | | | | | |

Case: 3:25-cv-00273-JLG-CHG Doc #: 12-6 Filed: 08/24/25 Page: 6 of 30 PAGEID #: 447

| | | | |
|---|---|---|---|
| V2-ER30410 | 4/15/2024 AW | WO2025044434 | 1/1/2026 |
| V2-ER30407 | 4/15/2024 AW | WO2025044434 | 1/1/2026 |
| V3-ER30415 | 4/15/2024 AW | WO2025044434 | 1/1/2026 |
| V3-ER30414 | 4/15/2024 AW | WO2025044434 | 1/1/2026 |
| V3-ER30411 | 4/15/2024 AW | WO2025044434 | 1/1/2026 |
| V3-ER30412 | 4/15/2024 AW | WO2025044434 | 1/1/2026 |
| V3-ER30413 | 4/15/2024 AW | WO2025044434 | 1/1/2026 |
| Repeat- ER30404 | 4/15/2024 AW | WO2025044434 | 1/1/2026 |
| Repeat- ER30405 | 4/15/2024 AW | WO2025044434 | 1/1/2026 |
| Monitoring HBV | 5/27/2025 LF | WO2025056058 | 1/31/2026 |
| Monitoring HBV | 5/27/2025 LF | WO2025056058 | 1/31/2026 |
| V5 | 5/27/2025 LF | WO2025056058 | 1/31/2026 |

Case: 3:25-cv-00273-JLG-CHG Doc #: 12-6 Filed: 08/24/25 Page: 7 of 30 PAGEID #: 448

| Visit | Date | Kit Number | Expiry | Processed | | | Status | |
|---|---|---|---|---|---|---|---|---|
| Cycle 1 Day 1 Triplet, Cycle 3 Day 1 Triplet, Cycle 5 day 1 Triplet, Cycle 7 Day 1 Trioplet, Cycle 1 Day 1 Maintenance, Cycle 3 Day 1 Maintenance, Cycle 5 Day 1 Maintenance, Cycle 7 Day 1 Maintenance, Cycle 9 Day 1 Maintenance, Cycle 11 Day 1 Maintenance, Cycle 13 Day 1 Maintenance, Cycle 15 Day 1 Maintenance, Cycle 17 Day 1 Maintenance, Cycle 19 Day 1 Maintenance | | 2BA04867377 | | | DES | 8/8/2024 DG/LF | EXPIRED | 8/8/2024 |
| Safety Follow UP Post Triplet EoT, EoT Follow Up Day 7, Follow UP Day 30, Unscheduled | | 2BA02756881 | | | DES | 8/8/2024 DG/LF | EXPIRED | 8/8/2024 |
| Kit Type BIOMARKER | 8/5/2024 JJ | 2BA07870464 | 8/31/2025 | | | | | |
| Kit Type BIOMARKER | 8/5/2024 JJ | 2BA08015873 | 8/31/2025 | | | | | |
| Kit Type BIOMARKER | 8/5/2024 JJ | 2BA07999488 | 8/31/2025 | | | | | |
| Kit Type BIOMARKER | 8/5/2024 JJ | 2BA03692545 | | | DES | 8/28/2024 DJG | DESTROYED | |
| Kit Type BIOMARKER | 8/5/2024 JJ | 2BA03671041 | 8/31/2025 | | | | | |
| Kit Type BIOMARKER | 8/5/2024 JJ | 2BA07884800 | 8/31/2025 | | | | | |
| Kit Type BIOMARKER | 8/5/2024 JJ | 2BA07999489 | 8/31/2025 | | | | | |
| Kit Type BIOMARKER | 8/5/2024 JJ | 2BA07868417 | 8/31/2025 | | | | | |
| Kit Type BIOMARKER | 8/5/2024 JJ | 2BA07884801 | 8/31/2025 | | | | | |
| Kit Type BIOMARKER | 8/5/2024 JJ | 2BA08015872 | 8/31/2025 | | | | | |
| Kit Type BIOMARKER 1 | 8/5/2024 JJ | 2BA03690496 | 8/31/2025 | | | | | |
| Kit Type BIOMARKER 1 | 8/5/2024 JJ | 2BA03821569 | 8/31/2025 | | | | | |
| Kit Type BIOMARKER 1 | 8/5/2024 JJ | 2BA03690497 | 8/31/2025 | | | | | |
| Kit Type BIOMARKER 1 | 8/5/2024 JJ | 2BA03821568 | 8/31/2025 | | | | | |
| Kit Type BIOMARKER 1 | 8/5/2024 JJ | 2BA03802113 | 8/31/2025 | | | | | |
| Cycle 1 Day 1 Maintenance | 8/5/2024 JJ | 2BA01721376 | 5/31/2025 | | | | | |
| Cycle 1 Day 1 Maintenance | 8/5/2024 JJ | 2BA01575968 | 5/31/2025 | | | | | |
| Cycle 1 Day 1 Maintenance | 8/5/2024 JJ | 2BA01704993 | 5/31/2025 | 8/28/2024 DJG | | USA704-302 | | |
| Cycle 1 Day 1 Maintenance | 8/5/2024 JJ | 2BA01573920 | 5/31/2025 | | | | | |
| Cycle 1 Day 1 Maintenance | 8/5/2024 JJ | 2BA01590304 | 5/31/2025 | | | | | |
| Cycle 2 Day 1 Maintenance, Cycle 4 Day 1 Maintenance | 8/5/2024 JJ | 2BA01707040 | 7/31/2025 | | | | | |
| Cycle 2 Day 1 Maintenance, Cycle 4 Day 1 Maintenance | 8/5/2024 JJ | 2BA01723425 | 7/31/2025 | | | | | |
| Cycle 2 Day 1 Maintenance, Cycle 4 Day 1 Maintenance | 8/5/2024 JJ | 2BA01592353 | 7/31/2025 | | | | | |
| Cycle 2 Day 1 Maintenance, Cycle 4 Day 1 Maintenance | 8/5/2024 JJ | 2BA01723424 | 7/31/2025 | | | | | |
| Cycle 2 Day 1 Maintenance, Cycle 4 Day 1 Maintenance | 8/5/2024 JJ | 2BA01592352 | 7/31/2025 | | | | | |
| EOT FU Day 7 | 8/5/2024 JJ | 2BA05769257 | 7/31/2025 | | | | | |
| EOT FU Day 7 | 8/5/2024 JJ | 2BA05900328 | 7/31/2025 | | | | | |
| EOT FU Day 7 | 8/5/2024 JJ | 2BA03819552 | 7/31/2025 | | | | | |
| EOT FU Day 7 | 8/5/2024 JJ | 2BA03803168 | 7/31/2025 | | | | | |
| EOT FU Day 7 | 8/5/2024 JJ | 2BA05900329 | 7/31/2025 | | | | | |
| FU Day 30 | 8/5/2024 JJ | 2BA08017921 | 5/31/2025 | | | | | |
| FU Day 30 | 8/5/2024 JJ | 2BA03818497 | 5/31/2025 | | | | | |
| FU Day 30 | 8/5/2024 JJ | 2BA07886848 | 5/31/2025 | | | | | |
| FU Day 30 | 8/5/2024 JJ | 2BA03803169 | 5/31/2025 | | | | | |
| FU Day 30 | 8/5/2024 JJ | 2BA03672096 | 5/31/2025 | | | | | |
| Pre-Screen, Unscheduled (Fresh Tissue) | 8/5/2024 JJ | 2BA03674120 | 5/31/2027 | | | | | |
| Pre-Screen, Unscheduled (Fresh Tissue) | 8/5/2024 JJ | 2BA07886849 | 5/31/2027 | | | | | |
| Pre-Screen, Unscheduled (Fresh Tissue) | 8/5/2024 JJ | 2BA08017920 | 5/31/2027 | | | | | |
| Pre-Screen, Unscheduled (Fresh Tissue) | 8/5/2024 JJ | 2BA07870465 | 5/31/2027 | | | | | |
| Pre-Screen, Unscheduled (Fresh Tissue) | 8/5/2024 JJ | 2BA03818496 | 5/31/2027 | | | | | |
| Pre-Screen, Unscheduled (BLOCK) | 8/5/2024 JJ | 2BA03676160 | 7/31/2029 | | | | | |
| Pre-Screen, Unscheduled (BLOCK) | 8/5/2024 JJ | 2BA03676161 | 7/31/2029 | | | | | |
| Pre-Screen, Unscheduled (BLOCK) | 8/5/2024 JJ | 2BA03807232 | 7/31/2029 | | | | | |
| Pre-Screen, Unscheduled (BLOCK) | 8/5/2024 JJ | 2BA03687424 | 7/31/2029 | | | | | |
| Pre-Screen, Unscheduled (BLOCK) | 8/5/2024 JJ | 2BA03807233 | 7/31/2029 | | | | | |
| Pre-Screen, Unscheduled (SLIDES) | 8/5/2024 JJ | 2BA03823616 | 7/31/2029 | | | | | |
| Pre-Screen, Unscheduled (SLIDES) | 8/5/2024 JJ | 2BA03692544 | 7/31/2029 | | | | | |
| Pre-Screen, Unscheduled (SLIDES) | 8/5/2024 JJ | 2BA03687425 | 7/31/2029 | | | | | |
| Pre-Screen, Unscheduled (SLIDES) | 8/5/2024 JJ | 2BA07868416 | 7/31/2029 | | | | | |
| Pre-Screen, Unscheduled (SLIDES) | 8/5/2024 JJ | 2BA03823617 | 7/31/2029 | | | | | |
| Follow Up 30 Day | 2/24/2025 LF | 2BA41616386 | 8/31/2025 | | | | | |
| Follow Up 30 Day | 2/24/2025 LF | 2BA41485315 | 8/31/2025 | | | | | |
| End of Trial Follow Up Day 7 | 2/24/2025 LF | 2BA07536898 | 8/31/2025 | | | | | |
| End of Trial Follow Up Day 7 | 2/24/2025 LF | 2BA07407875 | 8/31/2025 | | | | | |
| Unscheduled | 2/24/2025 LF | 2BA41503755 | 8/31/2025 | | | | | |
| Unscheduled | 2/24/2025 LF | 2BA41634826 | 8/31/2025 | | | | | |
| Cycle 1 D1 Maintenance | 2/24/2025 LF | 2BA41622539 | 8/31/2025 | | | | | |
| Cycle 1 D1 Maintenance | 2/24/2025 LF | 2BA41505802 | 8/31/2025 | | | | | |

# EXHIBIT Q

DocuSign Envelope ID: 3B5BAB1E-14A6-414C-BF32-2CBF307DDE74

**INNOVATION, RESEARCH & GRANTS**

KETTERING HEALTH

# Principal Investigator Agreement

**Principal Investigator** ('INVESTIGATOR'): Franklin Handel, MD
**Protocol** ('STUDY'): [ARTEMIS] Effects of ziltivekimab versus placebo on cardiovascular outcomes in patients with acute myocardial infarction

Innovation, Research & Grants (IRG) at Kettering Adventist Healthcare dba Kettering Health (KH) is pleased to be informed of your research STUDY to be conducted at KH. Your interest and participation as an investigator are crucial to the success of this trial. It is our sincere hope that you find your involvement as an investigator to be rewarding.

**Listed are the primary responsibilities expected of an Investigator:**

1. Protocol adherence in the examination and treatment of study subjects.
2. Knowledge and understanding of the protocol, study medication/device, and sequence of events.
3. Accepts responsibility for compliant and ethical conduct of the approved research study.
4. Protects the rights and welfare of the subjects.
5. Follows sponsor and IRB requirements for reporting any serious adverse reactions and/or unanticipated effects on subjects which may occur because of the study.
6. Ensures accuracy of the case report forms. This also includes sign off in electronic data capture platform.
7. Provides supervision of study staff and delegates research activities to research staff as appropriate.
8. Reviews and signs appropriate documents and reports pertaining to the study.
9. Cooperates with internal and external monitoring and auditing by the sponsor, appropriate regulatory authorities, and Kettering Health.
10. Accepts responsibility for record management and retention.
11. Informs the IRB of record of any change in study personnel including personal contact information, address, phone numbers, and email address.
12. Adheres to institutional policy for reporting HIPAA disclosures.
13. Attends sponsor required meetings, which includes site qualification visits, site initiation visits, and closeout.
14. Be available at least by phone during interim monitoring visits.
15. Complete general research training through CITI Program before start of trial and ensure certificates are maintained. The following 3 courses are required by Kettering Health to participate in research:
    1) Group 1 Biomedical – Human Subject Protections
    2) Group 11 GCP – Good Clinical Practice
    3) Conflict of Interest in Research
16. Provide communication and education to physicians and providers on the trial.
17. Complete an annual financial disclosure for Kettering Health Institutional Review Board via Cayuse.
18. Engage in responsive communication (e.g., amendment training, patient safety related questions).
19. Identify and recruit Sub-Investigators

**Listed are typical examples of your responsibilities that will be delegated to a Clinical Research Coordinator or other research support staff:**

1. Assists the principal investigator in the coordination of all aspects of the study in accordance with protocol.
2. Monitors and manages subject compliance.
3. Acts as a liaison between study subject and the investigator.

DocuSign Envelope ID: 3B5BAB1E-14A6-414C-BF32-2CBF307DDE74

4. Maintains an updated clinical study site binder and regulatory file binder.

5. Creates and/or completes case report forms per study source documents.

6. Manages the storage of the test article as appropriate to each trial.

7. Documents administration and distribution of test article.

8. Reports adverse events to investigator, sponsor, and the IRB, as indicated.

9. Study documents are properly submitted to the IRB and ensure IRB approval is obtained prior to implementing the research study or any study changes, including annual continuing review and closure.

## Investigator Attestation

I (INVESTIGATOR) have entered into agreement with Kettering Health (INSTITUTION) to conduct the STUDY.

- I agree to conduct the STUDY in accordance with the ethical principles that are consistent with the policies and procedures of the KH Innovation, Research & Grants Department, and IRB of record.
- I agree to the guidelines of the International Conference on Harmonization (ICH), Good Clinical Practices (GCP) E6(R2), available at www.fda.gov.
- I agree to uphold the integrity of the INSTITUTION by demonstrating the protection of human subjects.
- I agree not to participate in other clinical research trials that may be a conflict of interest.
- I agree not to disclose any confidential information unless prior written approval has been received.
- I understand that intellectual property relating to this study belongs to the STUDY Sponsor in accordance with INSTITUTION'S policies, unless otherwise described in the clinical trial agreement.
- I have discussed the trial with appropriate physician peers and have alignment.
- I have obtained support for this trial from leaders of the service line(s) impacted by this STUDY.
- I agree to familiarize myself and comply with all applicable policies adopted by the KH Innovation, Research and Grants Department.

Do we have this patient population (i.e., this is not a rare population)?
- ☒ Yes
- ☐ No

Does this vary from KH's current standard of care?
- ☐ Yes
- ☒ No

☒ I agree to utilize DocuSign to execute study documents

I commit to be engaged and available to the research team throughout the lifespan of the trial. I can be contacted the following ways within 24 hours:
- ☒ Email _____
- ☐ Cell (call and text) _____
- ☐ Teams
- ☐ Practice Manager or administrative point of contact: _____

**INVESTIGATOR**

By: _____

Name: Franklin Hande...

Title: **Principal Investigator**

Date: 4/15/2024

**INSTITUTION**

By: _____

Name: **Mary Connolly, PhD, CRCP, ACRP-CP**

Title: **Network Director, Innovation, Research & Grants**

Date: 6/5/2024

Revised JUN2023
4861-0290-2892, v. 1

KH Principal Investigator Agreement

Page 2 of 2

# EXHIBIT R

Case: 3:25-cv-00273-JLG-CHG Doc #: 12-6 Filed: 08/24/25 Page: 12 of 30 PAGEID #: 453

| AMGEN® | Form | DOCUMENT NO. FORM-022241 |
|---|---|---|
| **STATUS** Effective | **EFFECTIVE DATE** 15-Nov-2017 | **VERSION NO.** V 3.0 | **PAGE NO.** Page 1 of 3 |

| **TITLE** Local Destruction of Investigational Product |
|---|

**IMPORTANT:**

- All USED product must be destroyed locally, no USED product can be returned to Amgen or local depot.
- Upon evaluating site systems and processes regarding Investigational Product (IP) management for Amgen-sponsored studies, the Clinical Monitor must submit a copy of this form to the Trial Master File (in accordance with SOP-000741) and return original to the the IPIM. Where applicable, share details of this form with the SCBA.
- Additional country-specific requirements / guidance on IP / device destruction can be found in in Knowledge Repository of country level information (eg, ASSURE).
- Use one form per site.

| Protocol Number: 20230227 | Site #: 66052 |
|---|---|
| Investigator Name: Franklin Handel, M.D. | Institution/Facility, City/Country: Kettering Health Medical Group, Dayton/USA |

| | Check each box as applicable: | | | |
|---|---|---|---|---|
| | **AMP** | **NAMP** | **IP Temp. Monitor included** | **Combination Device** |
| Investigational Product (IP) / Product Name: AMG 133/ | ☒ | ☐ | ☒ | ☐ |
| IP / Product Name: Maridebart Cafraglutide (check box if N/A) ☒ | ☒ | ☐ | ☒ | ☐ |
| IP / Product Name: (check box if N/A) ☐ | ☐ | ☐ | ☐ | ☐ |
| IP / Product Name: (check box if N/A) ☐ | ☐ | ☐ | ☐ | ☐ |
| IP / Product Name: (check box if N/A) ☐ | ☐ | ☐ | ☐ | ☐ |

| | Yes | No |
|---|---|---|
| 1. Is there a written site policy / procedure containing instructions for destruction of IP / devices and medical waste? **Note:** See Table 1 for waste definitions | ☒ | ☐ |
| 2. Is a copy of the site policy/process for IP Destruction and waste available and filed in Investigational Product Instruction Manual (IPIM) or equivalent? | ☒ | ☐ |
| 3. Is an external licensed / permitted vendor used for the destruction of Amgen IP and waste? | ☐ | ☒ |
| 4. Conclusion: A) Can site destroy used IP/devices? | ☒ | ☐ |
| B) Can site destroy unused IP/devices? | ☒ | ☐ |

| **AMGEN®** | Form | **DOCUMENT NO.**<br>FORM-022241 |
|---|---|---|
| **STATUS**<br>Effective | **EFFECTIVE DATE**<br>15-Nov-2017 | **VERSION NO.**<br>V 3.0 | **PAGE NO.**<br>Page 2 of 3 |

**TITLE**
Local Destruction of Investigational Product

---

| Protocol Number: 20230227 | Site #: 66052 |
|---|---|
| Investigator Name: Franklin Handel, M.D. | Institution/Facility, City/Country: Kettering Health Medical Group, Dayton/USA |

| C) Can site accommodate destruction of electronics? | ☒ | ☐ |
|---|---|---|

**Comments:** (Provide additional comments or details if questions 1 - 3 have been answered as "No")

| Name and Title *(print)* | Signature | Date |
|---|---|---|
| Pharmacy Representative<br>Allison Dymacek, Nurse Research<br>Coordinator, Regulatory & Start-up | | |
| Investigator<br>Franklin Handel, M.D., Principal Investigator | | |
| Amgen Representative<br>Robin Dorsey, SSU CRA | | |

**Original:** File in Investigational Product Instruction Manual (or equivalent)
**Copy:** Submit a copy to the Trial Master File

## Table 1: Waste Type Definitions

| Description | Usage Status | Potential Waste Type(s) [1] |
|---|---|---|
| Investigational product, combination product, and NAMPs (e.g. PFS, AI, vials) | Unused | Medical and/or hazardous waste |
| Combination product containing needle, drug product, batteries (silver oxide) and printed circuit boards (e.g. OBI, AMD) | Unused | Medical and/or hazardous/electronic waste |
| Investigational product, combination product, and NAMPs (e.g. PFS, AI, vials) | Used | Medical, infectious, biohazardous, and/or hazardous waste |
| Combination product containing needle, residual drug, batteries (silver oxide), and printed circuit boards, (e.g. OBI, AMD) | Used | Medical, infectious, biohazardous and/or hazardous/electronic waste |
| Demonstration Unit containing electronics, batteries (silver oxide, lithium-manganese), but no needle or drug product. (e.g. OBI, AMD) | Reusable | Electronic waste including batteries |
| Electronic autoinjector delivery system containing batteries, printed circuit board, no drug, no needle (e.g. Autotouch) | Reusable | Electronic waste including batteries |
| Temperature logger, Temperature Monitors | Reusable | Electronic waste including batteries |

Case: 3:25-cv-00273-JLG-CHG Doc #: 12-6 Filed: 08/24/25 Page: 14 of 30  PAGEID #: 455



| Form | DOCUMENT NO.<br>FORM-022241 |
|---|---|

| STATUS<br>Effective | EFFECTIVE DATE<br>15-Nov-2017 | VERSION NO.<br>V 3.0 | PAGE NO.<br>Page 3 of 3 |
|---|---|---|---|

| TITLE |
|---|
| Local Destruction of Investigational Product |

*1* Please consult with your applicable country/local regulations and institutional guidelines for disposal.  Definitions and waste types may differ.

Amgen Confidential

# EXHIBIT S

**From:** James Petrie <JPetrie@ebglaw.com>
**Sent:** Saturday, August 9, 2025 9:33 AM
**To:** Mary Foster <mtfoster@trinitylawllc.com>
**Cc:** Jill Bigler <JBigler@ebglaw.com>
**Subject:** RE: Sandra Collier - Kettering Health matter

Counsel,
We are confirming receipt. Thank you for the extension of time to August 18, 2025.
Regards



EPSTEIN
BECKER
GREEN

**James Petrie | Bio**
t 614.872.2420 | f 614.633.1713
JPetrie@ebglaw.com

250 West Street, Suite 300 | Columbus, OH 43215
t 614.872.2500 | www.ebglaw.com

**From:** Mary Foster <mtfoster@trinitylawllc.com>
**Sent:** Friday, August 8, 2025 4:52 PM
**To:** James Petrie <JPetrie@ebglaw.com>
**Cc:** Jill Bigler <JBigler@ebglaw.com>
**Subject:** Re: Sandra Collier - Kettering Health matter

---

**\*\*\* EXTERNAL EMAIL \*\*\***

---

Dear Mr. Petrie,

As noted in our prior follow-up, your client's response to our July 28, 2025 demand was due August 8, 2025, with an initial meeting to occur by August 15, 2025. Neither has occurred.

To be reasonably accommodating given the time of year, we are extending the benefit of the doubt that your failure to respond may be due to scheduling conflicts or absences. Accordingly, we will honor your original request for additional time and allow until August 18, 2025 for you to provide a formal response. By that date, we expect confirmation that a sit-down meeting to discuss resolution has been scheduled.

In the interim, please confirm receipt of this email as soon as possible along with your client's intended course of action.

If we do not receive a satisfactory response on or before close of business August 18, 2025, we will proceed with the next steps outlined in our July 28 letter without further notice. Please understand that this extension is a professional courtesy, not a reconsideration of our position, and the deadline will not be extended.

If you have any questions or concerns or would like to discuss this matter, please do not hesitate to call me directly at (513) 953-2499.

Sincerely,

Mary Scott

Mary T. Scott, Esq.
Trinity Law, LLC
7710 Reading Rd., Suite 102
Cincinnati, Ohio 45237
(513) 953-2499 Direct
(513) 873-8173 Fax
mtfoster@trinitylawllc.com

The information contained in this e-mail message is attorney-privileged and confidential. It is intended only for the use of the person or entity above.
If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that disseminating, distributing, or copying this e-mail is strictly prohibited.
If you received this e-mail in error please immediately notify us, either by calling us at (513)953-2499 or by replying to this e-mail.

**From:** Mary Foster <mtfoster@trinitylawllc.com>
**Sent:** Wednesday, July 30, 2025 8:11:25 PM
**To:** James Petrie <JPetrie@ebglaw.com>
**Cc:** Jill Bigler <JBigler@ebglaw.com>
**Subject:** Re: KH, Collier

Dear Counsel,

Thank you for your correspondence regarding representation of Kettering Health in the Sandra Collier matter.

We acknowledge your request for additional time to review the content and exhibits provided in our July 28, 2025 demand. While we appreciate the complexity of the issues raised, we must also balance that with the seriousness and urgency of the violations identified.

Accordingly, please be advised that we expect notification of your client's intentions by close of business on August 8, 2025, and we are amenable to scheduling an initial meeting to discuss potential terms of resolution no later than August 15, 2025, should your client wish to explore that route in good faith.

Absent such communication, we will proceed with the next steps outlined in our prior correspondence without further delay.

Please feel free to contact me directly should you have any questions or require coordination of scheduling.

Sincerely,

Mary T. Scott, Esq.

Mary T. Scott, Esq.
Trinity Law, LLC
7710 Reading Rd., Suite 102
Cincinnati, Ohio 45237
(513) 953-2499 Direct
(513) 873-8173 Fax
mtfoster@trinitylawllc.com

The information contained in this e-mail message is attorney-privileged and confidential. It is intended only for the use of the person or entity above.
If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that disseminating, distributing, or copying this e-mail is strictly prohibited.
If you received this e-mail in error please immediately notify us, either by calling us at (513)953-2499 or by replying to this e-mail.

**From:** James Petrie <JPetrie@ebglaw.com>
**Sent:** Wednesday, July 30, 2025 10:53:09 AM
**To:** Mary Foster <mtfoster@trinitylawllc.com>
**Cc:** Jill Bigler <JBigler@ebglaw.com>
**Subject:** Re: KH, Collier

Ms. Scott,

The law firm of Epstein Becker and Green, P.C. has been retained to represent Kettering Health (KH) in response to the demand letter dated July 28, 2025, which you sent on behalf of your client, Sandra Collier. Please direct all future communications to my partner, Jill Bigler, and me.

Before we can advise KH regarding any settlement negotiations, we will need an additional two weeks, up to and including **August 18, 2025**, to review the numerous allegations contained in your letter. If you or your client intend to take action in the meantime, please let us know. We'll be in touch.

Regards,



**James Petrie | Bio**

t 614.872.2420 | f 614.633.1713

JPetrie@ebglaw.com

250 West Street, Suite 300 | Columbus, OH 43215

t 614.872.2500 | www.ebglaw.com

CONFIDENTIALITY NOTE: This communication is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this communication or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this communication in error, please call the Help Desk of Epstein Becker & Green, P.C. at (212) 351-4701 and destroy the original message and all copies. Pursuant to the CAN-SPAM Act this communication may be considered an advertisement or solicitation. If you would prefer not to receive future marketing and promotional mailings, please submit your request via email to ebgus@ebglaw.com or via postal mail to Epstein Becker & Green, P.C. Attn: Marketing Department, 875 Third Avenue, New York, NY 10022. Be sure to include your email address if submitting your request via postal mail.

Case: 3:25-cv-00273-JLG-CHG Doc #: 12-6 Filed: 08/24/25 Page: 20 of 30 PAGEID #: 461

**From:** Jill Bigler <JBigler@ebglaw.com>
**Sent:** Friday, August 8, 2025 11:08 PM
**To:** Mary Foster <mtfoster@trinitylawllc.com>; James Petrie <JPetrie@ebglaw.com>
**Subject:** RE: KH, Collier

Dear Counsel:

We are diligently working to complete our investigation given the truncated timeline. We respectfully request that you give us until COB on Tuesday (8/12) to respond.
Please understand that if you do go forward with the actions you have threatened before then, KH will vigorously defend against the claims you allege in your demand letter.
Thank you for considering this short extension.

**EPSTEIN
BECKER
GREEN**

**Jill Bigler** | **Bio**
t 614.872.2418 | f 614.633.1713
JBigler@ebglaw.com

250 West Street, Suite 300 | Columbus, OH 43215
t 614.872.2500 | www.ebglaw.com

---

**From:** Mary Foster <mtfoster@trinitylawllc.com>
**Sent:** Wednesday, July 30, 2025 8:11 PM
**To:** James Petrie <JPetrie@ebglaw.com>
**Cc:** Jill Bigler <JBigler@ebglaw.com>
**Subject:** Re: KH, Collier

Dear Counsel,

Thank you for your correspondence regarding representation of Kettering Health in the Sandra Collier matter.

We acknowledge your request for additional time to review the content and exhibits provided in our July 28, 2025 demand. While we appreciate the complexity of the issues raised, we must also balance that with the seriousness and urgency of the violations identified.

Accordingly, please be advised that we expect notification of your client's intentions by close of business on August 8, 2025, and we are amenable to scheduling an initial meeting to discuss potential terms of resolution no later than August 15, 2025, should your client wish to explore that route in good faith.

Absent such communication, we will proceed with the next steps outlined in our prior correspondence without further delay.

Please feel free to contact me directly should you have any questions or require coordination of scheduling.

Sincerely,

Mary T. Scott, Esq.

Mary T. Scott, Esq.
Trinity Law, LLC
7710 Reading Rd., Suite 102
Cincinnati, Ohio 45237
(513) 953-2499 Direct

(513) 873-8173 Fax
mtfoster@trinitylawllc.com

The information contained in this e-mail message is attorney-privileged and confidential. It is intended only for the use of the person or entity above.
If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that disseminating, distributing, or copying this e-mail is strictly prohibited.
If you received this e-mail in error please immediately notify us, either by calling us at (513)953-2499 or by replying to this e-mail.

---

**From:** James Petrie <JPetrie@ebglaw.com>
**Sent:** Wednesday, July 30, 2025 10:53:09 AM
**To:** Mary Foster <mtfoster@trinitylawllc.com>
**Cc:** Jill Bigler <JBigler@ebglaw.com>
**Subject:** Re: KH, Collier

Ms. Scott,

The law firm of Epstein Becker and Green, P.C. has been retained to represent Kettering Health (KH) in response to the demand letter dated July 28, 2025, which you sent on behalf of your client, Sandra Collier. Please direct all future communications to my partner, Jill Bigler, and me. Before we can advise KH regarding any settlement negotiations, we will need an additional two weeks, up to and including **August 18, 2025**, to review the numerous allegations contained in your letter. If you or your client intend to take action in the meantime, please let us know. We'll be in touch.

Regards,



EPSTEIN
BECKER
GREEN

**James Petrie** | Bio

t 614.872.2420 | f 614.633.1713

JPetrie@ebglaw.com

250 West Street, Suite 300 | Columbus, OH 43215

t 614.872.2500 | www.ebglaw.com

---

CONFIDENTIALITY NOTE: This communication is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this communication or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this communication in error, please call the Help Desk of Epstein Becker & Green, P.C. at (212) 351-4701 and destroy the original message and all copies. Pursuant to the CAN-SPAM Act this communication may be considered an advertisement or solicitation. If you would prefer not to receive future marketing and promotional mailings, please submit your request via email to ebgus@ebglaw.com or via postal mail to Epstein Becker & Green, P.C. Attn: Marketing Department, 875 Third Avenue, New York, NY 10022. Be sure to include your email address if submitting your request via postal mail.

# EXHIBIT T

*** EXTERNAL EMAIL ***

Counsel:

I am in receipt of your voicemail of earlier today. Should your negotiations fall through, please file a Motion for Temporary Restraining Order and request a phone conference therein. Should you have additional concerns, please do not hesitate to reach out.

Thank you.

Bethany J. Russell

CRD/Judicial Assistant for

District Judge Walter H. Rice

Walter H. Rice Federal Building and U.S. Courthouse

200 West Second Street, Ninth Floor

Dayton, Ohio 45402

(937)512-1502 / (937)512-1501

Bethany_Russell@ohsd.uscourts.gov

Rice_deputy@ohsd.uscourts.gov



---

CONFIDENTIALITY NOTE: This communication is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this communication or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this communication in error, please call the Help Desk of Epstein Becker & Green, P.C. at (212) 351-4701 and destroy the original message and all copies. Pursuant to the CAN-SPAM Act this communication may be considered an advertisement or solicitation. If you would prefer not to receive future marketing and promotional mailings, please submit your request via email to ebgus@ebglaw.com or via postal mail to Epstein Becker & Green, P.C. Attn: Marketing Department, 875 Third Avenue, New York, NY 10022. Be sure to include your email address if submitting your request via postal mail.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Hi Bethany,

Thank you.  We will proceed accordingly.

Jim



**James Petrie** | Bio

t 614.872.2420  | f 614.633.1713

JPetrie@ebglaw.com

250 West Street, Suite 300 | Columbus, OH 43215

t 614.872.2500 | www.ebglaw.com

---

**From:** Bethany Russell <Bethany_Russell@ohsd.uscourts.gov>

**Sent:** Wednesday, August 13, 2025 12:03 PM

**To:** James Petrie <JPetrie@ebglaw.com>

**Subject:** KHN v. Collier et al., 3:25cv273

(937)512-1502 / (937)512-1501

Bethany_Russell@ohsd.uscourts.gov

Rice_deputy@ohsd.uscourts.gov



**From:** James Petrie <JPetrie@ebglaw.com>

**Sent:** Wednesday, August 13, 2025 12:09 PM

**To:** Bethany Russell <Bethany_Russell@ohsd.uscourts.gov>

**Cc:** Jill Bigler <JBigler@ebglaw.com>

**Subject:** RE: KHN v. Collier et al., 3:25cv273

**CAUTION - EXTERNAL:**

Case: 3:25-cv-00273-JLG-CHG Doc #: 12-6 Filed: 08/24/25 Page: 28 of 30 PAGEID #: 469

250 West Street, Suite 300 | Columbus, OH 43215

t 614.872.2500 | www.ebglaw.com

**From:** Bethany Russell <Bethany_Russell@ohsd.uscourts.gov>

**Sent:** Wednesday, August 13, 2025 12:25 PM

**To:** James Petrie <JPetrie@ebglaw.com>

**Subject:** RE: KHN v. Collier et al., 3:25cv273

**\*\*\* EXTERNAL EMAIL \*\*\***

Thank you.

Bethany J. Russell

CRD/Judicial Assistant for

District Judge Walter H. Rice

Walter H. Rice Federal Building and U.S. Courthouse

200 West Second Street, Ninth Floor

Dayton, Ohio 45402

Case: 3:25-cv-00273-JLG-CHG Doc #: 12-6 Filed: 08/24/25 Page: 30 of 30 PAGEID #: 471

**From:** James Petrie <JPetrie@ebglaw.com>

**Sent:** Wednesday, August 13, 2025 2:15:28 PM

**To:** Bethany Russell <Bethany_Russell@ohsd.uscourts.gov>

**Cc:** Jill Bigler <JBigler@ebglaw.com>; Mary Foster <mtfoster@trinitylawllc.com>

**Subject:** RE: KHN v. Collier et al., 3:25cv273

Hi Bethany,

The Motion for TRO has been filed.

Ms. Scott is representing Defendant Collier and is copied here.

Please let us know when the court intends to schedule the teleconference.

Thank you.

Jim



EPSTEIN
BECKER
GREEN

**James Petrie** | Bio

t 614.872.2420 | f 614.633.1713

JPetrie@ebglaw.com