# EXHIBIT U



**INNOVATION, RESEARCH & GRANTS**
KETTERING HEALTH NETWORKᴴᴹ

# Note-to-File

**Protocol:**    All Studies

**From:**    Allison Dymacek, MACPR, BSN

**RE:**    External IND Safety Reports Maintenance

IND safety reports received by the site from the sponsor will not be acknowledged or filed. The PI will not sign off on these reports. Individual IND safety reports from external sites are generally not reportable to the IRB because their implications for the study cannot be understood. A safety report from a sponsor must contain an explicit statement that the information qualifies for reporting to the IRB. IND safety reports will not be submitted to the IRB if using a central IRB, as this is the responsibility of the sponsor.

The responsibility for determining if a safety report meets criteria for submission to the IRB lies with the sponsor. If the sponsor determines that the event meets criteria outlined in 21 CFR 312.32 and provides a clear explanation of why it meets the reporting criteria, how it changes potential risks or benefits, and what updates to the study documents will result from this event, then Regulatory staff will submit this report to the IRB (unless utilizing a central IRB). The practices outlined below are consistent with the policies of each IRB used by Kettering Health. Applicable regulations are listed in the References section at the end of this document.

## As of 25OCT2021, safety reports will no longer be filed, either hard-copy or electronic.

Safety Reports are received from the sponsor and routed to Regulatory personnel delegated by the Principal Investigator. The Regulatory delegate reviews the sponsor's assessment of whether the event meets the reporting criteria and any resulting changes to protocol documents.

a.    If the correspondence or report contains language indicating that no changes are required as a result of the report, the PI will not be required to review and acknowledge individual safety reports, nor will it be submitted to the IRB.

b.    If the correspondence or report does not include an assessment by the sponsor to the risk profile of the investigational product or if changes to the study requirements are required, the regulatory staff will ask the sponsor or its representative to clarify.   If the correspondence or report indicates that the sponsor has determined the event requires consent or protocol changes, it will be submitted within the IRB timeline for prompt reporting. This correspondence often comes in the form of investigator notification such as a 'Dear Investigator Letter.'

If a report does not meet reporting requirements there is no expectation that it will be

Docusign Enve' 'D: 5FB85FFE-6082-4C0D-8E4F-C965F7EB5A90

# Safety Letters

| Sponsor | Letter Name | MCN | Letter Date | Status | Date | Study of Occurrence | Country of Occurrence | Browsed Date | Description |
|---------|-------------|-----|-------------|--------|------|---------------------|----------------------|--------------|-------------|
| Amgen Inc | LT_ITACT2024251657_20180244_F-U_3.pdf | ITACT2024251657 | 13-Jan-2025 | Browsed | 13-Jan-2025 | 20180244 | Italy | 5-Mar-2025 | ANAPHYLACTIC REACTION |
| Amgen Inc | LT_ITACT2024251657_20180244_F-U_1.pdf | ITACT2024251657 | 6-Jan-2025 | Browsed | 6-Jan-2025 | 20180244 | Italy | 5-Mar-2025 | ANAPHYLACTIC REACTION |
| Amgen Inc | DEUCT2023173341_20180244_F-U_7.pdf | DEUCT2023173341 | 25-Feb-2025 | Browsed | 25-Feb-2025 | 20180244 | Germany | 5-Mar-2025 | EXHAUSTION POST IP INJECTION |
| Amgen Inc | Olpasiran_SSUR_01Jul2024 - 31Dec2024 | | 27-Jan-2025 | Browsed | 27-Jan-2025 | N/A | United States | 5-Mar-2025 | Olpasiran_SSUR_01Jul2024 - 31Dec2024 |
| Amgen Inc | LT_ITACT2024251657_20180244_F-U_2.pdf | ITACT2024251657 | 8-Jan-2025 | Browsed | 8-Jan-2025 | 20180244 | Italy | 5-Mar-2025 | ANAPHYLACTIC REACTION |
| Amgen Inc | DEUCT2023165877_20180244_F-U_6.pdf | DEUCT2023165877 | 4-Mar-2025 | Browsed | 4-Mar-2025 | 20180244 | Germany | 5-Mar-2025 | ANXIETY POST IP INJECTION,MELALGIA POST IP INJECTION,INSOMNIA POST IP INJECTION...WEAKNESS OF LEG...SPO... |
| Amgen Inc | LT_ITACT2024251657_20180244_F-U_4.pdf | ITACT2024251657 | 24-Jan-2025 | Browsed | 25-Jan-2025 | 20180244 | Italy | 5-Mar-2025 | ANAPHYLACTIC REACTION |
| Amgen Inc | LT_ITACT2024251657_20180244_F-U_5.pdf | ITACT2024251657 | 30-Jan-2025 | Browsed | 30-Jan-2025 | 20180244 | Italy | 5-Mar-2025 | ANAPHYLACTIC REACTION |
| Amgen Inc | USACT2023227601_20180244_F-U_8.pdf | USACT2023227601 | 11-Feb-2025 | Browsed | 12-Feb-2025 | 20180244 | United States | 5-Mar-2025 | ALLERGIC REACTION |
| Amgen Inc | DEUCT2023173341_20180244_F-U_6.pdf | DEUCT2023173341 | 15-Feb-2025 | Browsed | 15-Feb-2025 | 20180244 | Germany | 5-Mar-2025 | EXHAUSTION POST IP INJECTION |
| Amgen Inc | LT_ITACT2024251657_20180244_F-U_6.pdf | ITACT2024251657 | 28-Feb-2025 | Browsed | 1-Mar-2025 | 20180244 | Italy | 5-Mar-2025 | ANAPHYLACTIC REACTION |

Frankin Handel

Signed by:

_[signature]_

4E45CC41F1EE48D...

3/5/2025

Filters: Amgen Inc *

Case 3:25-cv-00273-JLG-CHG Doc #: 12-7 Filed: 08/24/25 Page: 3 of 4 PAGEID #: 474



AMGEN 4

Events Summary

Procedure
(Revascularization And
Valve Replacement)

Events

Cerebrovascular
event_6610930201

Cerebrovascular
event_6610930209

CRF History

24466109302 - Events

24466109302 - Procedure
(Revascularization & Aortic
Valve Replacement)

24466109301 - Events

24466109301 - Procedure
(Revascularization & Aortic
Valve Replacement)

| | Adverse Event | FALL DUE TO GENERALIZED WEAKNESS | FALL DUE GENERA WEAKNE |
|---|---|---|---|
| | Potential Endpoint | NEAR SYNCOPE | NEAR SY |

Click Here for Customer Support Information

Case: 3:25-cv-00273-JG-CHG Doc #: 12-7 Filed: 08/24/25 Page: 4 of 4 PAGEID #: 475