# EXHIBIT V



Case: 3:25-cv-00273-JLG-CHG Doc #: 12-8 Filed: 08/24/25 Page: 2 of 29 PAGEID #: 477

INNOVATION, RESEARCH
& GRANTS
KETTERING HEALTH NETWORK℠

# Note-to-File

**Protocol:** All Studies

**From:** Allison Dymacek, MACPR, BSN

**RE:** External IND Safety Reports Maintenance

IND safety reports received by the site from the sponsor will not be acknowledged or filed. The PI will not sign off on these reports. Individual IND safety reports from external sites are generally not reportable to the IRB because their implications for the study cannot be understood. A safety report from a sponsor must contain an explicit statement that the information qualifies for reporting to the IRB. IND safety reports will not be submitted to the IRB if using a central IRB, as this is the responsibility of the sponsor.

The responsibility for determining if a safety report meets criteria for submission to the IRB lies with the sponsor. If the sponsor determines that the event meets criteria outlined in 21 CFR 312.32 and provides a clear explanation of why it meets the reporting criteria, how it changes potential risks or benefits, and what updates to the study documents will result from this event, then Regulatory staff will submit this report to the IRB (unless utilizing a central IRB). The practices outlined below are consistent with the policies of each IRB used by Kettering Health. Applicable regulations are listed in the References section at the end of this document.

## As of 25OCT2021, safety reports will no longer be filed, either hard-copy or electronic.

Safety Reports are received from the sponsor and routed to Regulatory personnel delegated by the Principal Investigator. The Regulatory delegate reviews the sponsor's assessment of whether the event meets the reporting criteria and any resulting changes to protocol documents.

a. If the correspondence or report contains language indicating that no changes are required as a result of the report, the PI will not be required to review and acknowledge individual safety reports, nor will it be submitted to the IRB.

b. If the correspondence or report does not include an assessment by the sponsor to the risk profile of the investigational product or if changes to the study requirements are required, the regulatory staff will ask the sponsor or its representative to clarify. If the correspondence or report indicates that the sponsor has determined the event requires consent or protocol changes, it will be submitted within the IRB timeline for prompt reporting. This correspondence often comes in the form of investigator notification such as a 'Dear Investigator Letter.'

If a report does not meet reporting requirements there is no expectation that it will be



INNOVATION, RESEARCH
& GRANTS
KETTERING HEALTH NETWORK℠

retained by Kettering Health.

The practice of receiving these reports and reviewing sponsor assessment is a task delegated to Regulatory personnel in the Delegation of Authority Log (DOA) because it relates to IRB submissions.

**REFERENCES:**

1. 21 CFR 312.32
2. Guidance for Industry and Investigators – Safety Reporting Requirements for INDs and BA/BE Studies http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformati o n/Guidances/UCM227351
3. Guidance for Clinical Investigators, Sponsors, and IRBs, Adverse Event Reporting to IRBs – Improving Human Subject Protection, http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformati o n/Guidances/ucm079753
4. OHRP Guidance on Reviewing and Reporting Unanticipated Problems Involving Risks to Subjects or Others and Adverse Events, http://www.hhs.gov/ohrp/policy/advevntguid.html
5. WIRB Investigator Handbook "A Guide for Researchers" Section 13. (A) (11) http://wirb.com/Documents/Guide%20for%20Researchers.pdf#page=2
6. Advarra IRB Handbook – reporting schema: https://www.cirbi.net/CIRBI/sd/Doc/0/70PUGNRNM08UMSK10TT9CLIG00/Advarra%20IRB%20Guidance%20-%20Subject%20Safety%20Event%20Reporting%20Decision%20Chart%20v2%2002252021.pdf

Allison Dymacek [signature]　　　　6/22/2022

Allison Dymacek
Manager, Regulatory and Business Development

Date

This content is from the eCFR and is authoritative but unofficial.

Displaying title 21, up to date as of 8/19/2025. Title 21 was last amended 8/15/2025.

**Title 21 —Food and Drugs**
**Chapter I —Food and Drug Administration, Department of Health and Human Services**
**Subchapter D —Drugs for Human Use**
**Part 312 —Investigational New Drug Application**
**Subpart I —Expanded Access to Investigational Drugs for Treatment Use**

EDITORIAL NOTE ON PART 312

**Editorial Note:** Nomenclature changes to part 312 appear at 69 FR 13717, Mar. 24, 2004.

## § 312.320 Treatment IND or treatment protocol.

Under this section, FDA may permit an investigational drug to be used for widespread treatment use.

(a) *Criteria.* The criteria in § 312.305(a) must be met, and FDA must determine that:

(1) *Trial status.*

(i) The drug is being investigated in a controlled clinical trial under an IND designed to support a marketing application for the expanded access use, or

(ii) All clinical trials of the drug have been completed; and

(2) *Marketing status.* The sponsor is actively pursuing marketing approval of the drug for the expanded access use with due diligence; and

(3) *Evidence.*

(i) When the expanded access use is for a serious disease or condition, there is sufficient clinical evidence of safety and effectiveness to support the expanded access use. Such evidence would ordinarily consist of data from phase 3 trials, but could consist of compelling data from completed phase 2 trials; or

(ii) When the expanded access use is for an immediately life-threatening disease or condition, the available scientific evidence, taken as a whole, provides a reasonable basis to conclude that the investigational drug may be effective for the expanded access use and would not expose patients to an unreasonable and significant risk of illness or injury. This evidence would ordinarily consist of clinical data from phase 3 or phase 2 trials, but could be based on more preliminary clinical evidence.

(b) *Submission.* The expanded access submission must include information adequate to satisfy FDA that the criteria in § 312.305(a) and paragraph (a) of this section have been met. The expanded access submission must meet the requirements of § 312.305(b).

(c) *Safeguard.* The sponsor is responsible for monitoring the treatment protocol to ensure that licensed physicians comply with the protocol and the regulations applicable to investigators.

Docusign Enve' 'D: 5FB85FFE-6082-4C0D-8E4F-C965F7EB5A90

Safety | SUSAR

# Safety Letters

| Sponsor | Letter Name | MCN | Letter Date | Status | Date | Study of Occurrence | Country of Occurrence | Browsed Date | Description |
|---|---|---|---|---|---|---|---|---|---|
| Amgen Inc | LT_ITACT2024251657_20180244_F - U_3.pdf | ITACT2024251657 | 13-Jan-2025 | Browsed | 13-Jan-2025 | 20180244 | Italy | 5-Mar-2025 | ANAPHYLACTIC REACTION |
| Amgen Inc | LT_ITACT2024251657_20180244_F - U_1.pdf | ITACT2024251657 | 6-Jan-2025 | Browsed | 6-Jan-2025 | 20180244 | Italy | 5-Mar-2025 | ANAPHYLACTIC REACTION |
| Amgen Inc | DEUCT2023173341_20180244_F - U_7.pdf | DEUCT2023173341 | 25-Feb-2025 | Browsed | 25-Feb-2025 | 20180244 | Germany | 5-Mar-2025 | EXHAUSTION POST IP INJECTION |
| Amgen Inc | Olpasiran_SSUR_01Jul2024 - 31Dec2024 | | 27-Jan-2025 | Browsed | 27-Jan-2025 | N/A | United States | 5-Mar-2025 | Olpasiran_SSUR_01Jul2024 - 31Dec2024 |
| Amgen Inc | LT_ITACT2024251657_20180244_F - U_2.pdf | ITACT2024251657 | 8-Jan-2025 | Browsed | 8-Jan-2025 | 20180244 | Italy | 5-Mar-2025 | ANAPHYLACTIC REACTION |
| Amgen Inc | DEUCT2023165877_20180244_F - U_6.pdf | DEUCT2023165877 | 4-Mar-2025 | Browsed | 4-Mar-2025 | 20180244 | Germany | 5-Mar-2025 | ANXIETY POST IP INJECTION,MELALGIA POST IP INJECTION,INSOMNIA POST IP INJECTION,WEAKNESS OF LEGS POST IP INJECTION |
| Amgen Inc | LT_ITACT2024251657_20180244_F - U_4.pdf | ITACT2024251657 | 24-Jan-2025 | Browsed | 25-Jan-2025 | 20180244 | Italy | 5-Mar-2025 | ANAPHYLACTIC REACTION |
| Amgen Inc | LT_ITACT2024251657_20180244_F - U_5.pdf | ITACT2024251657 | 30-Jan-2025 | Browsed | 30-Jan-2025 | 20180244 | Italy | 5-Mar-2025 | ANAPHYLACTIC REACTION |
| Amgen Inc | USACT2023227601_20180244_F - U_8.pdf | USACT2023227601 | 11-Feb-2025 | Browsed | 12-Feb-2025 | 20180244 | United States | 5-Mar-2025 | ALLERGIC REACTION |
| Amgen Inc | DEUCT2023173341_20180244_F - U_6.pdf | DEUCT2023173341 | 15-Feb-2025 | Browsed | 15-Feb-2025 | 20180244 | Germany | 5-Mar-2025 | EXHAUSTION POST IP INJECTION |
| Amgen Inc | LT_ITACT2024251657_20180244_F - U_6.pdf | ITACT2024251657 | 28-Feb-2025 | Browsed | 1-Mar-2025 | 20180244 | Italy | 5-Mar-2025 | ANAPHYLACTIC REACTION |

Frankin Handel

Signed by:

4E45CC41F1EE48D...

3/5/2025

Filters: Amgen Inc *

docusign

## Certificate Of Completion

Envelope Id: 5FB85FFE-6082-4C0D-8E4F-C965F7EB5A90 | Status: Completed

Subject: ***Research*** Complete with Docusign: IND Safety Report Gap fill - beginner through 3-5-25 OCEAN(a)

Source Envelope:

| | | |
|---|---|---|
| Document Pages: 1 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 4 | Initials: 0 | Allison Dymacek |
| AutoNav: Enabled | | 3535 Southern Blvd, |
| EnvelopeId Stamping: Enabled | | Kettering, OH 45429 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | Allison.Dymacek@ketteringhealth.org |
| | | IP Address: 204.110.16.10 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>3/5/2025 2:23:16 PM | Holder: Allison Dymacek<br>Allison.Dymacek@ketteringhealth.org | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Frankin Handel<br>fhandel@aol.com<br>1-9374759216<br>Security Level: Email, SMS, Account Authentication (None) | Signed by:<br>[signature]<br>4E45CC41F1EE48D...<br>Signature Adoption: Drawn on Device<br>Signed by link sent to fhandel@aol.com<br>Using IP Address: 47.204.168.176 | Sent: 3/5/2025 2:25:22 PM<br>Viewed: 3/5/2025 8:40:12 PM<br>Signed: 3/5/2025 8:40:17 PM |

**Electronic Record and Signature Disclosure:**
Accepted: 3/5/2025 8:40:12 PM
ID: c6b49a4a-78d6-4f18-847e-a0c989fbb205

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 3/5/2025 2:25:22 PM |
| Certified Delivered | Security Checked | 3/5/2025 8:40:12 PM |
| Signing Complete | Security Checked | 3/5/2025 8:40:17 PM |
| Completed | Security Checked | 3/5/2025 8:40:17 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

Kettering HEALTH

# Protocol Deviation Log for [OCEAN(a)] / [Protocol 20180244]

| Deviation Category | Type | Corrective Action(s) |
|---|---|---|
| 1 = Safety<br>2 = Informed Consent<br>3 = Eligibility<br>4 = Protocol Implementation<br>5 = Other, specify in log | 1 = Minor (Not IRB-reportable)<br>2 = Major, defined as deviations that may a) harm subject's rights, safety, or well-being, b) significantly damage overall reliability of study data, and/or c) represent serious or continuing noncompliance with IRB requirements. | 1 = Training / retraining<br>2 = Subject removed/ withdrawn<br>3 = IP withheld / reduced<br>4 = Corrective and Preventive Action Plan (CAPA)*<br>5 = Other, specify in log |

| # | Subject # | Description of Deviation | Deviation Category | Type | Date Occurred: (DD/MMM/YYYY) | Date IRB Notified (if applicable): (DD/MMM/YYYY) | Corrective Action(s): |
|---|---|---|---|---|---|---|---|
| | | Section 5.2 Exclusion 205. Subject had PCI within 4 weeks prior to ~~enrol~~ screening. | 3 | 2 | 15Mar2023 | 20Jul2023 | Noted on screening forms to double check surgical history. |
| | | Vitalsigns not taken during screening visit. | 4 | 1 | 28Apr2023 | | |
| | | ECG not able to be taken at day 1 visit. | 4 | 1 | 02Jan2023 | | |
| | | Coordinator missed signing ICF at time of consent. | 2 | 2 | 03Oct2023 | 03Jan2024 | Updated process to invite second coordinator when ICF needs signed. |
| | | | | | | | |

* CAPA must be created for all MAJOR protocol deviations

...ked with a **red asterisk (*) are mandatory fields** that must be ... serious event. A **serious event** must be entered **within 24 hours** of an investigator becoming aware of it.

| Type of Event | Primary Event: Diagnosis or Syndrome (if known) OR Sign/Symptom | MedDRA Coding Value (Derived) | Potential Endpoint Category Note: Record all Arterial Revascularizations (Coronary, Peripheral, Cerebrovascular)/Vascular Amputations (with OR without a reportable event) on the Procedures (Revascularization & Aortic Valve Replacement) eCRF | Did event start before first dose of investigational product? | Did event start before study procedure/activity? | Date Started | Date Ended or Resulted in Death | Event Grade | Event Grading Scale Name (Derived) | Related to IMP? | Related to 1st OPRT? | Related to Investigational Device? | Related to Study Procedure/Activity? | Investigator Causality Confirmation | Action taken with Investigational Medicinal Product for this event |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | - | - | - | - | - | - | - | - | ~~CTCAE~~ | - | - | - | - | - | - |
| Adverse Event | RIGHT SIDE BACK PAIN | RIGHT SIDE BACK PAIN | _ | No | No | 20 APR 2023 | _ | 2 | CTCAE | No | No | No | No | _ | No action taken |

Add a new Log line Inactivate Reactivate

**Before attempting to inactivate a log line for a serious event, ensure that "Event Nullification Flag" and "Event Nullification Reason" are recorded.**

Printable Version View PDF Icon Key

CRF Version 76387 - Page Generated: 06 JUN 2025 08:21:33 Eastern Daylight Time

Save Cancel

Click Here for Customer Support Information

Medidata Classic Rave® 2023.1.1
Copyright © 1999-2023 Medidata Solutions, Inc.

AMGEN

Events Summary

Fields marked with a **red asterisk (*)** are **mandatory fields** that must be entered for a serious event. A **serious event** must be entered **within 24 hours** of an investigator becoming aware of it.

| # | Event ID No. (Derived) | Type of Event | Primary Event: Diagnosis or Syndrome (if known) OR Sign/Symptom | MedDRA Coding Value (Derived) | Potential Endpoint Category Note: Record all Arterial Revascularizations (Coronary, Peripheral, Cerebrovascular)/Vascular Amputations (with OR without a reportable event) on the Procedures (Revascularization & Aortic Valve Replacement) eCRF | Did event start before first dose of investigational product? | Did event start before study procedure/activity? | Date Started | Date Ended or Resulted in Death | Event Grade | Event Grading Scale Name (Derived) | Related to IMP? | Related to 1st OPRT? | Related to Investigational Device? | Related to Study Procedure/Activity? | Inves Caus Confi |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | - | - | - | - | - | - | - | - | - | - | ~~CTCAE~~ | - | - | - | - | - |
| | [redacted] | Potential Endpoint | CORONARY ARTERY DISEASE AGGRAVATED | CORONARY ARTERY DISEASE AGGRAVATED | Hospitalization for unstable angina | No | No | 16 NOV 2023 | 18 NOV 2023 | 3 | CTCAE | No | No | No | No | Conf |
| | [redacted] | Potential Endpoint | CONGESTIVE HEART DISEASE | CONGESTIVE HEART DISEASE | Hospitalization for Heart Failure | No | No | 16 NOV 2023 | 18 NOV 2023 | 3 | CTCAE | No | No | No | No | Conf |

Medidata Classic Rave® 2023.1.1
Copyright © 1999-2023 Medidata Solutions, Inc.

Case: 3:25-cv-00273-JLG-CHG Doc #: 12-8 Filed: 08/24/25 Page: 10 of 29 PAGEID #: 485

AMGEN 4

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Adverse Event | FALL DUE TO GENERALIZED WEAKNESS | FALL DUE TO GENERALIZED WEAKNESS | – | No | No | 03 DEC 2024 | 06 DEC 2024 | 1 | CTCAE | No | No | No | No | Conf |
| | Potential Endpoint | NEAR SYNCOPE | NEAR SYNCOPE | Hospitalization for Heart Failure | No | No | 11 DEC 2024 | 14 DEC 2024 | 3 | CTCAE | No | No | No | No | Conf |

Click Here for Customer Support Information

Medidata Classic Rave® 2023.1.1
Copyright © 1999-2023 Medidata Solutions, Inc.

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6610930207 | Potential Endpoint | TIA | TIA | Hospitalization for Heart Failure | No | No | 07 FEB 2025 | 09 FEB 2025 | 1 | CTCAE | No | No | No | No | Conf |

Click Here for Customer Support Information

Medidata Classic Rave® 2023.1.1
Copyright © 1999-2023 Medidata Solutions, Inc.

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 6610930208 | Potential Endpoint | ACUTE DECOMPENSATED HEART FAILURE | ACUTE DECOMPENSATED HEART FAILURE | Hospitalization for Heart Failure | No | No | 04 FEB 2025 | 05 FEB 2025 | 2 | CTCAE | No | No | No | No | Conf |
| 9 | 6610930209 | Potential Endpoint | STROKE-LIKE SYMPTOMS | STROKE-LIKE SYMPTOMS | Hospitalization for Heart Failure | No | No | 24 FEB 2025 | 27 FEB 2025 | 1 | CTCAE | No | No | No | No | Conf |

Click Here for Customer Support Information

Medidata Classic Rave® 2023.1.1
Copyright © 1999-2023 Medidata Solutions, Inc.

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | Potential Endpoint | SYNCOPE & COLLAPSE | SYNCOPE & COLLAPSE | Hospitalization for Heart Failure | No | No | 16 FEB 2025 | 18 FEB 2025 | 1 | CTCAE | No | No | No | No | Conf |

Medidata Classic Rave® 2023.1.1
Copyright © 1999-2023 Medidata Solutions, Inc.

medidata

Page: **Protocol Deviations**

| # | Description of the Protocol Deviation | Date of Deviation |
|---|---|---|
| 1 | The subjects 2-year Breast-Q was administered 12 days out of window and was completed by mail rather than at the office visit. | 18 Nov 2019 dd MMM yyyy |
| 2 | subject did attempt to complete 5-year MRI but was unable to fit in scanner. | 01 Nov 2022 dd MMM yyyy |
| 3 | Missed 7-year MRI | 03 Mar 2025 dd MMM yyyy |

**Description of the Protocol Deviation**

? Please record this PD on the PD Log, and have the PI initial and date this form.
Opened To Site from CRA (04 Mar 2025)

done

Add a new Log line Inactivate

Printable Version View PDF Icon Key

CRF Version 12039 - Page Generated: 06 Jun 2025 08:11:48 Eastern Daylight Time

Save Cancel

Click Here for Customer Support Information

Medidata Classic Rave® 2023.1.1
Copyright © 1999-2023 Medidata Solutions, Inc.



medidata RAVE

Subject: 1134

Page: **Protocol Deviations**

| # | Description of the Protocol Deviation | Date of Deviation |
|---|---|---|
| 1 | The patient did not show up for her 1-year follow-up visit on 10/09/2018, therefore this was considered a missed visit. | 11 Oct 2018 dd MMM yyyy |

**Description of the Protocol Deviation**

? Please remove the special characters "" from description of protocol deviation.
Opened To Site from DM (30 Apr 2025)

updated

| # | Description of the Protocol Deviation | Date of Deviation |
|---|---|---|
| 2 | COVID-19-related: 3-year MRI completed 69 days out of window. | 26 Feb 2021 dd MMM yyyy |
| 3 | ~~Follow-up visit report (page 23) of the 3-year source completed out of window.~~ | ~~01 Feb 2021~~ dd MMM yyyy |
| 4 | Patient completed 3-year Breast-Questionnaire via mail at home outside of visit window. | 05 Jun 2021 dd MMM yyyy |
| 5 | The patient rescheduled her 4-year visit twice and did not show up to scheduled time on 11/02/2021, therefore this was considered a "missed visit". | 02 Nov 2021 dd MMM yyyy |

Add a new Log line Inactivate Reactivate

Printable Version View PDF Icon Key

CRF Version 12039 - Page Generated: 06 Jun 2025 08:11:40 Eastern Daylight Time

Save Cancel

Click Here for Customer Support Information

Medidata Classic Rave® 2023.1.1
Copyright © 1999-2023 Medidata Solutions, Inc.

medidata

Home Logout

Subject: 1153

Page: **Protocol Deviations**

| # | Description of the Protocol Deviation | Date of Deviation |
|---|---|---|
| 1 | Adverse Event of Asymmetry entered in RAVE on 08MAY2019, which is greater than two weeks after the report date of site awareness. | 08 May 2019 dd MMM yyyy |
| 2 | The patient cancelled her 2-year follow-up study visit twice, and was unable to reschedule within the visit window. | 26 Sep 2019 dd MMM yyyy |
| 3 | The subject's 3-year Breast-Questionnaire was completed via mail rather than at the office visit. | 26 Oct 2020 dd MMM yyyy |
| 4 | More than 2 weeks elapsed between initial entry date in the eCRF and the reported date of awareness for AE#8. | 29 Aug 2024 dd MMM yyyy |

Add a new Log line Inactivate

Printable Version View PDF Icon Key

Save Cancel

CRF Version 12039 - Page Generated: 06 Jun 2025 08:12:06 Eastern Daylight Time

Click Here for Customer Support Information

Medidata Classic Rave® 2023.1.1
Copyright © 1999-2023 Medidata Solutions, Inc.

medidata

Page: **Protocol Deviations**

| # | Description of the Protocol Deviation | Date of Deviation |
|---|---|---|
| 1 | 7-year MRI completed 32 days outside of window | 26 Feb 2025 dd MMM yyyy |
| 2 | 7-year visit completed 32 days outside of window | 10 Mar 2025 dd MMM yyyy |

Add a new Log line Inactivate

Printable Version View PDF Icon Key

Save Cancel

CRF Version 12039 - Page Generated: 06 Jun 2025 08:12:15 Eastern Daylight Time

Click Here for Customer Support Information

Medidata Classic Rave® 2023.1.1
Copyright © 1999-2023 Medidata Solutions, Inc.

medidata

Page: **Protocol Deviations**

| # | Description of the Protocol Deviation | Date of Deviation |
|---|---|---|
| 1 | Late reporting of adverse event item log #10 - more than 2 weeks from awareness date to date of CRF entry | 04 May 2022 dd MMM yyyy |
| 2 | Late reporting of adverse event item log #16 - more than 2 weeks from awareness date to date of CRF entry | 12 Jun 2024 dd MMM yyyy |
| 3 | Late reporting of adverse event item log #17 - more than 2 weeks from awareness date to date of CRF entry | 12 Jun 2024 dd MMM yyyy |
| 4 | Entry Error 7-year Visit completed outside | 02 Apr 2025 dd MMM yyyy |

**Description of the Protocol Deviation**

? Please include how many days out of window.
Opened To Site from DM (04 Apr 2025)

Add a new Log line Inactivate

Printable Version View PDF Icon Key

Save Cancel

CRF Version 12039 - Page Generated: 06 Jun 2025 08:13:07 Eastern Daylight Time

Click Here for Customer Support Information

Medidata Classic Rave® 2023.1.1
Copyright © 1999-2023 Medidata Solutions, Inc.

medidata

Page: **Protocol Deviations**

| # | Description of the Protocol Deviation | Date of Deviation |
|---|---|---|
| 1 | Late entry of adverse event - data entered into CRF more than 2 weeks from date of awareness for AE line# 3 | 01 Apr 2022 dd MMM yyyy |

Add a new Log line Inactivate

I have reviewed the data entries for all pages contained in this case record and have determined that they are complete, accurate, and compatible with the source documents. All entries were made by myself or a person under my direct supervision. - Steven Schmidt Md (spschmidt1) 25 Jul 2022 10:30:25 Eastern Daylight Time

Printable Version View PDF Icon Key

Save Cancel

CRF Version 12039 - Page Generated: 06 Jun 2025 08:13:37 Eastern Daylight Time

Click Here for Customer Support Information

Medidata Classic Rave® 2023.1.1
Copyright © 1999-2023 Medidata Solutions, Inc.

Page: **Protocol Deviations**

| # | Description of the Protocol Deviation | Date of Deviation |
|---|---|---|
| ~~1~~ | ~~Source documents misplaced following 2-year visit.~~ | ~~04 Jun 2020~~ dd MMM yyyy |
| 2 | Late AE entry of contour deformity - adverse event log #15 | 08 Jun 2022 dd MMM yyyy |
| 3 | Visit 5 was out of window (late) by 7 days. | 15 Aug 2023 dd MMM yyyy |
| 4 | Missed year 6 visit, no patient response | 08 Aug 2024 dd MMM yyyy |

Add a new Log line Inactivate Reactivate

Printable Version View PDF Icon Key

Save Cancel

CRF Version 12039 - Page Generated: 06 Jun 2025 08:13:54 Eastern Daylight Time

Click Here for Customer Support Information

Medidata Classic Rave® 2023.1.1
Copyright © 1999-2023 Medidata Solutions, Inc.

medidata

Page: **Protocol Deviations**

| # | Description of the Protocol Deviation | Date of Deviation |
|---|---|---|
| 1 | Adverse event of Patient Dissatisfaction with Appearance reported in RAVE on 21JUN2019, which was greater than two weeks after reported awareness date. | 21 Jun 2019 dd MMM yyyy |
| ~~2~~ | ~~Source documents misplaced following 2-year visit.~~ | ~~04 Jun 2020~~ dd MMM yyyy |
| 3 | 5-year visit out of window by over 2.5 months | 16 Nov 2023 dd MMM yyyy |
| 4 | Late completion of 5 Year MRI, completed 4 months outside of window | 09 Nov 2023 dd MMM yyyy |

Add a new Log line Inactivate Reactivate

Printable Version View PDF Icon Key

Save Cancel

CRF Version 12039 - Page Generated: 06 Jun 2025 08:14:05 Eastern Daylight Time

Click Here for Customer Support Information

Medidata Classic Rave® 2023.1.1
Copyright © 1999-2023 Medidata Solutions, Inc.

medidata
RAVE

Subject:

Page: **Protocol Deviations**

| # | Description of the Protocol Deviation | Date of Deviation |
|---|---|---|
| 1 | Patient did not complete questions 10a- 10e of 2-year Breast-Questionnaire. | 04 Jun 2020 dd MMM yyyy |
| 2 | ~~Source documents misplaced following 2-year visit.~~ | ~~04 Jun 2020~~ dd MMM yyyy |
| 3 | Patient does not meet eligibility criteria (exclusion #5) - patient had a misdiagnosis of lupus - should have been psoriatic arthritis. | 10 Apr 2018 dd MMM yyyy |
| 4 | Late AE Reporting - more than two weeks from date of awareness and entry of event-AE logline #10 | 28 Jun 2023 dd MMM yyyy |
| 5 | Late AE reporting - more than two weeks from date of awareness to date of CRF entry for AE logline #12 | 06 Jul 2023 dd MMM yyyy |
| 6 | Questions 10a-e on 3-year visit bot completed on breast questionnaire | 04 Jun 2020 dd MMM yyyy |

**Description of the Protocol Deviation**

? For PDs on Lines 6 and 7, please have the PI initial and date the PD Worksheet form in the subject's source binder.
Opened To Site from CRA (04 Mar 2025)

will be sending a docusign

| # | Description of the Protocol Deviation | Date of Deviation |
|---|---|---|
| 7 | Questions 10a-e on 5-year visit not completed on breast questionnaire | 04 Jun 2020 dd MMM yyyy |

Add a new Log line Inactivate Reactivate

Printable Version View PDF Icon Key

Save Cancel

CRF Version 12039 - Page Generated: 06 Jun 2025 08:14:13 Eastern Daylight Time

Click Here for Customer Support Information

Medidata Classic Rave® 2023.1.1
Copyright © 1999-2023 Medidata Solutions, Inc.

medidata RAVE

Subject: 1304

Page: Protocol Deviations

| # | Description of the Protocol Deviation | Date of Deviation |
|---|---|---|
| 1 | Initial consent and baseline visit activities were completed on 25APR2018. Due to surgery date of 31MAY2018, she was reconsented prior to surgery on 31MAY2018 to stay within the 30-day window. Baseline visit activities were not completed again on this date. | 25 Apr 2018 dd MMM yyyy |
| ~~2~~ | ~~Source documents misplaced following 2-year visit.~~ | ~~02 Jun 2020~~ dd MMM yyyy |

Add a new Log line Inactivate Reactivate

I have reviewed the data entries for all pages contained in this case record and have determined that they are complete, accurate, and compatible with the source documents. All entries were made by myself or a person under my direct supervision. - Steven Schmidt Md (spschmidt1) 19 Jul 2022 12:39:37 Eastern Daylight Time

Printable Version View PDF Icon Key

Save Cancel

CRF Version 12039 - Page Generated: 06 Jun 2025 08:14:32 Eastern Daylight Time

Click Here for Customer Support Information

Medidata Classic Rave® 2023.1.1
Copyright © 1999-2023 Medidata Solutions, Inc.

medidata
RAVE

Subject: 1319

Page: **Protocol Deviations**

| # | Description of the Protocol Deviation | Date of Deviation |
|---|---|---|
| 1 | Subject's 10-week follow-up visit took place 5 days after visit window ended, on 8/29/2018. | 29 Aug 2018 dd MMM yyyy |
| 2 | Patient completed 1-year Post-Operative Breast Questionnaire at home. | 25 Apr 2019 dd MMM yyyy |
| 3 | The subject did not complete her 3-year MRI due to loss of job/insurance. | 21 Sep 2021 dd MMM yyyy |
| 4 | Patient declined to come in for 3-year visit due to loss of job and health insurance. | 21 Sep 2021 dd MMM yyyy |
| 5 | Missed 4-year visit (subject not able to do onsite visits this year) | 21 Jul 2022 dd MMM yyyy |

Add a new Log line Inactivate

Printable Version View PDF Icon Key

CRF Version 12039 - Page Generated: 06 Jun 2025 08:14:45 Eastern Daylight Time

Save Cancel

Click Here for Customer Support Information

Medidata Classic Rave® 2023.1.1
Copyright © 1999-2023 Medidata Solutions, Inc.

medidata RAVE

Subject: 1328

Page: **Protocol Deviations**

| # | Description of the Protocol Deviation | Date of Deviation |
|---|---|---|
| 1 | A 930cc implant (Serial Number: 7317082-042) was used as a sizer during the procedure at Kettering Medical Center on 6/15/2018. Operating Room staff states they accidentally threw away the implant. Todd Thiele notified on 6/18/2018. | 15 Jun 2018 dd MMM yyyy |
| ~~2~~ | ~~Adverse Event of forearm pain reported to monitor and clinical team lead for sponsor on 6/18/2018. Event reported in RAVE on 08/09/2018.~~ | ~~09 Aug 2018~~ dd MMM yyyy |
| 3 | Patient declined to come in for 3-year visit due to loss of job and health insurance. | 05 Oct 2021 dd MMM yyyy |
| 4 | The subject did not complete her 3-year MRI due to loss of job/insurance. | 05 Oct 2021 dd MMM yyyy |
| ~~5~~ | ~~Late entry of adverse event - more than 2 weeks between awareness date of AE#1 and entry into the CRF.~~ | ~~20 Apr 2022~~ dd MMM yyyy |
| 6 | Missed 5-year MRI assessment due to not being able to get on the table | 10 Jul 2023 dd MMM yyyy |

Add a new Log line Inactivate Reactivate

Printable Version View PDF Icon Key

CRF Version 12039 - Page Generated: 06 Jun 2025 08:14:55 Eastern Daylight Time

Save Cancel

Click Here for Customer Support Information

Medidata Classic Rave® 2023.1.1
Copyright © 1999-2023 Medidata Solutions, Inc.

Page: **Protocol Deviations**

| # | Description of the Protocol Deviation | Date of Deviation |
|---|---|---|
| 1 | PI completed capsular contracture assessment outside 10-week window. Patient was seen 3 weeks and 6 days in office. All other details were collected 27-SEP-2018, just inside study window. | 02 Aug 2018 dd MMM yyyy |
| 2 | Covid-19 related, 2 yr Breast Questionnaire completed out of window by 52 days. | 14 Sep 2020 dd MMM yyyy |
| 3 | 3-year clinic visit completed two days outside of study window. | 28 Oct 2021 dd MMM yyyy |
| 4 | Late reporting of AE blurred vision | 01 Aug 2022 dd MMM yyyy |
| 5 | Subject did not answer questions 10a-e of the Breast questionnaire on their 3-year visit | 19 Jan 2019 dd MMM yyyy |

Add a new Log line Inactivate

Printable Version View PDF Icon Key

Save Cancel

CRF Version 12039 - Page Generated: 06 Jun 2025 08:15:15 Eastern Daylight Time

Click Here for Customer Support Information

Medidata Classic Rave® 2023.1.1
Copyright © 1999-2023 Medidata Solutions, Inc.

medidata
RAVE

Page: **Protocol Deviations**

| # | Description of the Protocol Deviation | Date of Deviation |
|---|---|---|
| 1 | The subject's 1-year Breast-Q was completed by email rather than at the office visit. | 17 Sep 2019 dd MMM yyyy |
| 2 | COVID-19-related, remote visit: Patient's 2-year visit conducted remotely | 21 Oct 2020 dd MMM yyyy |
| 3 | The subject was unable to complete her 3-year MRI due to issues fitting in the scanner. | 16 Jul 2021 dd MMM yyyy |
| 4 | COVID-19 related missed capsular contractor at 2 year visit | 21 Oct 2020 dd MMM yyyy |
| 5 | COVID-19 related missed investigator satisfaction at 2 year visit | 21 Oct 2020 dd MMM yyyy |
| 6 | Subject missed 5-year Mri due to having moved to NM | 22 Dec 2023 dd MMM yyyy |
| 7 | Subject missed 5-year Visit due to having moved to NM | 22 Dec 2023 dd MMM yyyy |
| 8 | Subject missed 6-year visit due to living out of state. Not returning to Ohio this year. | 06 Aug 2024 dd MMM yyyy |

Add a new Log line Inactivate

Printable Version View PDF Icon Key

CRF Version 12039 - Page Generated: 06 Jun 2025 08:15:26 Eastern Daylight Time

Save Cancel

Click Here for Customer Support Information

Medidata Classic Rave® 2023.1.1
Copyright © 1999-2023 Medidata Solutions, Inc.

Page: **Protocol Deviations**

| # | Description of the Protocol Deviation | Date of Deviation |
|---|---|---|
| 1 | Patient did not complete Breast Questionnaire at 3-year clinic visit. | 24 Nov 2021 dd MMM yyyy |
| 2 | Missed reconsenting at 3 year visit for ICF V4.0. CRC missed visit and was unable to schedule for research portion within timeframe. | 24 Nov 2021 dd MMM yyyy |

Add a new Log line Inactivate

I have reviewed the data entries for all pages contained in this case record and have determined that they are complete, accurate, and compatible with the source documents. All entries were made by myself or a person under my direct supervision. - Steven Schmidt Md (spschmidt1) 19 Jul 2022 12:44:23 Eastern Daylight Time

Printable Version View PDF Icon Key

Save Cancel

CRF Version 12039 - Page Generated: 06 Jun 2025 08:15:45 Eastern Daylight Time

Click Here for Customer Support Information

Medidata Classic Rave® 2023.1.1
Copyright © 1999-2023 Medidata Solutions, Inc.

Case: 3:25-cv-00273-JLG-CHG Doc #: 12-8 Filed: 08/24/25 Page: 29 of 29 PAGEID #: 504

medidata RAVE

Medidata Messages My Profile Help Home Logout

User: Lucy Mekonnen (Clinical Research Coordinator)

MEN-15-001 | 731 - Schmidt | 1410 | Protocol Deviations

- 1410
- Baseline
- Operative (1)
- 10 Week Post-Operati (1)
- 1 Year Post-Operative
- 2 Year Post-Operative
- 3 Year Post-Operative
- 4 Year Post-Operative
- 5 Year Post-Operative
- 6 Year Post-Operative
- 7 Year Post-Operative
- 8 Year Post-Operative
- 9 Year Post-Operative
- 10 Year Post-Operative Early Discontinuation
- Rheumatology Signs a Symptoms (1)
- Baseline and Concomi Medications
- Adverse Events
- Protocol Deviations
- Concomitant Non-Brea Surgeries log
- Study Discontinuation

CRF History
- 1410 - Protocol Deviations
- 1418 - Protocol Deviations
- 1366 - Protocol Deviations

Subject: 1410

Page: Protocol Deviations

| # | Description of the Protocol Deviation | Date of Deviation |
|---|---|---|
| 1 | ~~Adverse event of 'Other (Elevated Rheumatoid factor)' reported in RAVE on 24FEB2020, which was greater than two weeks after reported awareness date.~~ | ~~24 Feb 2020~~ dd MMM yyyy |
| 2 | Patient did not respond to questions 1a 1p on 2-year post operative Breast Questionnaire. | 30 Nov 2020 dd MMM yyyy |

**Description of the Protocol Deviation**

? Please remove the special characters " – " after 1a and before 1p from description of protocol deviation.
Opened To Site from DM (30 Apr 2025)

completed

| # | Description of the Protocol Deviation | Date of Deviation |
|---|---|---|
| 3 | 5 Year MRI was completed 12 days before the visit window opened - which was 30Jul2023 | 18 Jul 2023 dd MMM yyyy |

Add a new Log line Inactivate Reactivate

Printable Version View PDF Icon Key

CRF Version 12039 - Page Generated: 06 Jun 2025 08:17:21 Eastern Daylight Time

Save Cancel

Click Here for Customer Support Information

Medidata Classic Rave® 2023.1.1
Copyright © 1999-2023 Medidata Solutions, Inc.