# EXHIBIT X

Mary T. Scott, Esq.
Trinity Law, LLC
7710 Reading Rd., Suite 102
Cincinnati, Ohio 45237
(513) 953-2499
mtfoster@trinitylawllc.com

July 28, 2025

VIA CERTIFIED MAIL, EMAIL, AND HAND DELIVERY
Kettering Health
Attn: Legal Department & Executive Leadership
Kettering Health Main Campus
3535 Southern Blvd.
Kettering, Ohio 45429

RE: Legal Demand – Criminal and Regulatory Compliance Violations, Civil Rights Abuses, HIPAA Breaches, Patient Endangerment, and Institutional Liability (Sandra Collier)

To the Executive Leadership and Legal Team:

Please be advised that this firm, Trinity Law, LLC, represents Sandra Collier, former System Director of Innovation, Research, and Grants at Kettering Health (KH). Ms. Collier, a 54-year-old African-American woman and current oncology patient of KH, experienced retaliatory termination following her discovery and reporting of substantial and repeated regulatory compliance violations within your KH hospital system and Clinical Research Department. This correspondence outlines the specific criminal, regulatory, civil, and ethical breaches committed and/or facilitated by key personnel at Kettering Health.

## I. CRIMINAL | CIVIL CONDUCT BY IDENTIFIED PERSONNEL

The following individuals participated in and/or enabled criminal misconduct and retaliation:

- Mike Gentry, Chief Executive Officer: Conspired to hide Fraud and regulatory compliance violations committed in the conduct of clinical research at KH and committed retaliation against Ms. Collier by discussing/approving her termination.

- Daniel Wolcott, President of Acute Care: Conspired to hide Fraud and regulatory compliance violations committed in the conduct of clinical research at KH and committed retaliation against Ms. Collier by discussing/approving her termination.

- Dr. Brian Schwartz, Executive Director Cardiology Line/ Principal Investigator (PI): Conspired to hide Fraud committed in the conduct of clinical research at KH, failed to maintain proper PI oversight, impeded audit efforts, impeded the implementation of QA/QC guardrails, permitted unqualified staff to conduct clinical research tasks, signed non-compliant submissions, and committed retaliation against Ms. Collier by discussing/approving her termination.

- Dr. Franklin Handel, Cardiology Principal Investigator (PI): Conspired to hide fraud committed in the conduct of clinical research at KH, failed to maintain proper PI oversight, instructed unqualified staff to perform clinical research tasks, impeded audit efforts, impeded the implementation of QA/QC guardrails, retaliated against Ms. Collier by discussing/approving her termination, and failed to properly disclose conflicts of interest (COI).

- Dr. Albert Bonnema, Chief Medical Officer of Innovation: Suppressed regulatory reform efforts, enabled falsification of oversight records, impeded audit efforts, blocked the implementation of QA/QC guardrails, participated in the discussion and dissemination of Ms. Collier's PHI and HIPAA breach, conspired to hide fraud in the KH clinical research department (IRG), and retaliated against Ms. Collier by discussing/approving her termination.

- Mary Connolly, PhD, System Director of Innovation, Research, and Grants (IRG): Participated in the discussion and dissemination of Ms. Collier's PHI, participated in the HIPAA breach, suppressed regulatory reform efforts, enabled falsification of oversight records, impeded audit efforts, blocked the implementation of QA/QC guardrails, continued coordination with PIs despite knowing about compliance lapses, conspired to hide fraud in the KH clinical research department (IRG), and retaliated against Ms. Collier by discussing/approving her termination.

- Audrey Mondock, Corporate Compliance Officer: Failed to report known regulatory violations to the appropriate agencies, coordinated with PIs despite awareness of compliance issues, suppressed regulatory reform efforts, impeded internal audits, enabled falsification of oversight records, blocked QA/QC guardrails, conspired to hide fraud in the KH clinical research department (IRG), and retaliated against Ms. Collier by approving her termination.

- Kenneth Chaij, Executive Director, Network Oncology Service Line: Overlooked violations of Ms. Collier's protected health information (PHI) and the HIPAA violation, conspired to hide the HIPAA violation, and retaliated against Ms. Collier by discussing/approving her termination.

- Tricia Tobe, RN, Clinical Director, Network Oncology: Overlooked violations of Ms. Collier's PHI and HIPAA, conspired to hide the HIPAA violation, and retaliated against Ms. Collier by discussing/approving her termination.

- Rebekah Tyre, RN, Oncology Nurse Manager: Initiated the HIPAA Violation against Ms. Collier, disseminated Ms. Collier's PHI, colluded to commit slander against Ms. Collier, and unnecessarily accessed Ms. Collier's EPIC files.

- Andrea Molina, CRC / IRG Operations Manager: Initiated/conspired in the discussion and dissemination of Ms. Collier's PHI, colluded in the HIPAA violation against Ms. Collier, overlooked unqualified staff performing prohibited tasks, falsified/misrepresented clinical research documentation, suppressed regulatory compliance reform efforts, enabled falsification of oversight records, impeded audit efforts, blocked the implementation of QA/QC guardrails, continued coordination with PIs despite knowing about regulatory compliance violations, conspired to hide fraud in the KH clinical

research department (IRG), initiated retaliatory actions against Ms. Collier and committed conspiracy by participating in discussions supporting her termination.

• Chris Seger, MS, Lead Clinical Research Coordinator: Initiated/Conspired to commit fraud in the conduct of clinical research, conspired in the discussion and dissemination of Ms. Collier's PHI, colluded in the HIPAA violation against Ms. Collier, slandered Ms. Collier, conducted clinical research tasks without proper delegation and training, overlooked unauthorized staff performing prohibited tasks, falsified/misrepresented documentation, suppressed regulatory compliance reform efforts, falsified oversight records, impeded audit efforts, blocked the implementation of QA/QC guardrails, continued coordination with PIs despite knowing about regulatory compliance violations, conspired to hide fraud in the KH clinical research department (IRG), initiated retaliatory actions against Ms. Collier and committed conspiracy by participating in discussions supporting her termination.

• Leslie Flores, MS, Clinical Research Coordinator: Conspired to commit fraud in the conduct of clinical research, conspired in the discussion and dissemination of Ms. Collier's PHI, colluded in the HIPAA violation against Ms. Collier, slandered Ms. Collier, conducted clinical research tasks without proper delegation and training, overlooked unauthorized staff performing prohibited tasks, falsified/misrepresented documentation, suppressed regulatory compliance reform efforts, falsified oversight records, impeded audit efforts, blocked the implementation of QA/QC guardrails, continued coordination with PIs despite knowing about regulatory compliance violations, conspired to hide fraud in the KH clinical research department (IRG), participated in retaliatory actions against Ms. Collier and committed conspiracy by participating in discussions supporting her termination.

• Allison Dymacek, RN Clinical Nurse Coordinator/Clinical Research Regulatory Manager: Conspired to commit fraud in the conduct of clinical research, conspired in the discussion and dissemination of Ms. Collier's PHI, colluded in the HIPAA violation against Ms. Collier, slandered Ms. Collier, overlooked unauthorized staff performing prohibited tasks, falsified/misrepresented documentation, suppressed regulatory compliance reform efforts, falsified oversight records, impeded audit efforts, blocked the implementation of QA/QC guardrails, continued coordination with PIs despite knowing about regulatory compliance violations, conspired to hide fraud in the KH clinical research department (IRG), initiated retaliatory actions against Ms. Collier and committed conspiracy by participating in discussions supporting her termination.

APPLICABLE STATUTES AND PENALTIES:

Based upon the conduct as mentioned above, in addition to the regulatory violations that the hospital may face, the following is the list of criminal statutes that are directly implicated and are applicable to the individuals mentioned above and the possible penalties that may be imposed:

• 18 U.S.C. 1 § 1001 (False Statements): Up to 5 years imprisonment; $250,000 (individual) or $500,000 (institution).

• 18 U.S.C. 1 § 1343 (Wire Fraud): Up to 20 years imprisonment per instance of falsified electronic data transmission.

- 18 U.S.C. 1 § 371 (Conspiracy): Criminal penalties for coordinated efforts to obstruct federal oversight —up to 5 years.

- 18 U.S.C. 1 § 1962 (Racketeer Influenced and Corrupt Organizations Act): If predicate acts (e.g., fraud,  tampering) form a pattern, treble damages, forfeiture, and up to 20 years imprisonment may apply.

- 18 U.S.C. § 1513 (Racketeer Influenced and Corrupt Organizations Act): (e) Whoever knowingly, with the intent to retaliate, takes any action harmful to any person, including interference with the lawful employment or livelihood of any person, for providing to a law enforcement officer any truthful information relating to the commission or possible commission of any Federal offense, shall be fined under this title or imprisoned not more than 10 years, or both.

These violations are not isolated errors but part of a corporate-wide conspiracy to misrepresent clinical research data, collusion to commit and conceal fraud, deflect internal scrutiny, and an organized action to interfere with the livelihood of Ms. Collier.

## II. HIPAA VIOLATIONS AND PATIENT PRIVACY BREACH

Kettering Health suffered a significant HIPAA data breach in May 2025 involving the protected health information (PHI) of over 730,000 individuals. Despite legal obligations under 45 C.F.R. § 164.404 and  Ohio Revised Code § 1349.19, your administration failed to notify in writing the affected individuals of the breach.  This breach, compounded by outdated and noncompliant software, jeopardized patient trust and safety.

In addition to the hospital-wide data breach in May 2025, Ms. Tyre and Ms. Molina unlawfully disseminated Ms. Collier's PHI, maliciously sullied her reputation, and exposed her to undue ridicule, thereby creating a hostile work environment.

### APPLICABLE STATUTES AND PENALTIES:

- 45 C.F.R. §§ 160.404: Civil penalties range from $100 to $50,000 per violation; annual cap of $1.5  million per category.

- ORC § 3798.04: Imposes civil penalties for delayed or improper breach notification.

- 18 U.S.C. § 1030 (Unauthorized Access to Protected Systems): If personal devices or outdated software were used to improperly access research or PHI data, potential federal criminal liability applies.

- FDA 21CFR Part11§: Digital Record Keeping requirements

## III. CIVIL RIGHTS VIOLATIONS AND WORKPLACE DISCRIMINATION

Ms. Collier, an African American woman over the age of 50 and a current Oncology patient of Kettering Health Hospital, was retaliated against for reporting regulatory compliance violations and seeking to improve corporate regulatory compliance. Following her protected disclosures, she was subjected to:

- ■ Character defamation to sponsors and colleagues,

- ■ Exclusion from critical meetings,
- ■ Refusal to issue her PHI log-in/access details and full EPIC record,
- ■ Complete halt of her departmental oversight authority, and
- ■ Termination of employment.

APPLICABLE CIVIL STATUTES:

- Title VII, 42 U.S.C. § 2000e (race and gender discrimination)

- Americans with Disabilities Act (ADA), 42 U.S.C. § 12112

- Age Discrimination in Employment Act (ADEA), 29 U.S.C. § 623

- ORC § 4112.02 (Ohio civil rights protections)

These violations justify monetary compensation, equitable remedies, and punitive damages in excess of seven figures, particularly given her role as a senior executive with direct impact on institutional compliance.

IV. INSTITUTIONAL EXPOSURE AND CONTRACTUAL RISK

Kettering Health's revenue exceeds $1.1 billion, with tens of millions of dollars derived from pharmaceutical research, grant funding, and sponsor relationships. Your institution currently contracts with high-profile entities including Amgen, Pfizer, Merck, Novartis, Janssen, Boston Scientific, and Medtronic. These sponsors rely on accurate data reporting, GDP, and ICH-GCP-compliant infrastructure.

BASED ON EVIDENCE IN OUR POSSESSION:

- PIs filed fraudulent Conflict of Interest reports (COI),

- Unauthorized medical staff administered drug/investigational product (IP),

- Unqualified staff conducted medical procedures and assessments,

- Departmental Regulatory documents are non-compliant,

- Departmental Standard Operating Procedures(SOPs) remain outdated,

- Departmental digital record-keeping remains non-compliant, violating 1997 requirements,

- Key trial clinical trial data were fabricated, lost, or misreported.

This exposes the organization to:

- FDA clinical hold orders,

- Sponsor/CRO contract termination,

- Mandated Sponsor/CRO audits and clawbacks,

- Reputational and stockholder liability for data contamination.

## V. SETTLEMENT AND PUBLIC DISCLOSURE

While we intend to negotiate in good faith, our initial demand begins in the high eight-figure range, given the gravitas of this situation. Understanding that should this information become public knowledge, be reported to the regulatory agencies, Sponsors /CRO's, and media outlets, the amount that Ms. Collier will ultimately accept pales in comparison to the financial consequences the hospital will suffer from fines, statutory penalties, sanctions and legal expenses to defend the plethora of lawsuits that are sure to come from business partners, Sponsors/CROs, regulatory agencies, and patients. Not to mention the operational liability, loss of licensures, loss of funding, and the imposition of criminal penalties that will likely be imposed once this information becomes public.

Regardless of the monetary compensation required and owed to Ms. Collier, our ultimate goal is accountability and protection for the public. As a result, a proper resolution will necessarily include your commitment and assurance of future compliance and your renewed dedication to patient care and safety.

Therefore, you are hereby given ***five (5) business days from the date of this letter*** to respond with your intent to engage in meaningful settlement discussions. Should you fail to respond within that timeframe, we will proceed without further notice by immediately notifying the list of regulatory agencies, sponsors, and CROs (attached hereto as Exhibit B) of your egregious conduct. In addition, we will immediately issue a Press Release to national and local media outlets (attached hereto as Exhibit E) to disclose the serious violations outlined above publicly.

To be clear, absent resolution, we are prepared to provide specific notice and cooperate fully with the following:

REGULATORY AGENCIES

• Office of Inspector General (HHS-OIG)

• US Environmental Protection Agency (EPA)

• U.S. Food and Drug Administration (FDA)

• European Medicines Agency (EMA)

• The Consumer Product Safety Commission (CPSC)

• Medicines and Healthcare products Regulatory Agency (MHRA)

• National Institute of Health (NIH)

• Pharmaceuticals and Medical Devices Agency (PMDA

• Central Drugs Standard Control Organization (CDSCO)

• United States Department of Veterans Affairs Medicines and Healthcare Products Regulatory Agency

• Institutional Review Boards: ADVARRA, WCG, National Cancer Institute IRB

• State Medical Board of Ohio

• Ohio Board of Nursing

• American Medical Association

Ohio Civil Rights Commission (OCRC) and Equal Employment Opportunity Commission (EEOC)

We will file formal complaints with the EEOC and/or OCRC to secure Ms. Collier's private right to sue Kettering Health directly for the discriminatory and retaliatory treatment she was subjected to as an African American woman of color, over the age of 50, with a known disability. Specifically, we will seek statutory, compensatory, and punitive damages under Title VII, 42 U.S.C. § 2000e (race and gender discrimination), Americans with Disabilities Act (ADA), 42 U.S.C. § 1211, Age Discrimination in Employment Act (ADEA), 29 U.S.C. § 623 and ORC § 4112.02 (Ohio civil rights protections) and any/all civil tort remedies available at law and equity to compensate Ms. Collier for damages.

News outlets

We have prepared and enclosed a Press Release to be disseminated to the following:
NBC, ABC, CBS, CNN, The New York Times, The Washington Post, STAT News, Reuters, The Associated Press, and National Public Radio (NPR). (see attached Exhibit E).

We urge you to take this matter seriously. Ms. Collier has nothing further to lose. The hospital, however, does. We await your expedient response.

Respectfully,

Mary T. Scott, Esq.
Counsel for Sandra Collier

Attachments:
Exhibit A – Sponsor Letters  (Partial List)
Exhibit B – Evidence Summary and Breach Declaration
Exhibit C – HIPAA Violation Analysis
Exhibit D – Draft Press Release and Media Contact List

**Sponsor & CRO Notification Letters – Kettering Health Violations**

## Letter to Amgen Inc.

Amgen Inc.
One Amgen Center Drive, Thousand Oaks, CA 91320-1799
ATTN: Compliance Department

July 27, 2025

RE: URGENT NOTICE – Patient Safety, Research Misconduct & Integrity Concerns at Kettering Health, Ohio

Dear Compliance Department,

This correspondence serves as formal notification of serious regulatory compliance violations, research misconduct, and patient safety concerns identified at Kettering Health, Ohio. These findings arise from whistleblower disclosures by Sandra Collier, the former System Director of Research, Innovation, and Grants, and raise immediate concerns over the validity and regulatory compliance of historical and ongoing research conducted at or in affiliation with Kettering Health (KH).

Given the breadth of misconduct—ranging from falsified records, unqualified personnel performing clinical procedures, noncompliance with FDA, GDP, ICH-GCP, and IRB standards, to failures in adverse event reporting—we urge your organization to:

- Immediately notify your Legal and Compliance Departments
- Conduct audits of all research partnerships or data involving Kettering Health
- Contact federal regulators or oversight bodies as appropriate to assess and preserve your regulatory standing

A formal press release summarizing the public health and regulatory implications of these violations is enclosed with this letter. You are strongly encouraged to review and assess whether your organization's research interests may be affected.

We are available for further documentation, timelines, and evidence summaries as appropriate to your review. Please direct any formal inquiries to the contact below.

Sincerely,

Mary T. Scott, Esq.
Counsel for Sandra Collier
mtfoster@trinitylawllc.com | (513) 953-2499

## Letter to Pfizer Inc.

Pfizer Inc.
235 East 42nd Street, New York, NY 10017
ATTN: Global Clinical Trials Oversight

July 28, 2025

RE: URGENT NOTICE – Patient Safety, Research Misconduct & Integrity Concerns at Kettering Health, Ohio

Dear Global Clinical Trials Oversight,

This correspondence serves as formal notification of serious regulatory compliance violations, research misconduct, and patient safety concerns identified at Kettering Health, Ohio. These findings arise from whistleblower disclosures by Sandra Collier, the former System Director of Research, Innovation, and Grants, and raise immediate concerns over the validity and regulatory compliance of historical and ongoing research conducted at or affiliated with Kettering Health, Ohio.

Given the breadth of misconduct—ranging from falsified records, unqualified personnel performing clinical procedures, noncompliance with FDA, GDP, ICH-GCP, and IRB standards, to failures in adverse event reporting—we urge your organization to:

- Immediately notify your Legal and Compliance Departments
- Conduct internal audits of all research partnerships or data involving Kettering Health
- Contact federal regulators or oversight bodies as appropriate to assess and preserve your regulatory standing

A formal press release summarizing the public health and regulatory implications of these violations is enclosed with this letter. You are strongly encouraged to review and assess whether your organization's research interests may be affected.

We are available for further documentation, timelines, and evidence summaries as appropriate to your review. Please direct any formal inquiries to the contact below.

Sincerely,

Mary T. Scott, Esq.
Counsel for Sandra Collier
mtfoster@trinitylawllc.com | (513) 953-2499

### Letter to Merck & Co., Inc.

Merck & Co., Inc.
2000 Galloping Hill Road, Kenilworth, NJ 07033
ATTN: Research Integrity & Compliance

July 27, 2025

RE: URGENT NOTICE – Patient Safety, Research Misconduct & Integrity Concerns at Kettering Health, Ohio

Dear Research Integrity & Compliance,

This correspondence serves as formal notification of serious regulatory compliance violations, research misconduct, and patient safety concerns identified at Kettering Health, Ohio. These findings arise from whistleblower disclosures by Sandra Collier, the former System Director of Research, Innovation, and Grants, and raise immediate concerns over the validity and regulatory compliance of historical and ongoing research conducted at or affiliated with the institution.

Given the breadth of misconduct—ranging from falsified records, unqualified personnel performing clinical procedures, noncompliance with FDA, GDP, ICH-GCP, and IRB standards, to failure in adverse event reporting—we urge your organization to:

- Immediately notify your Legal and Compliance Departments
- Conduct internal audits of all research partnerships or data involving Kettering Health
- Contact federal regulators or oversight bodies as appropriate to assess and preserve your regulatory standing

A formal press release summarizing the public health and regulatory implications of these violations is enclosed with this letter. You are strongly encouraged to review and assess whether your organization's research interests may be affected.

We are available for further documentation, timelines, and evidence summaries as appropriate to your review. Please direct any formal inquiries to the contact below.

Sincerely,

Mary T. Scott, Esq.
Counsel for Sandra Collier
mtfoster@trinitylawllc.com | (513) 953-2499

## Letter to Regeneron Pharmaceuticals

Regeneron Pharmaceuticals
777 Old Saw Mill River Road, Tarrytown, NY 10591
ATTN: Clinical Trials Compliance

July 27, 2025

RE: URGENT NOTICE – Patient Safety, Research Misconduct & Integrity Concerns at Kettering Health, Ohio

Dear Clinical Trials Compliance,

This correspondence serves as formal notification of serious regulatory compliance violations, research misconduct, and patient safety concerns identified at Kettering Health, Ohio. These findings arise from whistleblower disclosures by Sandra Collier, the former System Director of Research, Innovation, and Grants, and raise immediate concerns over the validity and regulatory compliance of any ongoing or past research conducted at or affiliated with the institution.

Given the breadth of misconduct—ranging from falsified records, unqualified personnel performing clinical procedures, noncompliance with FDA, GDP, ICH-GCP, and IRB standards, to failure in adverse event reporting—we urge your organization to:

- Immediately notify your Legal and Compliance Departments
- Conduct internal audits of all research partnerships or data involving Kettering Health
- Contact federal regulators or oversight bodies as appropriate to assess and preserve your regulatory standing

A formal press release summarizing the public health and regulatory implications of these violations is enclosed with this letter. You are strongly encouraged to review and assess whether your organization's research interests may be affected.

We are available for further documentation, timelines, and evidence summaries as appropriate to your review. Please direct any formal inquiries to the contact below.

Sincerely,

Mary T. Scott, Esq.
Counsel for Sandra Collier
mtfoster@trinitylawllc.com | (513) 953-2499

## Letter to Boston Scientific Corporation

Boston Scientific Corporation
300 Boston Scientific Way, Marlborough, MA 01752
ATTN: Clinical Affairs Department

July 27, 2025

RE: URGENT NOTICE – Patient Safety, Research Misconduct & Integrity Concerns at Kettering Health, Ohio

Dear Clinical Affairs Department,

This correspondence serves as formal notification of serious regulatory compliance violations, research misconduct, and patient safety concerns identified at Kettering Health, Ohio. These findings arise from whistleblower disclosures by Sandra Collier, the former System Director of Research, Innovation, and Grants, and raise immediate concerns over the validity and regulatory compliance of historical and ongoing research conducted at or affiliated with the institution.

Given the breadth of misconduct—ranging from falsified records, unqualified personnel performing clinical procedures, noncompliance with FDA, GDP, ICH-GCP, and IRB standards, to failure in adverse event reporting—we urge your organization to:

- Immediately notify your Legal and Compliance Departments
- Conduct internal audits of all research partnerships or data involving Kettering Health
- Contact federal regulators or oversight bodies as appropriate to assess and preserve your regulatory standing

A formal press release summarizing the public health and regulatory implications of these violations is enclosed with this letter. You are strongly encouraged to review and assess whether your organization's research interests may be affected.

We are available for further documentation, timelines, and evidence summaries as appropriate to your review. Please direct any formal inquiries to the contact below.

Sincerely,

Mary T. Scott, Esq.
Counsel for Sandra Collier
mtfoster@trinitylawllc.com | (513) 953-2499

## Letter to Medtronic plc

Medtronic plc
710 Medtronic Parkway, Minneapolis, MN 55432
ATTN: Global Clinical Operations


July 28, 2025

RE: URGENT NOTICE – Patient Safety, Research Misconduct & Integrity Concerns at
Kettering Health, Ohio


Dear Global Clinical Operations,

This correspondence serves as formal notification of serious regulatory compliance
violations, research misconduct, and patient safety concerns identified at Kettering Health,
Ohio. These findings arise from whistleblower disclosures by Sandra Collier, the former
System Director of Research, Innovation, and Grants, and raise immediate concerns over the
validity and regulatory compliance of historical and ongoing research conducted at or
affiliated with the institution.

Given the breadth of misconduct—ranging from falsified records, unqualified personnel
performing clinical procedures, noncompliance with FDA, GDP, ICH-GCP, and IRB standards,
to failure in adverse event reporting—we urge your organization to:

- Immediately notify your Legal and Compliance Departments
- Conduct internal audits of all research partnerships or data involving Kettering Health
- Contact federal regulators or oversight bodies as appropriate to assess and preserve your
regulatory standing

A formal press release summarizing the public health and regulatory implications of these
violations is enclosed with this letter. You are strongly encouraged to review and assess
whether your organization's research interests may be affected.

We are available for further documentation, timelines, and evidence summaries as
appropriate to your review. Please direct any formal inquiries to the contact below.

Sincerely,

Mary T. Scott, Esq.
Counsel for Sandra Collier
mtfoster@trinitylawllc.com | (513) 953-2499

## Letter to Janssen Pharmaceuticals

Janssen Pharmaceuticals
1125 Trenton-Harbourton Road, Titusville, NJ 08560
ATTN: Research Compliance

July 27, 2025

RE: URGENT NOTICE – Patient Safety, Research Misconduct & Integrity Concerns at Kettering Health, Ohio

Dear Research Compliance,

This correspondence serves as formal notification of serious regulatory compliance violations, research misconduct, and patient safety concerns identified at Kettering Health, Ohio. These findings arise from whistleblower disclosures by Sandra Collier, the former System Director of Research, Innovation, and Grants, and raise immediate concerns over the validity and regulatory compliance of historical and ongoing research conducted at or affiliated with the institution.

Given the breadth of misconduct—ranging from falsified records, unqualified personnel performing clinical procedures, noncompliance with FDA, GDP, ICH-GCP, and IRB standards, to failures in adverse event reporting—we urge your organization to:

- Immediately notify your Legal and Compliance Departments
- Conduct internal audits of all research partnerships or data involving Kettering Health
- Contact federal regulators or oversight bodies as appropriate to assess and preserve your regulatory standing

A formal press release summarizing the public health and regulatory implications of these violations is enclosed with this letter. You are strongly encouraged to review and assess whether your organization's research interests may be affected.

We are available for further documentation, timelines, and evidence summaries as appropriate to your review. Please direct any formal inquiries to the contact below.

Sincerely,

Mary T. Scott, Esq.
Counsel for Sandra Collier
mtfoster@trinitylawllc.com | (513) 953-2499

## Letter to 10X Genomics

10X Genomics
6230 Stoneridge Mall Road, Pleasanton, CA 94588
ATTN: Research Oversight Unit

July 28, 2025

RE: URGENT NOTICE – Patient Safety, Research Misconduct & Integrity Concerns at Kettering Health, Ohio

Dear Research Oversight Unit,

This correspondence serves as formal notification of serious regulatory compliance violations, research misconduct, and patient safety concerns identified at Kettering Health, Ohio. These findings arise from whistleblower disclosures by Sandra Collier, the former System Director of Research, Innovation, and Grants, and raise immediate concerns over the validity and regulatory compliance of historical and ongoing research conducted at or affiliated with the institution.

Given the breadth of misconduct—ranging from falsified records, unqualified personnel performing clinical procedures, noncompliance with FDA, GDP, ICH-GCP, and IRB standards, to failures in adverse event reporting—we urge your organization to:

- Immediately notify your Legal and Compliance Departments
- Conduct internal audits of all research partnerships or data involving Kettering Health
- Contact federal regulators or oversight bodies as appropriate to assess and preserve your regulatory standing

A formal press release summarizing the public health and regulatory implications of these violations is enclosed with this letter. You are strongly encouraged to review and assess whether your organization's research interests may be affected.

We are available to provide further documentation, timelines, and evidence summaries as needed for your review. Please direct any formal inquiries to the contact below.

Sincerely,
Mary T. Scott, Esq.
Counsel for Sandra Collier
mtfoster@trinitylawllc.com | (513) 953-2499

## Letter to Asko Health

Asko Health
1050 Winter Street, Suite 1000, Waltham, MA 02451
ATTN: Clinical Trials Group

July 28, 2025

RE: URGENT NOTICE – Patient Safety, Research Misconduct & Integrity Concerns at Kettering Health, Ohio

Dear Clinical Trials Group,

This correspondence serves as formal notification of serious regulatory compliance violations, research misconduct, and patient safety concerns identified at Kettering Health, Ohio. These findings arise from whistleblower disclosures by Sandra Collier, the former System Director of Research, Innovation, and Grants, and raise immediate concerns over the validity and regulatory compliance of historical and ongoing research conducted at or affiliated with the institution.

Given the breadth of misconduct—ranging from falsified records, unqualified personnel performing clinical procedures, noncompliance with FDA, GDP, ICH-GCP, and IRB standards, to failure in adverse event reporting—we urge your organization to:

- Immediately notify your Legal and Compliance Departments
- Conduct internal audits of all research partnerships or data involving Kettering Health
- Contact federal regulators or oversight bodies as appropriate to assess and preserve your regulatory standing

A formal press release summarizing the public health and regulatory implications of these violations is enclosed with this letter. You are strongly encouraged to review and assess whether your organization's research interests may be affected.

We are available for further documentation, timelines, and evidence summaries as appropriate to your review. Please direct any formal inquiries to the contact below.

Sincerely,
Mary T. Scott, Esq.
Counsel for Sandra Collier
mtfoster@trinitylawllc.com | (513) 953-2499

## Letter to MT Group

MT Group
525 Junction Road, Madison, WI 53717
ATTN: Clinical Operations Office

July 28, 2025

RE: URGENT NOTICE – Patient Safety, Research Misconduct & Integrity Concerns at Kettering Health, Ohio

Dear Clinical Operations Office,

This correspondence serves as formal notification of serious regulatory compliance violations, research misconduct, and patient safety concerns identified at Kettering Health, Ohio. These findings arise from whistleblower disclosures by Sandra Collier, the former System Director of Research, Innovation, and Grants, and raise immediate concerns over the validity and regulatory compliance of historical and ongoing research conducted at or affiliated with the institution.

Given the breadth of misconduct—ranging from falsified records, unqualified personnel performing clinical procedures, noncompliance with FDA, GDP, ICH-GCP, and IRB standards, to failures in adverse event reporting—we urge your organization to:

- Immediately notify your Legal and Compliance Departments
- Conduct internal audits of all research partnerships or data involving Kettering Health
- Contact federal regulators or oversight bodies as appropriate to assess and preserve your regulatory standing

A formal press release summarizing the public health and regulatory implications of these violations is enclosed with this letter. You are strongly encouraged to review and assess whether your organization's research interests may be affected.

We are available for further documentation, timelines, and evidence summaries as appropriate to your review. Please direct any formal inquiries to the contact below.

Sincerely,

Mary T. Scott, Esq.
Counsel for Sandra Collier
mtfoster@trinitylawllc.com | (513) 953-2499

## Letter to Novartis Pharmaceuticals

Novartis Pharmaceuticals
One Health Plaza, East Hanover, NJ 07936
ATTN: Global Clinical Compliance

July 28, 2025

RE: URGENT NOTICE – Patient Safety, Research Misconduct & Integrity Concerns at Kettering Health, Ohio

Dear Global Clinical Compliance,

This correspondence serves as formal notification of serious regulatory compliance violations, research misconduct, and patient safety concerns identified at Kettering Health, Ohio. These findings arise from whistleblower disclosures by Sandra Collier, the former System Director of Research, Innovation, and Grants, and raise immediate concerns over the validity and regulatory compliance of historical and ongoing research conducted at or affiliated with the institution.

Given the breadth of misconduct—ranging from falsified records, unqualified personnel performing clinical procedures, noncompliance with FDA, GDP, ICH-GCP, and IRB standards, to failures in adverse event reporting—we urge your organization to:

- Immediately notify your Legal and Compliance Departments
- Conduct internal audits of all research partnerships or data involving Kettering Health
- Contact federal regulators or oversight bodies as appropriate to assess and preserve your regulatory standing

A formal press release summarizing the public health and regulatory implications of these violations is enclosed with this letter. You are strongly encouraged to review and assess whether your organization's research interests may be affected.

We are available for further documentation, timelines, and evidence summaries as appropriate to your review. Please direct any formal inquiries to the contact below.

Sincerely,

Mary T. Scott, Esq.
Counsel for Sandra Collier
mtfoster@trinitylawllc.com | (513) 953-2499

## Letter to Argo Biomedical

Argo Biomedical
8200 Greensboro Drive, Suite 900, McLean, VA 22102
ATTN: Regulatory Oversight

July 28, 2025

RE: URGENT NOTICE – Patient Safety, Research Misconduct & Integrity Concerns at
Kettering Health, Ohio

Dear Regulatory Oversight,

This correspondence serves as formal notification of serious regulatory compliance
violations, research misconduct, and patient safety concerns identified at Kettering Health,
Ohio. These findings arise from whistleblower disclosures by Sandra Collier, the former
System Director of Research, Innovation, and Grants, and raise immediate concerns over the
validity and regulatory compliance of historical and ongoing research conducted at or
affiliated with the institution.

Given the breadth of misconduct—ranging from falsified records, unqualified personnel
performing clinical procedures, noncompliance with FDA, GDP, ICH-GCP, and IRB standards,
to failures in adverse event reporting—we urge your organization to:

- Immediately notify your Legal and Compliance Departments
- Conduct internal audits of all research partnerships or data involving Kettering Health
- Contact federal regulators or oversight bodies as appropriate to assess and preserve your
regulatory standing

A formal press release summarizing the public health and regulatory implications of these
violations is enclosed with this letter. You are strongly encouraged to review and assess
whether your organization's research interests may be affected.

We are available for further documentation, timelines, and evidence summaries as
appropriate to your review. Please direct any formal inquiries to the contact below.

Sincerely,

Mary T. Scott, Esq.
Counsel for Sandra Collier
mtfoster@trinitylawllc.com | (513) 953-2499

## Exhibit B – Evidence Summary and Breach Declaration

This exhibit provides a structured overview of the primary evidence supporting claims of regulatory noncompliance, breach of research protocols, HIPAA violations, and compromised patient safety within Kettering Health's Oncology Service Line and IRG. This summary is drawn from firsthand documentation, internal communications, whistleblower declarations, and direct observations of misconduct. This exhibit also serves as a preliminary breach declaration under applicable federal and state laws governing patient privacy and research integrity.

### 1. Categories of Evidence Collected

- • Internal emails and meeting notes between research staff, principal investigators (PIs), and administrators describing unreported protocol deviations.

- • Screenshots of unauthorized access to whistleblower Sandra Collier's personal medical records in violation of HIPAA.

- • Recordings and transcripts of meetings with hospital executives and compliance officers discussing noncompliance and refusal to act.

- • Whistleblower's compliance plans, submitted to administration before retaliatory termination.

- • Redacted patient logs reflecting incomplete AE/SAE and SUSAR documentation.

- • Checklists and audit logs showing unqualified staff conducted regulated medical tasks (e.g., blood draws, injections).

- • Evidence of illegal use of PI research credentials in data review and data capture.

- • Unencrypted communications used to transmit protected health information (PHI) and protocol-sensitive data.

### 2. Breach Declaration Summary

The evidence supports a finding that Kettering Health and associated personnel engaged in repeated conduct constituting a breach under the HIPAA Privacy Rule (45 CFR §164.400 et seq.) and other federal research oversight protocols. The following conditions are met, constituting reportable violations:

- • The impermissible access and disclosure of PHI without authorization, including employee retaliation.

- • Lack of mitigation and failure to notify affected patients within the required 60-day notification window (45 CFR §164.404).

- • Absence of risk assessment or documentation required to evaluate the likelihood of compromise (45 CFR §164.402).

- • Improper supervision and delegation of medical research tasks without physician oversight (21 CFR §312.53 & §312.60).

### 3. Legal and Regulatory Implications

The totality of evidence demonstrates violations that may trigger enforcement by the Department of Health and Human Services, the Office for Civil Rights (OCR), the Food and Drug Administration (FDA), and state medical boards. This includes potential civil monetary penalties, criminal liability, and sponsor decertification for compromised studies. These violations may also support private causes of action under state tort laws.

### 4. Whistleblower Integrity Statement

Sandra Collier, former System Director of Innovation, Research, and Grants, submitted all documentation in good faith and in accordance with federal and state whistleblower protection statutes. She made reasonable efforts to internally resolve these breaches before escalating to external oversight.

## Exhibit C – HIPAA Violation Analysis

This exhibit provides a comprehensive analysis of the potential HIPAA violations identified within the Oncology Service Line and Innovation, Research, and Grants (IRG) department at Kettering Health. The violations involve unauthorized access, disclosure of protected health information (PHI), failure to conduct proper audits, and systemic noncompliance with the privacy and security rules as defined under federal law. This report references applicable statutes under HIPAA, the Health Information Technology for Economic and Clinical Health (HITECH) Act, and other supporting legal authorities.

### 1. Summary of Violations

- • Unauthorized access and viewing of PHI, including the medical records of whistleblower Sandra Collier.

- • Disclosure of PHI to non-treatment team staff and external third parties without a valid HIPAA-compliant authorization.

- • Improper storage, access, and transmission of sensitive data from personal devices and non-encrypted platforms.

- • Absence of documented internal audits or technical safeguards to track unauthorized PHI access (as required under 45 CFR §164.312).

- • Systemic culture of disregard for privacy and retaliation against individuals asserting HIPAA protections.

### 2. Legal Framework

HIPAA is codified under 42 U.S.C. §1320d et seq. and implemented through regulations at 45 CFR Parts 160 and 164. The relevant provisions applicable to the described conduct include:

- • 45 CFR §164.502 – General rules on use and disclosure of protected health information.

- • 45 CFR §164.308 – Administrative safeguards for electronic PHI (ePHI).

- • 45 CFR §164.312 – Technical safeguards including access controls and audit controls.

- • 45 CFR §164.530 – Policies and procedures; documentation requirements, including non-retaliation clause.

- • 42 U.S.C. §1320d-5 – Civil penalties for HIPAA violations.

- • 42 U.S.C. §1320d-6 – Criminal penalties for wrongful disclosure of individually identifiable health information.

- • HITECH Act – Enhanced enforcement under the American Recovery and Reinvestment Act (ARRA) of 2009.

### 3. Relevant Case Law

Acosta v. Byrum, 180 F. Supp. 3d 278 (E.D.N.C. 2016) – Recognized HIPAA violations can support a cause of action under state negligence theories when used to define standard of care.

Doe v. Guthrie Clinic, Ltd., 22 N.Y.3d 480 (2014) – Employer held liable for employee's unauthorized access to PHI despite HIPAA not providing a private right of action.

In re Univ. of Mississippi Medical Center, HHS OCR Resolution Agreement (2016) – Lack of physical safeguards and unreported device theft resulted in $2.75M settlement with HHS OCR.

### 4. Potential Causes of Action

While HIPAA does not provide a private right of action, violations may serve as the basis for liability under:

- • Negligent breach of confidentiality

- • Invasion of privacy

- • Negligent hiring/supervision

- • Intentional infliction of emotional distress

- • Retaliation in violation of 45 CFR §164.530(g)

- • Violation of the Whistleblower Protection Act

### 5. Conclusion

The nature and scope of HIPAA violations at Kettering Health suggest systemic disregard for patient confidentiality and regulatory obligations. These infractions warrant review by federal and state oversight agencies, and further expose the organization and named individuals to regulatory penalties, civil liability, and criminal prosecution where applicable.

**FOR IMMEDIATE RELEASE**

Contact:
Mary T. Scott, Esq.
7710 Reading Rd., Suite 102
Cincinnati, OH 45237
Phone: (513) 953-2499
Email: mtfoster@trinitylawllc.com

**Whistleblower Exposes Widespread Regulatory Compliance Violations and Patient Safety Concerns at Kettering Health: Public and Sponsors Urged to Act**

Contact:
Mary T. Scott, Esq.
Phone: (513) 953-2499
Email: mtfoster@trinitylawllc.com

WHISTLEBLOWER EXPOSES WIDESPREAD CLINICAL RESEARCH/ REGULATORY COMPLIANCE VIOLATIONS AND PATIENT SAFETY CONCERNS AT KETTERING HEALTH: PUBLIC AND SPONSORS URGED TO ACT

DAYTON, OHIO | JULY 28, 2025 -- A former System Director for Innovation, Research, and Grants at Kettering Health has come forward with detailed evidence exposing serious and ongoing regulatory compliance violations, HIPAA privacy law violations, and federal compliance mandates--jeopardizing patient safety and the integrity of national and international medical research.

Ms. Sandra Lee Collier, a 54-year-old African American executive and current oncology patient, was terminated after reporting violations that, according to legal documentation and corroborating evidence,  including non-compliant digital communication systems, patient safety violations, fabricated clinical trial data, HIPAA breaches, falsified oversight records, unqualified staff performing clinical procedures, and systemic suppression of regulatory reform efforts.

The allegations raise serious concerns about the integrity of ongoing research involving multiple pharmaceutical and medical device companies historically and currently partnered with Kettering Health, including but not limited to:

- Amgen
- Pfizer
- Merck
- Novartis
- Janssen (J&J)
- Boston Scientific
- Medtronic

- 10x Genomics
- Tellix
- Regeneron
- Argo
- Asko
- MT Group

Amgen is currently one of the companies conducting active clinical research studies in partnership with Kettering Health. While Amgen is not accused of any wrongdoing in this matter, the company is simultaneously involved in unrelated high-profile litigation (Regeneron Pharmaceuticals Inc. v. Amgen Inc., D. Del.., Case No. 1:22-cv-00697) where it is seeking to overturn a $407 million antitrust verdict. The ongoing legal scrutiny emphasizes the importance of regulatory compliance and reputational vigilance for any sponsor currently affiliated with institutions under federal inquiry.

The following Kettering Health executives, administrators, and research staff have been identified in connection with these alleged violations, which include HIPAA violations, racketeering, retaliation, obstruction of audits, falsification of records, unauthorized access to patient health data, and retaliation against a federally protected whistleblower:

- Mike Gentry, CEO
- Daniel Wolcott, President of Acute Care
- Dr. Brian Schwartz, Cardiology Service Line Director, Principal Investigator
- Dr. Franklin Handel, Cardiologist, Principal Investigator
- Dr. Albert Bonnema, Chief Medical Officer- Innovation
- Mary Connolly, PhD, System Director of Innovation, Research & Grants (IRG)
- Audrey Mondock, Corporate Compliance Officer
- Kenneth Chaij, Oncology Service Line Director
- Tricia Tobe, RN, Director of Oncology Nursing
- Andrea Molina, Clinical Research Coordinator (CRC)/ IRG Manager
- Chris Seger, MS, Lead Clinical Research Coordinator
- Leslie Flores, MS, Clinical Research Coordinator
- Allison Dymacek, RN, Clinical Research Regulatory Manager
- Rebekah Tyre, RN, Oncology Nurse Manager

These individuals may face criminal prosecution under multiple federal statutes, including:
- 18 U.S.C. § 1001 - False Statements
- 18 U.S.C. § 1343 - Wire Fraud
- 18 U.S.C. § 371 - Conspiracy to Defraud the United States
- 18 U.S.C. § 1962 - Racketeer Influenced and Corrupt Organizations Act (RICO)
- 18 U.S.C. § 1513 - Retaliation Against a Witness
- 18 U.S.C. § 1030 - Computer Fraud and Abuse Act

Each carries significant criminal and civil penalties, including prison terms of up to 20 years, forfeiture, and institutional fines of up to $500,000 per person & per violation.

In addition to falsified research and staff retaliation, Kettering Health experienced a HIPAA breach in May 2025 affecting over 730,000 patients, with failures to properly notify impacted individuals as required by law. Despite longstanding mandates, the institution continues using outdated digital systems that do not meet FDA 21 CFR Part 11 compliance standards for electronic records.

These failures could result in:
- Regulatory hold orders and federal sanctions
- Termination of sponsor contracts and clinical research funding
- Mandatory data re-audits and possible product recalls
- Severe reputational damage and shareholder impact

All clinical research sponsors, CROs, trial participants, and regulatory partners should initiate independent investigations of any active or historic trials connected to Kettering Health. The scope of misconduct reported suggests systemic breakdowns with serious implications for trial outcomes, patient safety, and data reliability.

Regulatory agencies receiving direct notification include:
- U.S. Food and Drug Administration (FDA)
- Office of Inspector General (HHS-OIG)
- Office for Civil Rights (OCR)
- European Medicines Agency (EMA)
- National Institutes of Health (NIH)
- Medicines and Healthcare Products Regulatory Agency (UK)
- Institutional Review Boards: ADVARRA, WCG, NCI IRB
- PMDA (Japan), CDSCO (India)
- Ohio Medical and Nursing Boards
- U.S. Department of Veterans Affairs

**This statement is issued as a formal public safety alert.** The matter has been reported to regulatory agencies, and the allegations are supported by verified evidence. Sponsors and the public are urged to take immediate action to protect patients' safety, audit and validate research reporting, and ensure regulatory compliance.

For inquiries related to regulatory matters or coordination, please contact:

Mary T. Scott, Esq.
Trinity Law, LLC
Phone: (513) 953-2499
Email: mtfoster@trinitylawllc.com

*This public alert is based on verified documentation and legal findings as of the date of issuance. It does not constitute a government or regulatory statement and should not be construed as a determination of liability against any third party. The matter remains under active review.*

## Comprehensive Regulatory Agency Notification List

Below is a detailed list of all regulatory agencies receiving formal notification letters regarding violations and compliance breaches involving Kettering Health's research operations. Each agency is provided a tailored letter reflecting their oversight scope, with supporting exhibits and press materials attached.

### U.S. Food and Drug Administration (FDA)

Office: Office of Scientific Investigations, Center for Drug Evaluation and Research

Address: 10903 New Hampshire Avenue, Silver Spring, MD 20993

Email: clinicaltrialconduct@fda.hhs.gov

### U.S. Department of Health & Human Services - Office for Civil Rights (OCR)

Office: HIPAA Complaint Division

Address: 200 Independence Avenue, S.W., Washington, D.C. 20201

Email: OCRMail@hhs.gov

### HHS Office of Inspector General (OIG)

Office: Office of Investigations

Address: 330 Independence Avenue SW, Washington, D.C. 20201

Email: tips@oig.hhs.gov

### European Medicines Agency (EMA)

Office: Clinical Trials Unit

Address: Domenico Scarlattilaan 6, 1083 HS Amsterdam, The Netherlands

Email: clinical.trials@ema.europa.eu

### National Institutes of Health (NIH)

Office: Office of Extramural Research, Division of Human Subjects Research

Address: 6705 Rockledge Drive, Bethesda, MD 20892

Email: OER-HSR@od.nih.gov

### Medicines and Healthcare Products Regulatory Agency (MHRA) – UK

Office: Clinical Investigations and Trials

Address: 10 South Colonnade, Canary Wharf, London E14 4PU, UK

Email: info@mhra.gov.uk

### PMDA – Japan (Pharmaceuticals and Medical Devices Agency)

Office: Office of Clinical Trials Coordination and Review

Address: Shin-Kasumigaseki Building, 3-3-2, Kasumigaseki, Chiyoda-ku, Tokyo 100-0013, Japan

Email: info@pmda.go.jp

### CDSCO – India (Central Drugs Standard Control Organization)

Office: Directorate General of Health Services, Ministry of Health & Family Welfare

Address: FDA Bhawan, Kotla Road, New Delhi – 110002, India

Email: dcgi@nic.in

### U.S. Department of Veterans Affairs

Office: Office of Research Oversight

Address: 810 Vermont Ave., NW (10R), Washington, DC 20420

Email: VHACOORDO@va.gov

### Ohio Medical Board

Office: State Medical Board of Ohio

Address: 30 East Broad Street, 3rd Floor, Columbus, OH 43215

Email: med.board@med.ohio.gov

### Ohio Board of Nursing

Office: Complaints & Compliance Division

Address: 17 S. High Street, Suite 400, Columbus, OH 43215

Email: compliance@nursing.ohio.gov

### ADVARRA IRB

Office: Human Research Protection Office

Address: 6100 Merriweather Drive, Suite 600, Columbia, MD 21044

Email: compliance@advarra.com

### WCG IRB (Western Institutional Review Board)

Office: Human Research Protection Program

Address: 1019 39th Avenue SE, Suite 120, Puyallup, WA 98374

Email: clientservices@wcgirb.com

### National Cancer Institute IRB (NCI IRB)

Office: Office of Human Subjects Research Protections

Address: 9609 Medical Center Drive, Rockville, MD 20850

Email: NCIIRB@mail.nih.gov