IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KETTERING ADVENTIST HEALTHCARE

d/b/a KETTERING HEALTH NETWORK,

                    Plaintiff,

        vs.                              CASE NO. 3:25-cv-273

SANDRA COLLIER and MARY T. SCOTT,

                    Defendants.

                TRANSCRIPT OF PROCEEDINGS

                  TELEPHONE CONFERENCE

PRESIDING:  THE HONORABLE WALTER H. RICE

DATE:  Wednesday, October 1, 2025

APPEARANCES:

For the Plaintiff:

By:  James G. Petrie, Esq.
     Chris Page McGinnis, Esq.
     Epstein, Becker & Green, PC
     250 West Street
     Suite 300
     Columbus, Ohio  43215
     (614) 872-2420
     jpetrie@ebglaw.com
     cpagemcginnis@ebglaw.com

For the Defendant Mary T. Scott:

By:  Mary T. Scott, Esq.
     7710 Reading Road
     Suite 102
     Cincinnati, Ohio  45237
     (513) 953-2499
     mtfoster@trinitylawllc.com

For the Defendant Sandra Collier:

By:  (Pro se.)

For the EBG Third-Party Defendants:

By:  Jonathan Brollier, Esq.
     Epstein, Becker & Green, PC
     250 West Street
     Suite 300
     Columbus, Ohio  43215
     (614) 872-2412
     jbrollier@ebglaw.com

Also Present:

     Bethany Russell, Courtroom Deputy Clerk
     Daniel Wiest, Law Clerk
     James Smerbeck, Law Clerk

Court Reporter:  Caryl L. Blevins, RPR, CRR
                 Walter H. Rice Federal Building
                 U.S. Courthouse
                 200 W. Second Street
                 Dayton, Ohio  45402
                 (937) 512-1511
                 caryl_blevins@ohsd.uscourts.gov

Proceedings recorded by mechanical stenography, transcript

produced by computer.

Wednesday, October 1, 2025

10:32 a.m.

(Proceedings had telephonically.)

THE COURT: Well, good morning, all. I apologize for my unavailability at 10:00. I got hung up in a -- a doctor's office, and at any rate, my apologies. This is C3-25-273, Kettering Adventist Healthcare versus Collier and others.

For the Plaintiff, James Petrie and Chris Page McGinnis; for the Defendant Mary Scott, representing herself; and Sandra Collier, who is at this point pro se. Representing the third-party Defendants, Jonathan Brollier.

Ms. Collier, tell me about your success in finding counsel.

MS. COLLIER: Good morning, Your Honor. I met this morning with Attorney Anthony VanNoy and a second attorney. I'm actually still in Mr. VanNoy's office right now.

It was a very productive meeting, and the attorneys are giving our case a hard review. They kind of chuckled and said whoa as they started printing out pleadings trying to catch up. So I am out here aggressively seeking counsel. Thank you, Your Honor.

THE COURT: Thank you, Ms. Collier. Tell me, if you would, who is the other attorney with whom you met?

MS. COLLIER: Am I allowed to say it? Could you ask --

THE COURT: Yes, you're allowed to say it.

MS. COLLIER: Okay. Jason Matthews.

THE COURT: All right. Is he with Mr. VanNoy or is he in a separate office?

MS. COLLIER: He has a separate office.

THE COURT: Oh.

MS. COLLIER: And then this afternoon I'm meeting with Stephen Imm or Imm, I M M.

THE COURT: Okay. When do you feel --

MS. COLLIER: That's --

THE COURT: I didn't mean to interrupt. Please go ahead, ma'am.

MS. COLLIER: No, I apologize. Go ahead.

THE COURT: Okay. When do you feel any one or more of these three might give you an answer?

MS. COLLIER: He said in the next week or so, so I'm guessing, I'd say two weeks, to be on the safe side.

THE COURT: All right. I'm thinking out loud for a moment, so just give me a minute.

Beth, are you on the phone?

COURTROOM DEPUTY CLERK: I am.

THE COURT: How do I look Friday afternoon about 4:00?

COURTROOM DEPUTY CLERK:  Friday, October 3rd?

THE COURT:  Yes, ma'am.

COURTROOM DEPUTY CLERK:  You are open.

THE COURT:  Okay.  Mr. Petrie, Mr. McGinnis, are you available at 4:00?

MR. PETRIE:  Yes, Your Honor.  October 3rd at 4:00, yes.

THE COURT:  All right.  Was this you, Jim?

MR. PETRIE:  Yes.  I'm sorry.

THE COURT:  That's all right.  And your colleague, Mr. McGinnis, are you free?

MR. MCGINNIS:  I am, Your Honor.

THE COURT:  Ms. Scott?

MS. SCOTT:  Yes, Your Honor, I'm available.

THE COURT:  And Ms. Collier?

MS. COLLIER:  Yes, I'm available.  Thank you.

THE COURT:  And Mr. Brollier?

MR. BROLLIER:  Yes, Your Honor.  Thank you.

THE COURT:  All right.  Now, Ms. Collier, I understand that it's difficult to retain an attorney on short notice, particularly a case like this, which has generated a great deal of paper, pleadings, and where the fact pattern is not yet developed, but I am not going to move forward in any respect out of fairness to you.

And I don't believe you fully grasp what I'm

saying, and you're a highly intelligent person but not an attorney, so I don't expect you to fully grasp my meaning, but I am not going to move forward until you have counsel, and respectfully, two weeks is about 10 days longer than I want to wait.

Ms. Scott, you filed a courtesy bench brief.  I appreciate your efforts.  It was helpful, but --

MS. SCOTT:  Yes, Your Honor.

THE COURT:  -- you cannot file it, as it appears to have been done, on behalf of Ms. Collier because, respectfully, you no longer represent her.

MS. SCOTT:  Your Honor, I -- yes, sir.

THE COURT:  Go ahead, Ms. Scott.

MS. SCOTT:  I didn't mean to interrupt.

THE COURT:  No, please go ahead.

MS. SCOTT:  That -- we -- I was not doing so in representing her.  We had discussed if she is in agreement, and we are -- it should say pro se at the bottom.  We're doing it as a joint pro se motion.

I -- we -- I didn't know how -- any other way to do it because she can't file anything electronically yet, and she wanted to let the Court know her -- know the fact that she has, you know -- is in agreement with that.  We are just trying to move this case forward, both of us representing ourselves.

THE COURT:  All right.  It does say that Ms. Collier is pro se, but Ms. Scott, if I were ever in legal difficulty, I'd be honored to have you represent me or give me advice, but you're not in a position to discuss this matter or to give advice to Ms. Collier at this point.

MS. SCOTT:  Well --

THE COURT:  We don't have to go to the mat on this because I've said what I had to say.  I will talk to you Friday at 4:00, all of you, and if you have an -- let me withdraw that.

If you have an attorney engaged or considering becoming engaged, I'd very much like him or her on the phone with you, Ms. Collier.

Mr. Petrie --

MS. COLLIER:  Okay.  Thank you.

THE COURT:  You're very welcome.

Mr. Petrie, not a whole lot to talk about at this point, but is there anything that you'd like to -- to say?

MR. PETRIE:  Well, Your Honor, we -- I wanted to notify the Court that we did file a motion for clarification of the standstill agreement -- I would be happy to talk about it now, but you might not have had an opportunity to look at it -- regarding our -- our ability to -- to lock down confidential information and trade secrets from nonparties to this litigation, at least nonparties yet.

You know, under the trade secret laws, we -- in order to prosecute those claims, we have to take steps like sending cease and desist letters to nonparties that we become aware that they have the information that was sent by Ms. Collier to them.

THE COURT:  All right.

MR. PETRIE:  And so what we're -- what we're asking in that motion is that we clarify that the status quo relates to the preliminary injunction claims and not to our ability to seek to either voluntarily get a -- an agreement with Miss Vanessa Lefebvre and her LLC, and if that doesn't work, to join her and her company and Ms. Collier's company, Total Wellness Research, LLC.

THE COURT:  I hear you, Mr. Petrie.  Your assumption is correct, I have not had a chance to see it.  I certainly will, depending upon Ms. Collier's representation status, be prepared to discuss it on Friday.

Mr. Brollier, anything --

MR. PETRIE:  Thank you.

THE COURT:  -- that you wish to discuss, sir?

MR. PETRIE:  Your Honor, I was hoping for a little clarification regarding the mediation that you envision. You --

THE COURT:  Is this Mr. Petrie or Mr. Brollier?

MR. PETRIE:  Yes, this is still -- this is still

Mr. Petrie.

THE COURT: All right, Mr. Petrie. Go ahead.

MR. PETRIE: You asked us to reach out to our client --

THE COURT: About mediation.

MR. PETRIE: -- about mediation, right, and I first wanted to get some clarity. Are you talking about -- are you talking about a mediation that would envision all third parties and Ms. Scott and Ms. Collier's counterclaims or is this a mediation regarding the -- the preliminary injunction claims by Kettering, which are the misappropriation, breach of confidential information, and tortious interference with contract claims?

THE COURT: The whole ball of wax, sir.

MR. PETRIE: Okay. All right. Well, we have spoken with Kettering, and they are interested in mediation. Their concern is that -- as I sort of previewed with the motion to clarify, is that we believe it would be premature without key stakeholders, and that -- that would be Miss Vanessa Lefebvre, her -- her company, which is called VMLG, and Total Wellness Research, LLC, as those -- those individuals have the confidential -- have confidential and trade secret information, and without them being a party to that mediation, there can't be a full resolution, in Kettering's mind, because we would just be locking down

Miss Collier's agreement, hopefully, to not -- to return the information and to not use it for -- in violation of her agreement.

THE COURT: I understand your --

MS. COLLIER: Your Honor -- I'm sorry.

THE COURT: I understand your position, sir, and depending on Ms. Collier's representation status, I promise you, we'll talk about this on Friday.

Mr. Brollier, anything you wish to add?

MR. PETRIE: Thank you.

MR. BROLLIER: Nothing further at this time, Your Honor.

THE COURT: All right. You all take care. Stay safe. I'll talk to you Friday.

MS. SCOTT: Yes.

(Telephone conference concluded at 10:45 a.m.)

CERTIFICATE OF REPORTER

I, Caryl L. Blevins, Federal Official Realtime Court Reporter, in and for the United States District Court for the Southern District of Ohio, do hereby certify that pursuant to Section 753, Title 28, United States Code, that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

s/Caryl L. Blevins_____
**CARYL L. BLEVINS, RPR, CRR**
FEDERAL OFFICIAL REALTIME COURT REPORTER

**1**

**1** [2] - 1:12, 3:1
**10** [1] - 6:4
**102** [1] - 1:22
**10:00** [1] - 3:5
**10:32** [1] - 3:2
**10:45** [1] - 10:16

**2**

**200** [1] - 2:12
**2025** [2] - 1:12, 3:1
**250** [2] - 1:16, 2:5
**28** [1] - 11:6

**3**

**300** [2] - 1:17, 2:5
**3:25-cv-273** [1] - 1:6
**3rd** [2] - 5:1, 5:6

**4**

**43215** [2] - 1:17, 2:6
**45237** [1] - 1:22
**45402** [1] - 2:13
**4:00** [4] - 4:25, 5:5, 5:7, 7:9

**5**

**512-1511** [1] - 2:13
**513** [1] - 1:23

**6**

**614** [2] - 1:18, 2:6

**7**

**753** [1] - 11:6
**7710** [1] - 1:21

**8**

**872-2412** [1] - 2:6
**872-2420** [1] - 1:18

**9**

**937** [1] - 2:13
**953-2499** [1] - 1:23

**A**

**a.m** [2] - 3:2, 10:16
**ability** [2] - 7:23, 8:10
**above-entitled** [1] - 11:9
**add** [1] - 10:9
**Adventist** [1] - 3:7
**ADVENTIST** [1] - 1:3
**advice** [2] - 7:4, 7:5
**afternoon** [2] - 4:9, 4:24
**aggressively** [1] - 3:22
**agreement** [6] - 6:17, 6:23, 7:21, 8:10, 10:1, 10:3
**ahead** [5] - 4:14, 4:15, 6:13, 6:15, 9:2
**allowed** [2] - 4:1, 4:3
**answer** [1] - 4:17
**Anthony** [1] - 3:16
**apologies** [1] - 3:6
**apologize** [2] - 3:4, 4:15
**APPEARANCES** [1] - 1:13
**appreciate** [1] - 6:7
**assumption** [1] - 8:15
**Attorney** [1] - 3:16
**attorney** [5] - 3:17, 3:25, 5:20, 6:2, 7:11
**attorneys** [1] - 3:20
**available** [3] - 5:5, 5:14, 5:16
**aware** [1] - 8:4

**B**

**ball** [1] - 9:14
**Becker** [2] - 1:16, 2:4
**become** [1] - 8:4
**becoming** [1] - 7:12
**behalf** [1] - 6:10
**bench** [1] - 6:6
**Beth** [1] - 4:22
**Bethany** [1] - 2:9
**BLEVINS** [1] - 11:15
**Blevins** [3] - 2:11, 11:3, 11:14
**bottom** [1] - 6:18
**breach** [1] - 9:12
**brief** [1] - 6:6
**Brollier** [6] - 2:4, 3:12, 5:17, 8:18, 8:24, 10:9
**BROLLIER** [2] - 5:18, 10:11
**Building** [1] - 2:11

**C**

**C3-25-273** [1] - 3:7
**cannot** [1] - 6:9
**care** [1] - 10:13
**CARYL** [1] - 11:15
**Caryl** [2] - 2:11, 11:3
**caryl_blevins@ohsd.uscourts.gov** [1] - 2:14
**case** [3] - 3:20, 5:21, 6:24
**CASE** [1] - 1:6
**catch** [1] - 3:22
**cease** [1] - 8:3
**certainly** [1] - 8:16
**CERTIFICATE** [1] - 11:1
**certify** [1] - 11:5
**chance** [1] - 8:15
**Chris** [2] - 1:15, 3:9
**chuckled** [1] - 3:21
**Cincinnati** [1] - 1:22
**claims** [4] - 8:2, 8:9, 9:11, 9:13
**clarification** [2] - 7:20, 8:22
**clarify** [2] - 8:8, 9:18
**clarity** [1] - 9:7
**CLERK** [3] - 4:23, 5:1, 5:3
**Clerk** [3] - 2:9, 2:9, 2:10
**client** [1] - 9:4
**Code** [1] - 11:6
**colleague** [1] - 5:10
**COLLIER** [12] - 1:7, 3:15, 4:1, 4:4, 4:7, 4:9, 4:12, 4:15, 4:18, 5:16, 7:15, 10:5
**Collier** [12] - 2:1, 3:7, 3:11, 3:13, 3:24, 5:15, 5:19, 6:10, 7:2, 7:5, 7:13, 8:5
**Collier's** [5] - 8:12, 8:16, 9:9, 10:1, 10:7
**Columbus** [2] - 1:17, 2:6
**company** [3] - 8:12, 9:20
**computer** [1] - 2:16
**concern** [1] - 9:17
**concluded** [1] - 10:16
**Conference** [1] - 11:11
**CONFERENCE** [1] - 1:10
**conference** [1] - 10:16
**confidential** [4] - 7:24, 9:12, 9:22
**conformance** [1] - 11:10
**considering** [1] - 7:11
**contract** [1] - 9:13
**correct** [2] - 8:15, 11:7
**counsel** [3] - 3:14, 3:23, 6:3

**counterclaims** [1] - 9:9
**Court** [5] - 2:11, 6:22, 7:20, 11:3, 11:4
**COURT** [36] - 1:1, 3:4, 3:24, 4:3, 4:5, 4:8, 4:11, 4:13, 4:16, 4:20, 4:24, 5:2, 5:4, 5:8, 5:10, 5:13, 5:15, 5:17, 5:19, 6:9, 6:13, 6:15, 7:1, 7:7, 7:16, 8:6, 8:14, 8:20, 8:24, 9:2, 9:5, 9:14, 10:4, 10:6, 10:13, 11:15
**courtesy** [1] - 6:6
**Courthouse** [1] - 2:12
**COURTROOM** [3] - 4:23, 5:1, 5:3
**Courtroom** [1] - 2:9
**cpagemcginnis@ebglaw.com** [1] - 1:19
**CRR** [2] - 2:11, 11:15

**D**

**d/b/a** [1] - 1:4
**Daniel** [1] - 2:9
**DATE** [1] - 1:12
**days** [1] - 6:4
**Dayton** [1] - 2:13
**deal** [1] - 5:22
**Defendant** [3] - 1:20, 2:1, 3:10
**Defendants** [3] - 1:8, 2:3, 3:12
**DEPUTY** [3] - 4:23, 5:1, 5:3
**Deputy** [1] - 2:9
**desist** [1] - 8:3
**developed** [1] - 5:23
**difficult** [1] - 5:20
**difficulty** [1] - 7:3
**discuss** [3] - 7:4, 8:17, 8:20
**discussed** [1] - 6:17
**DISTRICT** [2] - 1:1, 1:1
**District** [2] - 11:4, 11:5
**DIVISION** [1] - 1:2
**doctor's** [1] - 3:6
**done** [1] - 6:10
**down** [2] - 7:24, 9:25

**E**

**EBG** [1] - 2:3
**efforts** [1] - 6:7
**either** [1] - 8:10
**electronically** [1] - 6:21

**engaged** [2] - 7:11, 7:12
**entitled** [1] - 11:9
**envision** [2] - 8:22, 9:8
**Epstein** [2] - 1:16, 2:4
**Esq** [4] - 1:15, 1:15, 1:21, 2:4
**expect** [1] - 6:2

**F**

**fact** [2] - 5:23, 6:22
**fairness** [1] - 5:24
**Federal** [2] - 2:11, 11:3
**FEDERAL** [1] - 11:15
**file** [3] - 6:9, 6:21, 7:20
**filed** [1] - 6:6
**first** [1] - 9:7
**FOR** [1] - 1:1
**foregoing** [1] - 11:7
**format** [1] - 11:9
**forward** [3] - 5:24, 6:3, 6:24
**free** [1] - 5:11
**Friday** [6] - 4:24, 5:1, 7:9, 8:17, 10:8, 10:14
**full** [1] - 9:24
**fully** [2] - 5:25, 6:2

**G**

**generated** [1] - 5:22
**grasp** [2] - 5:25, 6:2
**great** [1] - 5:22
**Green** [2] - 1:16, 2:4
**guessing** [1] - 4:19

**H**

**happy** [1] - 7:21
**hard** [1] - 3:20
**HEALTH** [1] - 1:4
**Healthcare** [1] - 3:7
**HEALTHCARE** [1] - 1:3
**hear** [1] - 8:14
**held** [1] - 11:8
**helpful** [1] - 6:7
**hereby** [1] - 11:5
**herself** [1] - 3:11
**highly** [1] - 6:1
**Honor** [12] - 3:15, 3:23, 5:6, 5:12, 5:14, 5:18, 6:8, 6:12, 7:19, 8:21, 10:5, 10:12
**HONORABLE** [1] - 1:11

**honored** [1] - 7:3
**hopefully** [1] - 10:1
**hoping** [1] - 8:21
**hung** [1] - 3:5

## I

**Imm** [2] - 4:10
**IN** [1] - 1:1
**individuals** [1] - 9:22
**information** [5] - 7:24, 8:4, 9:12, 9:23, 10:2
**injunction** [2] - 8:9, 9:11
**intelligent** [1] - 6:1
**interested** [1] - 9:16
**interference** [1] - 9:13
**interrupt** [2] - 4:13, 6:14

## J

**James** [3] - 1:15, 2:10, 3:9
**Jason** [1] - 4:4
**jbrollier@ebglaw. com** [1] - 2:7
**Jim** [1] - 5:8
**join** [1] - 8:12
**joint** [1] - 6:19
**Jonathan** [2] - 2:4, 3:12
**jpetrie@ebglaw.com** [1] - 1:18
**Judicial** [1] - 11:10

## K

**Kettering** [3] - 3:7, 9:11, 9:16
**KETTERING** [2] - 1:3, 1:4
**Kettering's** [1] - 9:25
**key** [1] - 9:19
**kind** [1] - 3:20

## L

**Law** [2] - 2:9, 2:10
**laws** [1] - 8:1
**least** [1] - 7:25
**Lefebvre** [2] - 8:11, 9:20
**legal** [1] - 7:3
**letters** [1] - 8:3
**litigation** [1] - 7:25
**LLC** [3] - 8:11, 8:13, 9:21
**lock** [1] - 7:23
**locking** [1] - 9:25

**look** [2] - 4:24, 7:23
**loud** [1] - 4:20

## M

**ma'am** [2] - 4:14, 5:2
**Mary** [3] - 1:20, 1:21, 3:10
**MARY** [1] - 1:7
**mat** [1] - 7:7
**matter** [2] - 7:5, 11:9
**Matthews** [1] - 4:4
**MCGINNIS** [1] - 5:12
**McGinnis** [4] - 1:15, 3:10, 5:4, 5:11
**mean** [2] - 4:13, 6:14
**meaning** [1] - 6:2
**mechanical** [1] - 2:15
**mediation** [7] - 8:22, 9:5, 9:6, 9:8, 9:10, 9:16, 9:24
**meeting** [2] - 3:19, 4:9
**met** [2] - 3:15, 3:25
**might** [2] - 4:17, 7:22
**mind** [1] - 9:25
**minute** [1] - 4:21
**misappropriation** [1] - 9:12
**Miss** [3] - 8:11, 9:20, 10:1
**moment** [1] - 4:21
**morning** [3] - 3:4, 3:15, 3:16
**motion** [4] - 6:19, 7:20, 8:8, 9:18
**move** [3] - 5:24, 6:3, 6:24
**MR** [14] - 5:6, 5:9, 5:12, 5:18, 7:19, 8:7, 8:19, 8:21, 8:25, 9:3, 9:6, 9:15, 10:10, 10:11
**MS** [18] - 3:15, 4:1, 4:4, 4:7, 4:9, 4:12, 4:15, 4:18, 5:14, 5:16, 6:8, 6:12, 6:14, 6:16, 7:6, 7:15, 10:5, 10:15
**mtfoster@ trinitylawllc.com** [1] - 1:23

## N

**NETWORK** [1] - 1:4
**next** [1] - 4:18
**NO** [1] - 1:6
**nonparties** [3] - 7:25, 8:3
**nothing** [1] - 10:11

**notice** [1] - 5:21
**notify** [1] - 7:20

## O

**October** [4] - 1:12, 3:1, 5:1, 5:6
**OF** [3] - 1:1, 1:9, 11:1
**office** [4] - 3:6, 3:17, 4:6, 4:7
**Official** [1] - 11:3
**OFFICIAL** [1] - 11:15
**OHIO** [1] - 1:1
**Ohio** [5] - 1:17, 1:22, 2:6, 2:13, 11:5
**one** [1] - 4:16
**open** [1] - 5:3
**opportunity** [1] - 7:22
**order** [1] - 8:2
**ourselves** [1] - 6:25

## P

**page** [1] - 11:9
**Page** [2] - 1:15, 3:9
**paper** [1] - 5:22
**particularly** [1] - 5:21
**parties** [1] - 9:9
**Party** [1] - 2:3
**party** [2] - 3:12, 9:23
**pattern** [1] - 5:23
**PC** [2] - 1:16, 2:4
**person** [1] - 6:1
**Petrie** [9] - 1:15, 3:9, 5:4, 7:14, 7:17, 8:14, 8:24, 9:1, 9:2
**PETRIE** [11] - 5:6, 5:9, 7:19, 8:7, 8:19, 8:21, 8:25, 9:3, 9:6, 9:15, 10:10
**phone** [2] - 4:22, 7:12
**Plaintiff** [3] - 1:5, 1:14, 3:9
**pleadings** [2] - 3:22, 5:22
**point** [3] - 3:11, 7:5, 7:18
**position** [2] - 7:4, 10:6
**preliminary** [2] - 8:9, 9:10
**premature** [1] - 9:18
**prepared** [1] - 8:17
**Present** [1] - 2:8
**PRESIDING** [1] - 1:11
**previewed** [1] - 9:17
**printing** [1] - 3:21
**Pro** [1] - 2:2
**pro** [4] - 3:11, 6:18, 6:19, 7:2
**proceedings** [1] - 11:8

**Proceedings** [2] - 2:15, 3:3
**PROCEEDINGS** [1] - 1:9
**produced** [1] - 2:16
**productive** [1] - 3:19
**promise** [1] - 10:7
**prosecute** [1] - 8:2
**pursuant** [1] - 11:6

## Q

**quo** [1] - 8:8

## R

**rate** [1] - 3:6
**reach** [1] - 9:3
**Reading** [1] - 1:21
**Realtime** [1] - 11:3
**REALTIME** [1] - 11:15
**recorded** [1] - 2:15
**regarding** [3] - 7:23, 8:22, 9:10
**regulations** [1] - 11:10
**relates** [1] - 8:9
**reported** [1] - 11:8
**Reporter** [2] - 2:11, 11:4
**REPORTER** [2] - 11:1, 11:15
**represent** [2] - 6:11, 7:3
**representation** [2] - 8:16, 10:7
**representing** [4] - 3:10, 3:12, 6:17, 6:25
**Research** [2] - 8:13, 9:21
**resolution** [1] - 9:24
**respect** [1] - 5:24
**respectfully** [2] - 6:4, 6:11
**retain** [1] - 5:20
**return** [1] - 10:1
**review** [1] - 3:20
**Rice** [1] - 2:11
**RICE** [1] - 1:11
**Road** [1] - 1:21
**RPR** [2] - 2:11, 11:15
**Russell** [1] - 2:9

## S

**s/Caryl** [1] - 11:14
**safe** [2] - 4:19, 10:14
**SANDRA** [1] - 1:7
**Sandra** [2] - 2:1, 3:11
**SCOTT** [8] - 1:7, 5:14,

6:8, 6:12, 6:14, 6:16, 7:6, 10:15
**Scott** [8] - 1:20, 1:21, 3:10, 5:13, 6:6, 6:13, 7:2, 9:9
**se** [5] - 2:2, 3:11, 6:18, 6:19, 7:2
**second** [1] - 3:16
**Second** [1] - 2:12
**secret** [2] - 8:1, 9:23
**secrets** [1] - 7:24
**Section** [1] - 11:6
**see** [1] - 8:15
**seek** [1] - 8:10
**seeking** [1] - 3:23
**sending** [1] - 8:3
**sent** [1] - 8:4
**separate** [2] - 4:6, 4:7
**short** [1] - 5:21
**side** [1] - 4:19
**Smerbeck** [1] - 2:10
**sorry** [2] - 5:9, 10:5
**sort** [1] - 9:17
**Southern** [1] - 11:5
**SOUTHERN** [1] - 1:1
**spoken** [1] - 9:16
**stakeholders** [1] - 9:19
**standstill** [1] - 7:21
**started** [1] - 3:21
**STATES** [1] - 1:1
**States** [3] - 11:4, 11:6, 11:11
**status** [3] - 8:8, 8:17, 10:7
**stay** [1] - 10:13
**stenographically** [1] - 11:8
**stenography** [1] - 2:15
**Stephen** [1] - 4:10
**steps** [1] - 8:2
**still** [3] - 3:17, 8:25
**Street** [3] - 1:16, 2:5, 2:12
**success** [1] - 3:13
**Suite** [3] - 1:17, 1:22, 2:5

## T

**Telephone** [1] - 10:16
**TELEPHONE** [1] - 1:10
**telephonically** [1] - 3:3
**THE** [37] - 1:1, 1:1, 1:11, 3:4, 3:24, 4:3, 4:5, 4:8, 4:11, 4:13, 4:16, 4:20, 4:24, 5:2, 5:4, 5:8, 5:10, 5:13,

5:15, 5:17, 5:19, 6:9, 6:13, 6:15, 7:1, 7:7, 7:16, 8:6, 8:14, 8:20, 8:24, 9:2, 9:5, 9:14, 10:4, 10:6, 10:13
**thinking** [1] - 4:20
**Third** [1] - 2:3
**third** [2] - 3:12, 9:9
**Third-Party** [1] - 2:3
**third-party** [1] - 3:12
**three** [1] - 4:17
**Title** [1] - 11:6
**tortious** [1] - 9:13
**Total** [2] - 8:13, 9:21
**trade** [3] - 7:24, 8:1, 9:23
**TRANSCRIPT** [1] - 1:9
**transcript** [3] - 2:15, 11:7, 11:9
**true** [1] - 11:7
**trying** [2] - 3:22, 6:24
**two** [2] - 4:19, 6:4

## U

**U.S** [1] - 2:12
**unavailability** [1] - 3:5
**under** [1] - 8:1
**United** [3] - 11:4, 11:6, 11:11
**UNITED** [1] - 1:1
**up** [2] - 3:5, 3:22

## V

**Vanessa** [2] - 8:11, 9:20
**VanNoy** [2] - 3:16, 4:5
**VanNoy's** [1] - 3:17
**versus** [1] - 3:7
**violation** [1] - 10:2
**VMLG** [1] - 9:21
**voluntarily** [1] - 8:10
**vs** [1] - 1:6

## W

**wait** [1] - 6:5
**Walter** [1] - 2:11
**WALTER** [1] - 1:11
**wax** [1] - 9:14
**Wednesday** [2] - 1:12, 3:1
**week** [1] - 4:18
**weeks** [2] - 4:19, 6:4
**welcome** [1] - 7:16
**Wellness** [2] - 8:13, 9:21
**West** [2] - 1:16, 2:5
**WESTERN** [1] - 1:2

**whoa** [1] - 3:21
**whole** [2] - 7:17, 9:14
**Wiest** [1] - 2:9
**wish** [2] - 8:20, 10:9
**withdraw** [1] - 7:10