IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| KETTERING ADVENTIST HEALTHCARE, d/b/a Kettering Health Network, | : Case No. 3:25-cv-00273 :  : Judge Walter H. Rice |
| **Plaintiff/ Counterclaim Defendants,** | : : : |
| v. | : : |
| SANDRA L. COLLIER and MARY T. SCOTT, | : : : |
| **Defendants/ Third-Party Plaintiffs.** | : : : |
| v. | : : |
| EPSTEIN BECKER & GREEN, LPC  et al, | : : |
| **Third-Party Defendants.** | : |

## DEFENDANTS' JOINT MOTION TO STRIKE IMPROPER EX PARTE COMMUNICATION AND TO PRECLUDE THIRD-PARTY DEFENDANTS FROM SEEKING TO STRIKE DOC. 106

Defendants/Third-Party Plaintiffs Mary T. Scott and Sandra Collier, by and through counsel and pro se as applicable, respectfully move this Court for an Order:

(1) striking and disregarding the improper ex parte communication initiated by counsel for the EBG Third-Party Defendants;

(2) admonishing EBG counsel for violating this Court's express Order governing communications with Chambers; and

(3) precluding the EBG Third-Party Defendants from seeking to strike Defendants' December 12, 2025 filing (Doc. 106) on procedural grounds they themselves violated.

This Motion is necessary to enforce the Court's authority, protect the integrity of the docket, and preserve the orderly mediation process the Court has already directed.

## I. THE COURT'S CONTROLLING ORDER (DOC. 98)

On November 18, 2025, the Court entered Doc. 98, which provides in relevant part:

> "PARTIES ARE DIRECTED TO FILE ALL FURTHER QUERIES TO THE COURT AS MOTIONS VIA THE COURT'S CM/ECF SYSTEM. Additionally, with all parties represented, the Court DIRECTS all communications with and inquiries to the Court to be made by counsel as motions via the Court's CM/ECF System."

This directive is unequivocal and eliminates informal or indirect contact with Chambers.

## II. IMPROPER EX PARTE COMMUNICATION

Despite this Order, on December 15, 2025, counsel for the EBG Third-Party Defendants initiated direct email and telephonic contact with Chambers seeking "guidance" regarding Defendants' December 12, 2025 filing (Doc. 106), including a request that it be stricken. (See Email attached as Exhibit BB)

This constituted a substantive request for judicial action made outside the CM/ECF system and in direct violation of Doc. 98.

## III. MATERIAL VIOLATION AND PREJUDICE

EBG seeks to enforce a December 3, 2025 briefing deadline that it itself violated by filing Doc. 103 on December 5, 2025 and Doc. 104 on December 8, 2025. Equity does not permit selective enforcement of court-ordered deadlines. See *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962).

Further, Doc. 104 contains material misrepresentations contradicted by the docket, including false assertions regarding Defendants' responses to pending motions. Defendants' December 12 filing also addressed new and retaliatory conduct arising after prior briefing, which could not have been presented earlier and which bears directly on the posture of mediation.

## IV. REQUESTED RELIEF

Defendants respectfully request that the Court:

1. Strike and disregard the improper ex parte communication;

2. Admonish counsel for the EBG Third-Party Defendants;

3. Preclude the EBG Third-Party Defendants from seeking to strike Doc. 106 on procedural grounds they themselves violated; and

4. Grant such other relief as the Court deems just and appropriate.

## V. CONCLUSION

This Motion concerns enforcement of the Court's authority and compliance with its Orders. Corrective action is warranted to preserve the integrity of these proceedings.

Respectfully submitted,

/s/ Mary T. Scott
Mary T. Scott, Esq. (0081729)
*Defendant / Third-Party Plaintiff (Pro Se)*
*Trinity Law, LLC*
7710 Reading Rd., Suite 102
Cincinnati, Ohio 45237
Tel: (513) 953-2499
Email: mtfoster@trinitylawllc.com

/s/ H. Leon Hewitt
H. Leon Hewitt, Esq. (0072693)
*Attorney for Defendant/Third-Party*
*Plaintiff Sandra Lee Collier*
H. Leon Hewitt Attorney at Law, LLC
7659 Montgomery Road, Suite #2

Cincinnati, Ohio 45236
Tel: (513) 731-4247
Email: HewittLegal9@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion was filed electronically on December 15, 2025, through the Court's CM/ECF system, which will send notice of such filing to all counsel of record.

/s/ Mary T. Scott
Mary T. Scott, Esq. (0081729)
*Defendant / Third-Party Plaintiff (Pro Se)*

/s/ H. Leon Hewitt
H. Leon Hewitt, Esq. (0072693)
*Attorney for Defendant/Third-Party Plaintiff Sandra Lee Collier*