# Re: 3:25-cv-00273-WHR-CHG Kettering Adventist Healthcare v. Collier et al - Request for Guidance from Court from EBG Third-Party Defendants to December 12, 2025 Filing by Defendants/Third-Party Plaintiffs (Doc. No. 106)

| | |
|---|---|
| From: | Jonathan Brollier JBrollier@ebglaw.com |
| To: | Bethany Russell Bethany_Russell@ohsd.uscourts.gov, Mary Foster |
| Cc: | mtfoster@trinitylawllc.com, Hewittlegal9@gmail.com, Jill Bigler JBigler@ebglaw.com, Chris Page McGinnis cpagemcginnis@ebglaw.com, James Petrie JPetrie@ebglaw.com, Jonathan Brollier JBrollier@ebglaw.com, Christopher M. Farella CFarella@ebglaw.com, Jennifer O'Connor JEOConnor@ebglaw.com |
| Date: | Mon, Dec 15, 2025, 9:42 AM |

Your Honor:

We write to seek the Court's guidance on a recent filing by Defendants/Third Party Plaintiffs Mary Scott and Sandra Collier last Friday, December 12, 2025 (Doc. No. 106).

On October 17, the Court issued an Entry (Doc. No. 86) that memorialized a telephonic conference with the parties that occurred earlier that day. In that Entry, the Court:
- Set a specific briefing schedule on outstanding items that included the EBG Third-Party Defendants' Motion to Dismiss;
- Referred the case for mediation with Judge Silvain;
- Contemplated that all briefing would be closed several weeks before mediation, explaining that: "if one or more of the Motions to Dismiss are ultimately sustained, the scope of the case may narrow, permitting more effective mediation"; and
- Concluded that: "The Court strongly desires this briefing period to close on time, on December 3, 2025, and will not grant extensions barring extreme and unforeseeable circumstances."

Since that time, and in consultation with Judge Silvain's chambers, the parties agreed to a January 28, 2026, mediation.

On December 12, 2025, Defendants/Third Party Plaintiffs Scott and Collier filed a Joint Consolidated Opposition and Sur-Reply to EBG's Motion to Dismiss the Third Party Complaint (Doc. 106). This filing should be stricken and not considered for three reasons. First, the filing of sur-reply was not contemplated or discussed in the schedule Your Honor set forth on October 17. Indeed, the Entry was clear - all briefing should be deemed complete as of December 3, 2025. Second, even assuming a sur-reply was contemplated, there has been no showing that there were "extreme and unforeseeable

circumstances justifying a submission 9 days after the close of briefing that the Court set for December 3. Third, Scott and Collier already had their chance to oppose the EBG Third-Party Defendants, which they exercised when they filed their October 30, 2025, "Motion in Opposition to EBG Third-Party Defendants' Motion to Dismiss." (Doc. No. 93). The matters that Scott and Collier raise in their latest out-of-rule filings simply retread old ground and reduce already-frail arguments to bullet points.

Accordingly, consistent with the Court's strong desire that the briefing on these matters be closed by December 3, 2025, and with a view to positioning the case for the January 28, 2026, mediation that the Court has set into motion by referring the matter to Magistrate Judge Silvain, the Court should strike Scott and Collier's out-of-rule Joint Consolidated Opp. & Surreply, filed December 12, 2025 (Doc. No. 106).

We await Your Honor's guidance on this matter.

Respectfully submitted,

Jonathan T. Brollier
*Counsel for the*
*EBG Third-Party Defendants*



**Jonathan Brollier** | Bio

t 614.872.2412 | f 614.633.1713

JBrollier@ebglaw.com

250 West Street, Suite 300 | Columbus, OH 43215

t 614.872.2500 | www.ebglaw.com

---

From: **Jonathan Brollier** JBrollier@ebglaw.com
To: kelly_kopf@ohsd.uscourts.gov
Cc: **Bethany Russell** bethany_russell@ohsd.uscourts.gov, **Walter_Rice@ohsd.uscourts.gov** walter_rice@ohsd.uscourts.gov, **Mary Foster** mtfoster@trinitylawllc.com, **H Leon Hewitt**

circumstances justifying a submission 9 days after the close of briefing that the Court set for December 3. Third, Scott and Collier already had their chance to oppose the EBG Third-Party Defendants, which they exercised when they filed their October 30, 2025, "Motion in Opposition to EBG Third-Party Defendants' Motion to Dismiss." (Doc. No. 93). The matters that Scott and Collier raise in their latest out-of-rule filings simply retread old ground and reduce already-frail arguments to bullet points.

Accordingly, consistent with the Court's strong desire that the briefing on these matters be closed by December 3, 2025, and with a view to positioning the case for the January 28, 2026, mediation that the Court has set into motion by referring the matter to Magistrate Judge Silvain, the Court should strike Scott and Collier's out-of-rule Joint Consolidated Opp. & Surreply, filed December 12, 2025 (Doc. No. 106).

We await Your Honor's guidance on this matter.

Respectfully submitted,

Jonathan T. Brollier
*Counsel for the*
*EBG Third-Party Defendants*



**Jonathan Brollier** | Bio

t 614.872.2412 | f 614.633.1713

JBrollier@ebglaw.com

250 West Street, Suite 300 | Columbus, OH 43215

t 614.872.2500 | www.ebglaw.com

---

From: **Jonathan Brollier** JBrollier@ebglaw.com
To: kelly_kopf@ohsd.uscourts.gov
Cc: **Bethany Russell** bethany_russell@ohsd.uscourts.gov, **Walter_Rice@ohsd.uscourts.gov** walter_rice@ohsd.uscourts.gov, **Mary Foster** mtfoster@trinitylawllc.com, **H Leon Hewitt**

**From:** Jill Bigler, **Chris Page McGinnis** cpagemcginnis@ebglaw.com, **James Petrie** JPetrie@ebglaw.com, **Jonathan Brollier** JBrollier@ebglaw.com, **Christopher M. Farella** CFarella@ebglaw.com, **Jennifer O'Connor** JEOConnor@ebglaw.com

**Date:** Mon, Dec 15, 2025, 11:01 AM

Ms. Kopf –

In response to my below email to Ms. Russell and Judge Rice, I received an out-of-office message from Ms. Russell, which read: "I am on leave and will only periodically check my email. If you need immediate assistance please call the office and speak with Kelly Kopf at **937-512-1502**. I will return on Wednesday, December 17, 2025. Thank you."

When I called a moment ago, we spoke for less than two minutes. I explained that I had sent the below email and enquired whether I could forward it to you, and you kindly shared your email address, which prompted this message. We did not discuss any of the substantive content of the matters noted below, nor any other matters relevant to the case.

Would you kindly convey the below message to the Judge?

Thanks for your courteous assistance.

Jon Brollier



**Jonathan Brollier** | Bio

t 614.872.2412  | f 614.633.1713

JBrollier@ebglaw.com

250 West Street, Suite 300 | Columbus, OH 43215

t 614.872.2500 | www.ebglaw.com

---

**From:** Mary Foster mtfoster@trinitylawllc.com
**To:** Jonathan Brollier JBrollier@ebglaw.com, kelly_kopf@ohsd.uscourts.gov

Cc: Bethany Russell <brussell@ebglaw.com>, Walter_Rice4@ohsd.uscourts.gov walter_rice@ohsd.uscourts.gov, H Leon Hewitt hewittlegal9@gmail.com, Jill Bigler JBigler@ebglaw.com, Chris Page McGinnis cpagemcginnis@ebglaw.com, James Petrie JPetrie@ebglaw.com, Jonathan Brollier JBrollier@ebglaw.com, Christopher M. Farella CFarella@ebglaw.com, Jennifer O'Connor JEOConnor@ebglaw.com

Date: Mon, Dec 15, 2025, 7:15 PM

3 Emails