UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KETTERING ADVENTIST
HEALTHCARE, D/B/A KETTERING,    :
HEALTH NETWORK
                                :
    Plaintiff/Counter-
    Defendant,                  :

    v.                          :      Case No. 3:25-cv-273

SANDRA COLLIER, et al.,         :
                                       Judge Walter H. Rice
    Defendants/Counter          :      Mag. Judge Caroline H. Gentry
    Plaintiffs,
                                :
    v.                          :

EPSTEIN BECKER & GREEN, PC,     :
et al.,                         :

    Third-Party Defendants.

## ORDER

All of the District Judges residing in Dayton, Ohio have recused themselves from this case. The Clerk of Court is **DIRECTED** to randomly assign this case to a new District Judge elsewhere in the District.

    IT IS SO ORDERED.

                    /s/ Sarah D. Morrison_____
                    SARAH D. MORRISON, CHIEF JUDGE
                    UNITED STATES DISTRICT COURT