*Granted*
*Susan J. Dlott*
*April 2, 2026*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KETTERING ADVENTIST HEALTHCARE
D/B/A KETTERING HEALTH NETWORK

Plaintiff/Counterclaim Defendant,

v.

SANDRA COLLIER; and
MARY T. SCOTT, Esq.

Defendants/Counterclaimants & Third-Party
Plaintiffs,

v.

EPSTEIN BECKER & GREEN, P.C., et al.

Third-Party Defendants

Case No.: 3:25-cv-00273

Judge Susan J. Dlott

Magistrate Judge Karen L. Litkovitz

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR NOW-DISMISSED THIRD-PARTY DEFENDANTS EPSTEIN BECKER & GREEN, P.C., JAMES G. PETRIE, JILL K. BIGLER, AND CHRIS T. PAGE MCGINNIS

Attorneys Jonathan T. Brollier, Christopher M. Farella, and Jennifer O'Connor of Epstein Becker & Green, P.C. respectfully move for leave to withdraw their appearances as counsel of record for former Third-Party Defendants Epstein Becker & Green, P.C., James G. Petrie, Jill K. Bigler, and Chris Page McGinnis (together, the "EBG Third-Party Defendants").

On January 2, 2026, the Court entered a Decision (Doc #91) granting the EBG Third-Party Defendants' Motion to Dismiss the third-party claims that the Defendants had asserted against them. Under that Decision, Collier and Scott's First Amended Counterclaim (Doc. #28) was dismissed with prejudice against the EBG Third-Party Defendants. As a result, the EBG Third-

FIRM:69731678v1