## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

KETTERING ADVENTIST
HEALTHCARE, d/b/a
KETTERING HEALTH
NETWORK,

        Plaintiff,

    v.

                      :

SANDRA COLLIER *et al,*

        Defendant,

    v.

EPSTEIN BECKER &
GREEN, PC *et al.,*

        Third-Party
        Defendant,

Case No. 3:25-cv-273
Chief Judge Sarah D. Morrison

                      :

## ORDER

The above-captioned matter is hereby TRANSFERRED from the docket of The Honorable Susan J. Dlott. The case shall be reassigned by random draw to another District Judge in the Southern District of Ohio, Eastern District, Columbus Seat of Court.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**CHIEF DISTRICT JUDGE**