**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Kettering Adventist Healthcare, d/b/a
Kettering Health Network,

        Plaintiff,

    v.                              Case No. 3:25-cv-273

Sandra Collier, *et al.,*             District Judge James L. Graham
                                   Magistrate Judge Caroline H. Gentry

        Defendants,

    v.

Epstein Becker & Green, PC, *et al.,*

        Third Party Defendants.

ORDER IMPOSING INTEREST AND FURTHER ORDER TO SHOW CAUSE

On February 25, 2026, District Judge Rice issued an Order finding that Mary T. Scott, esq., was in contempt of court and had violated Rule 11(b), Fed. R. Civ. P. Judge Rice imposed a $5,000 sanction on Ms. Scott and ordered her to pay the amount to the Clerk of Court within thirty days of his order.

This case was reassigned to the undersigned judge on April 23, 2026. Because Ms. Scott had failed to pay her sanction, the Court issued a Show Cause Order on May 8, 2026. *See* Doc. 137. The Court ordered Ms. Scott to pay forthwith the sanction of $5,000. The Court also ordered Ms. Scott to show cause within ten days why the Court should not further require her to pay interest on her past-due obligation, on terms consistent with the imposition of interest in a civil case under 28 U.S.C. § 1961 (setting interest at rate equal to the weekly average 1-year constant maturity Treasury yield, and providing that interest be computed daily to the date of payment and shall be compounded annually).

Ms. Scott has failed to pay the sanction. She also has failed to respond to the show cause order. Accordingly, the Court again ORDERS Ms. Scott to PAY FORTHWITH the sanction of $5,000 to the Clerk of Court. Ms. Scott is further ORDERED to PAY INTEREST on her obligation, with interest accruing on the date of this Order and on terms consistent with the imposition of interest in a civil case under 28 U.S.C. § 1961.

1

Because of Ms. Scott's failure to comply with the Court's orders, consideration of additional sanctions is appropriate.  She is hereby ORDERED to SHOW CAUSE WITHIN FOURTEEN DAYS of the date of this Order why the Court should not reduce the sanction, plus interest, to a judgment which may be executed under Rule 69.

The Clerk of Court is instructed to serve this Order on Ms. Scott electronically and by regular mail to her address of record.

IT IS SO ORDERED.


DATE: May 22, 2026                          *s/ James L. Graham*
                                            JAMES L. GRAHAM
                                            United States District Judge