**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Kettering Adventist Healthcare, d/b/a
Kettering Health Network,

        Plaintiff,

    v.                                 Case No. 3:25-cv-273

Sandra Collier, *et al.,*                District Judge James L. Graham
                                         Magistrate Judge Caroline H. Gentry

        Defendants,

    v.

Epstein Becker & Green, PC, *et al.,*

        Third Party Defendants.

<u>ORDER</u>

This matter is before the Court on the response of Mary T. Scott, esq., to the Court's May 22, 2026 Show Cause Order (Doc. 138) concerning the payment of her sanction in the amount of $5,000. For good cause shown, including a showing of financial hardship, the Court approves of Ms. Scott's request to be permitted to pay the sanction in installment payments of $750 of twice per month.

Accordingly, the Court orders Ms. Scott to pay her sanction to the Clerk of Court in installment payments. She is to pay six installments of $750 each, beginning June 15, 2026, and one installment of $500. Payments of $750 will be due on June 15, July 1, July 15, August 1, August 15, and September 1, 2026. The final payment of $500 will be due on September 15, 2026. The Court hereby withdraws the previously-imposed requirement that interest be paid. However, the Court advises that it will consider re-imposing interest should Ms. Scott fail to timely make her installment payments.

      IT IS SO ORDERED.

DATE: June 1, 2026                     *s/ James L. Graham*
                                       JAMES L. GRAHAM
                                       United States District Judge