

**Sandra Lee Collier**
Dayton, Ohio
Date: 01Jun2026

**The Honorable James L. Graham**
United States District Judge
**Magistrate Judge Caroline H. Gentry**
United States District Court, Southern District of Ohio
Case No.: 3:25-cv-00273-SJD-CHG

**RE: Notice of Formal Grievance Filed Against Plaintiff's Counsel — Submission for Case Record**

Dear Judge Graham and Magistrate Judge Gentry:

I, Sandra Lee Collier, Plaintiff in the above-captioned matter, respectfully submit this letter to provide the Court with notice that I have filed a formal grievance complaint with the Attorney Registration and Disciplinary Commission (ARDC) of the Supreme Court of Illinois against my attorney of record, Gloria Smith, and paralegal Antoine Smith, both of GLS Litigation Services LLC, located at 159 N. Sangamon Street, Suite 319, Chicago, IL 60607.

The grievance arises from conduct that occurred during the representation and settlement phase of this matter, and includes the following:

- Repeated failure to respond to oral and written communications regarding the specifics ot the Memorandum;
- Failure to appear at scheduled virtual meetings without notice;
- Delay of more than three days in providing a copy of the Settlement Agreement;
- Refusal to explain or discuss the specific terms of the Settlement Agreement;
- Presentation of a new fee agreement increasing fees by approximately four times (4x) the original agreed amount;
- Threatening withdrawal from representation solely to coerce acceptance of the inflated fee agreement; and
- Use of manipulative statements designed to pressure the Plaintiff into accepting the settlement without full discussion/understanding of its terms.

I respectfully submit this notice and the attached grievance complaint for inclusion in the case record, so that the Court is fully apprised of the circumstances affecting my representation in this matter. I wish to ensure transparency regarding the breakdown in the attorney-client relationship and any potential impact on the status and progress of this case.

I remain committed to the resolution of this matter and respectfully request the Court's guidance should these circumstances require any further action or consideration.

Respectfully submitted,

**Sandra Lee Collier**
Plaintiff, Pro Se
Dayton, Ohio
Date: 01Jun2026

*Enclosure: Formal Grievance Complaint filed with the Attorney Registration and Disciplinary Commission (ARDC) of the Supreme Court of Illinois*

**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
OF THE SUPREME COURT OF ILLINOIS**

One Prudential Plaza, 130 E. Randolph Drive, Suite 1500, Chicago, IL 60601
Telephone: (312) 565-2600  |  Toll-Free: (800) 826-8625

# FORMAL GRIEVANCE COMPLAINT

*Pursuant to Illinois Supreme Court Rules on Attorney Conduct*

## I. COMPLAINANT INFORMATION

Name:  Sandra Lee Collier
City/State:  Dayton, Ohio
Relationship to Attorney:  Former/Current Client

## II. RESPONDENT ATTORNEY INFORMATION

Attorney Name:  Gloria Smith
Also Involved:  Antoine Smith, Paralegal
Law Firm:  GLS Litigation Services LLC
Address:  159 N. Sangamon Street, Suite 319, Chicago, IL 60607
Type of Matter:  Employment Law

## III. NATURE OF COMPLAINT

I, Sandra Lee Collier, hereby submit this formal grievance against Attorney Gloria Smith and paralegal Antoine Smith of GLS Litigation Services LLC, arising from their conduct in connection with my employment matter. The conduct described herein occurred during the representation and settlement phase of my case and constitutes multiple violations of the Illinois Rules of Professional Conduct.

## IV. SPECIFIC ALLEGATIONS OF MISCONDUCT

### Count 1 — Failure to Communicate (Illinois Rule 1.4)

Attorney Smith repeatedly failed to respond to multiple written communications sent by the Complainant. Specifically:

- Several emails requesting specific information regarding the Memorandum of Understanding (MOU) were sent and went unanswered for an unreasonable period of time.

- Attorney Smith failed to appear at or otherwise participate in scheduled virtual meetings with the Complainant without notice or explanation.
- A copy of the Settlement Agreement was withheld from the Complainant for more than three (3) days, depriving her of adequate time to review the terms before being pressured to respond.

*This conduct violates Illinois Rule of Professional Conduct 1.4, which requires an attorney to promptly inform the client of any decision requiring the client's informed consent, keep the client reasonably informed about the status of the matter, and promptly comply with reasonable requests for information.*

### Count 2 — Failure to Explain Settlement Agreement (Illinois Rules 1.4 & 1.2)

Attorney Smith refused to explain or discuss the specific terms and provisions contained within the Settlement Agreement when directly requested by the Complainant. The Complainant had specific, legitimate questions about the details proffered in the agreement and was denied the opportunity to receive a substantive explanation from her attorney.

*This conduct violates Illinois Rules 1.4 and 1.2, which together require that an attorney explain matters to the extent reasonably necessary to permit the client to make an informed decision, and that the client — not the attorney — holds the ultimate authority to accept or reject a settlement.*

### Count 3 — Misrepresentation and Manipulation (Illinois Rule 8.4(c))

Attorney Smith engaged in manipulative and coercive conduct toward the Complainant, including the use of statements designed to pressure the Complainant into accepting the settlement without full understanding of its terms. Specifically, Attorney Smith made the following statements:

- "You want this to go away" — a statement designed to dismiss the Complainant's legitimate concerns and discourage further scrutiny of the settlement terms.
- These statements reflect an attempt to manipulate the Complainant's decision-making rather than provide objective counsel, in violation of her duty of candor and loyalty to the client.

*This conduct violates Illinois Rule 8.4(c), which prohibits conduct involving dishonesty, fraud, deceit, or misrepresentation.*

### Count 4 — Unauthorized and Unconscionable Fee Increase (Illinois Rule 1.5)

During the settlement phase of the matter, Attorney Smith presented the Complainant with a new fee agreement that increased the attorney's fee by approximately four times (4x) the amount agreed upon in the original fee agreement. The Complainant was given no legitimate justification for this drastic increase.

*This conduct violates Illinois Rule 1.5, which requires that attorney fees be reasonable and that any changes to a fee arrangement be communicated clearly and in a manner the client can understand and freely accept.*

**Count 5 — Coercive Threat of Withdrawal (Illinois Rules 1.16 & 8.4)**

When the Complainant declined to sign the inflated fee agreement, Attorney Smith threatened to withdraw from the representation, specifically invoking the phrase "I'm going to withdraw for good cause" as leverage to compel the Complainant's compliance. This threat was made not for any legitimate professional reason, but solely as a coercive tactic to force the Complainant to accept an unreasonable financial demand.

*Using the threat of withdrawal as a bargaining tool to extract financial concessions from a client violates Illinois Rule 1.16 and constitutes conduct prejudicial to the administration of justice under Rule 8.4.*

## V. ILLINOIS RULES OF PROFESSIONAL CONDUCT VIOLATED

- Rule 1.2 — Scope of Representation: Client's right to make ultimate decisions regarding settlement.
- Rule 1.4 — Communication: Failure to respond to communications, missed meetings, delayed document delivery, refusal to explain settlement terms.
- Rule 1.5 — Fees: Presentation of an unauthorized, unreasonable fee increase of approximately 4x the original agreement.
- Rule 1.16 — Declining or Terminating Representation: Threatening withdrawal as a coercive financial tactic rather than for legitimate professional reasons.
- Rule 8.4(c) — Misconduct: Manipulative statements and conduct involving deceit designed to impair the client's ability to make an informed, voluntary decision.

## VI. RELIEF REQUESTED

The Complainant respectfully requests that the ARDC:

- Open a full investigation into the conduct of Attorney Gloria Smith and GLS Litigation Services LLC;
- Investigate the role of paralegal Antoine Smith in the above-described conduct;
- Take appropriate disciplinary action, up to and including suspension or disbarment, if the allegations are substantiated;
- Provide the Complainant with written notification of the outcome of this investigation.

## VII. CERTIFICATION

I, Sandra Lee Collier, certify that the statements made in this grievance are true and accurate to the best of my knowledge and belief. I understand that filing a false grievance may itself constitute misconduct.

Signature: _Sandra Collier_

Printed Name: Sandra Lee Collier

Date: _01 Jun 2026_

City/State: Dayton, Ohio

## VIII. SUPPORTING DOCUMENTATION (TO BE ATTACHED)

- Copies of all emails sent to Attorney Smith / Antoine Smith with no response
- Records of missed virtual meeting appointments
- Copy of original fee agreement
- Copy of new/revised fee agreement presented by Attorney Smith
- Copy of the Memorandum of Understanding
- Copy of the Settlement Agreement
- Any text messages or written communications containing threatening or manipulative statements