OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD
COLUMBUS, OHIO 43215

OFFICIAL BUSINESS

FILED
RICHARD W. NAGEL
CLERK OF COURT

2026 JUN -2 PM 3:03

COURT
EAST. DIV. COLUMBUS

COLUMBUS OH 430

11 MAY 2026PM 2 L

FIRST-CLASS



US POSTAGE PITNEY BOWES
ZIP 43215 $000.74
02 7W
0008042970 MAY 08 2026

Mary T. Scott
Trinity Law, LLC
6025 Wild Flower Ct
Liberty Twp., OH 45011

45011-132525
43215>2823

430 NFE 1    326F0006/01/26
RETURN TO SENDER
SCOTT    MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER
BC: 43215282399    *1246-03533-11-43