**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Kettering Adventist Healthcare, d/b/a
Kettering Health Network,

       Plaintiff,

  v.                                                    Case No. 3:25-cv-273

Sandra Collier, *et al.,*                        District Judge James L. Graham
                                                 Magistrate Judge Caroline H. Gentry

       Defendants,

  v.

Epstein Becker & Green, PC, *et al.*,

       Third Party Defendants.

<u>Order</u>

Pursuant to the parties' June 22, 2026 Joint Status Report, the Court orders plaintiff and defendant Collier to file an additional status report regarding their settlement efforts on or before July 7, 2026 unless a dismissal entry has been submitted in the interim. The telephone conference set for Thursday, June 25 at 10:00 a.m. is hereby continued.

DATE: June 24, 2026                       <u>*s/ James L. Graham*</u>
                                          JAMES L. GRAHAM
                                          United States District Judge