IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

Kettering Health Network

_____
                    Plaintiff,

vs.

Sandra Lee Collier , et al

_____
                    Defendant.

Case Number: _____  3:25-cv-273

Judge: _____  Graham

## MOTION BY PRO SE LITIGANT TO RECEIVE SERVICE
## BY EMAIL THROUGH THE ELECTRONIC CASE FILING SYSTEM

As a party in the above-captioned matter, I, ___Sandra Lee Collier_____,

respectfully request permission from this Court to receive service by email through the Electronic Case

Filing  (e-filing) System (CM/ECF)  in this case. I understand that:

- If this motion is granted, I will receive notices and documents only by e-mail in this case and not by regular mail;

- I understand that failure to keep my email address current may result in dismissal of my case or other adverse consequences;

- Access to CM/ECF for viewing purposes is limited to subscribers to the Public Access to Court Electronic Records ("PACER") System and I will go to http://www.pacer.gov to setup an account;

- Individuals who receive a notification of electronic filing (NEF) are permitted to view the document one time at no cost by clicking on the associated hyperlinked document number embedded in the NEF;

- The Court strongly urges me to electronically store the NEF and associated pleadings for future access as subsequent retrieval of the case docket sheet and pleadings is subject to applicable PACER fees.

Date: _28 Jul 2026_

Signature: _____
                    Pro Se
Name:     Sandra Lee Collier
Address:  _____

Phone Number: _____
E-Mail Address: _ms.sandra.collier@gmail.com_

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF OHIO

## WESTERN DIVISION

**KETTERING HEALTH NETWORK**
   Plaintiffs,

v.

**SANDRA LEE COLLIER, individually,**
and
 **MARY T. SCOTT, ESQ., individually,**

   Defendants / Third-Party Plaintiffs,

v.

**KETTERING HEALTH NETWORK,**
   Counter-Claim Defendant,
**a n d :**
**MIKE GENTRY,**
**DANIEL WOLCOTT,**
**DR. BRIAN SCHWARTZ,**
**DR. FRANKLIN HANDEL,**
**DR. ALBERT BONNEMA,**
**MARY CONNOLLY,**
**AUDREY MONDOCK,**
**KENNETH CHAIJ,**
**TRICIA TOBE,**
**REBEKAH TYRE,**
**ANDREA MOLINA,**
**CHRIS SEGER,**
**LESLIE FLORES,**
**ALLISON DY MACEK**
**(Individually Named Kettering Employees)**
**Third-Party Defendants**

: Case No.: 3:25-cv-00273

: JUDGE JAMES L. GRAHAM

: MOTION FOR LEAVE TO RECEIVE
  ELECTRONIC NOTICE OF FILINGS
  AND MEMORANDUM IN SUPPORT

:

1

## MOTION FOR LEAVE TO RECEIVE ELECTRONIC NOTICE OF FILINGS AND MEMORANDUM IN SUPPORT
### *(NOTICE OF ELECTRONIC MAIL ADDRESS FOR CM/ECF NOTIFICATIONS)*

Now comes Defendant / Third-Party Plaintiff Sandra Lee Collier, proceeding pro se, and respectfully moves this Court, for an order directing the Clerk of Court to add the undersigned's email address to the Court's Case Management/Electronic Case Files ("CM/ECF") system, or otherwise to the Court's service and notification list for this action, so that the undersigned may receive electronic notice of all filings, orders, and other case activity in this matter. In support of this motion, Ms. Collier states the following memorandum:

1. Ms. Collier is a party to this action, named as a Defendant, Counter Complainant, and Third-Party Plaintiff in the above-captioned case.

2. Ms. Collier is proceeding temporarily without the assistance of counsel in this matter and does not currently receive automatic electronic notice of filings through the Court's CM/ECF Notice of Electronic Filing ("NEF") system.

3. Timely and reliable notice of filings is necessary for Ms. Collier to monitor case deadlines, respond to motions, and otherwise participate meaningfully in this litigation.

4. Ms. Collier respectfully requests that the Clerk of Court add the following email address to the docket and/or CM/ECF system for purposes of receiving electronic notifications in this case:

**ms.sandra.collier@gmail.com**

5. Ms. Collier further states that she has a PACER account and will comply with any procedures the Clerk's Office requires of pro se litigants who wish to receive electronic notice, including the filing of any additional forms or registration materials the Court may require.

WHEREFORE, Ms. Collier respectfully requests that this Court enter an order directing the Clerk of Court to add the email address ms.sandra.collier@gmail.com to the CM/ECF

2

notification list for this case, or to otherwise provide instructions for completing any registration required to receive electronic notice of filings.

Respectfully submitted,

**Sandra Lee Collier**
Defendant / Cross Complainant, Third-Party Plaintiff, Pro Se
Telephone: (313) 575-9559
Email: ms.sandra.collier@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of _July_, 2026, a true and accurate copy of the foregoing Motion and Memorandum in Support was served upon all counsel of record via the Court's CM/ECF system to all parties not receiving electronic service.

Sandra Lee Collier, Pro Se

3