**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Kettering Adventist Healthcare, d/b/a
Kettering Health Network,

Plaintiff,

v.

Sandra Collier, *et al.,*

Defendants,

v.

Epstein Becker & Green, PC, *et al.*,

Third Party Defendants.

Case No. 3:25-cv-273

Judge James L. Graham
Magistrate Judge Caroline H. Gentry

STAY ORDER

This matter is before the Court on Plaintiff's notice that Sandra Collier, who is a defendant, counterclaimant, and third-party plaintiff, filed a petition for Chapter 7 Bankruptcy in the Southern District of Ohio, Case No. 3:26-bk-31595. *See* doc. 168-1.

The Court's review of the docket shows that on September 18, 2025, Collier submitted two discovery-related "responses" which were incorrectly selected as "motions" when they were docketed. The Clerk of Court is therefore instructed to terminate those two motions (Docs. 53 and 54). The Clerk is also instructed to terminate Plaintiff's motion for a hearing (Doc. 121) as moot.

In light of bankruptcy filing, the Court hereby STAYS this action as it relates to claims asserted against or asserted by Sandra Collier. *See* 11 U.S.C. § 362(a)(1). The parties may at the appropriate time request that those claims be restored to active status. Pursuant to the stay, the Court will not take action on the following motions until further notice, at least insofar as the motions concern the claims asserted against or by Collier: Docs. 25, 73, 76, 96, 124, 156, 159, 160.

The stay will not affect the proceedings as they relate to defendant Mary T. Scott, aka Mary T. Foster.

DATE: September 23, 2026

*s/ James L. Graham*
JAMES L. GRAHAM
United States District Judge