**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Kettering Adventist Healthcare, d/b/a
Kettering Health Network,

Plaintiff,

v.

Sandra Collier, *et al.*,

Defendants,

v.

Epstein Becker & Green, PC, *et al.*,

Third Party Defendants.

Case No. 3:25-cv-273

District Judge James L. Graham
Magistrate Judge Caroline H. Gentry

ORDER

On February 25, 2026, District Judge Rice issued an Order finding that Mary T. Scott, esq., was in contempt of court and had violated Rule 11(b), Fed. R. Civ. P. Judge Rice imposed a $5,000 sanction on Ms. Scott and ordered her to pay the amount to the Clerk of Court within thirty days of his order.

Ms. Scott failed to pay the sanction by the original deadline. This case was reassigned to the undersigned judge, and on June 1, 2026 the Court approved of Ms. Scott's request (made in response to a May 22, 2026 Show Cause Order) to pay her sanction in installments. *See* Doc. 141.

The record reflects that Ms. Scott has now made six installment payments in the total amount of $5,000. *See* Docs. 163–167, 170. The Court considers the sanction to be paid in full and her sanction obligation is discharged.

IT IS SO ORDERED.

DATE: October 13, 2026

*s/ James L. Graham*
JAMES L. GRAHAM
United States District Judge